FILED

FEB 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA 94142
                              Plaintiff,
    vs.

Sandplay Therapists of America
P.O. Box 4847
                              Defendant(s).
Walnut Creek, CA 94596

CV CASE NO. 08    1066

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1.  Plaintiff resides at:

    Address  P. O. Box 424886

    City, State & Zip Code  San Francisco, CA 94142

    Phone  415) 336 - 3547

2.  Defendant is located at:

    Address  P.O. Box 4847

    City, State & Zip Code  Walnut Creek, CA 94596

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-
    ment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.
    Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.  The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1      c. ✓ Failure to promote me.

2      d. ✓ Other acts as specified below.

3 STA (Sandplay Therapists of America) teaching member

4 Gita Morena intentionally failed to give a verbal

5 warning to her Caucasian business partner for

6 being hostile to me and racially harassing me in front

7 of witnesses. I became extremely distressed over

8 Harassment and left group suddenly; due to this distress.

9 5.   Defendant's conduct is discriminatory with respect to the following: Probable cause

10    a. ✓ My race or color.    that since then Ms. Morena

11    b. __ My religion.    has been intentionally

12    c. __ My sex.    defaming/slandering my

13    d. __ My national origin.    Professional Reputation

14    e. __ Other as specified below.    to other teaching

15      members.

16 6.   The basic facts surrounding my claim of discrimination are:

17 including Rie Rogers Mitchell, Harriet Friedman,

18 Barbara Miriello and Sachiko Reece, causing

19 extremely painful damages to me by telling

20 these other members that I am "emotionally

21 unstable, too crazy to be in a Sandplay

22 Consultation group," in order to discredit

23 my character. To cover up her business

24 partner's and her legal Discriminatory violations.

25 7.   The alleged discrimination occurred on or about Starting May/June 2002 to

26      (DATE) the Present date 2-22-08.

27 8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)      - 2 -

1  discriminatory conduct on or about _Fall 2007 and 1-29-08_

2                                   (DATE)

3  9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4  (copy attached), which was received by me on or about _11-26-07_.

5                                   (DATE)

6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7         Yes _✓_    No _____

8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9  including injunctive orders, damages, costs, and attorney fees.

10

11 DATED: _2-22-08_          _Jane Rocio Evans, MFT_

12                                   SIGNATURE OF PLAINTIFF

13

14 *(PLEASE NOTE: NOTARIZATION*          _Jane Rocio Evans_

15 *IS NOT REQUIRED.)*                   PLAINTIFF'S NAME

16                                   (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/05)            - 3 -

February 22, 2008

Complaint
Regarding: Jane Rocio Evans vs. Sandplay Therapists of America
San Francisco Superior Court

Around June 2002, The business partner(Caucasian) of Gita Morena, who was breaking Confidentiality and thus violating standards of Confidentiality from the Board of Behavioral Sciences and from the California Marriage, Family Therapists Association(CAMFT), since she was in a room full of clinicians who were discussing client's cases and this business partner is not in the field, either as a Therapist, Social Worker or Psychologist. This partner, in a hostile manner, went to the Sandtray in the room, in which I had just placed some stars and proceeded to violently and in a forceful manner bury my stars, saying loudly to others in the room,' I don't like these stars." When I became visibly distressed over her aggressive, hostile, nonprofessional behavior, as well as racially harassing behavior, she stated;" I am not going g to apologize since I didn't do this on purpose.' Ms. Morena did not apologize to me or ask the business partner to immediately leave the room, which would have been appropriate. The Partner was hostile in a room of witnesses, therapists and psychologists who were taking a Sandplay Training from Ms. Morena. John F. Kennedy Ethics and the Law Professor Thomas Micahelles is a witness who heard about this aggression. I communicated to him the details of it in 2002.

I am naming as most probable cause that this is at the root of the matter of the letter I received in 2006 from Sachiko Reece, in which she implies in this letter that I am 'emotionally unstable" and that this is the reason she has decided that I will not be allowed back into her Sandplay Consultation group in Los Angeles, thus Locking me out of her group, since I had already been a member of this group. I am clamiing that there is reasonable suspicion to state that Ms. Morena has been intentionally slandering and defaming my professional reputation, in particular to the Sandplay teaching members in Los Angeles, in particular Ms. Harriet Friedman and Ms. Rie Rogers Mitchell. These individuals are well acquainted with Ms. Morena. These defamation or libel has been extremely painful for me, as I am very dedicated to sandplay Therapy and to serving disenfranchised populations with this modality, and was at first greatly confused as to why I was being Locked out of Consultation groups by these individuals.

I am additionally, claiming retaliation on the part of Ms. Morena, as I mailed her a letter in the summer of 2005, asking for a small monetary amount as a refund that she continues to owe me to this day, as she intentionally overcharged me for her services. I am claiming that there is strong reasonable suspicion to say that Ms. Morena continued to Retaliate by breaking Confidentiality about this matter and communicating this matter to Lauren Cunningham and Maria Ellen Chiaia. Shortly after writing letters to both Ms. Morena and Barbara Miriello, in Summer 2005, both Ms. Cunningham and Ms. Chiaia proceeded to Lock me out of their consultation groups. I have documentation to verify that this was indeed Lockouts, as I have paperwork to verify that I had been accepted and

Jane Rocio Evans, MFT

interviewed for both of these groups and was a member in good standing before the letters to Ms. Miriello and Ms. Morena were written, asking for a portion of my fee to be returned, in accordance with the Sandplay Therapists of America Mission Statement, to my understanding. I sent the letter to Ms. Miriello via Certified mail, and thus have proof from the United States Postal Office that Kathy, Administrative Assistant at the Center for Inner Work, received this letter in San Diego. I telephoned Kathy and she communicated to me that she would forward this letter to Ms. Miriello. This is also the second letter which I mailed to Ms. Miriello, asking for a letter in which her professional role is to verify that I participated in 6 months of Training with her to become a Sandplay Therapist, by doing my own Sandplay process with her. As Ms. Miriello refused to send or write the letter, Twice, I am claiming this as grounds for an intentional racially discriminatory failure to promote me within the STA. I t has been particularly painful for me that Ms. Miriello did not write this letter. Kathy told me that she would also forward the first letter I mailed to Ms. Miriello requesting the 6 month of training letter, back in the summer of 2004. I am claiming it as hostility on the part of Ms. Miriello that she never responded to this letter, although the CD's of my sandplay scenes or work with her were sent by Kathy through the mail. The return of these CD's by Ms. Miriello verify that she received the first letter I sent her in 2004. These CD's verify that I participated in working on my own Sandplay process with her. I am also claiming reasonable suspicion that Ms. Miriello was influenced by the defamation of Ms. Morena into not promoting me within the STA by intentionally refusing to write this letter. I informed the STA Board in writing about Ms. Miriello's violations, but received absolutely no response regarding this. My comments were completely ignored by this Board regarding such a serious matter. It was not written back by these Board Chair or members that Ms. Miriello's conduct would be investigated, even though these are clearly civil rights violations, as both Ms. Morena and Ms. Miriello are Caucasian and I am Mexican. My first language is Spanish and I was born in Mexico City.

Page 2, Complaint letter to San Francisco Superior Court

Jane Rocio Evans vs. Sandplay Therapists of America
February 22, 2008          Jane Rocio Evans, MFT

February 22, 2008
Page 3, Complaint to San Francisco Superior Court
Jane Rocio Evans vs. Sandplay Therapists of America


There is evidence in the form of e-mail from Summer 2005, sent to one of the teaching members, that I submitted a complaint of STA (Sandplay Therapists of America) violations and discriminatory practices to the San Francisco Equal Employment Opportunity Commission. EEOC personnel, Francisco, who is now a Supervisor, did not take my case for investigation at the time, saying that it was not an Employment issue and therefore it was out of the EEOC's Scope of Practice. He said that I had not been hired or paid wages by the STA. At the time, however, Francisco did not give me an attorney referral list and he did not advise me to see an attorney regarding this matter. I therefore continued to suffer severe emotional pain and distress regarding the discrimination and personal injury from the slander and libel of STA members, as I truly did not know how to address this matter effectively by consulting with an attorney regarding this, and thus continued to write and e-mail STA Teaching members.

I suffered severe emotional distress regarding this, as this is my main Specialization as a therapist. I am extremely dedicated to this art form and have given 12 Sandplay presentations thus far,including to the California Association of Marriage, Faimly Therapists in San Diego and to the Daly City Youth Health Center, and to Logan Heights Family Health Center, volunteering my time and efforts each time. I set up several Sandplay collections completely from scratch at Elementary schools and Trained the entire clinical staff at one of my worksites regarding the use of Sandplay. I also moved to San Francisco, letter from witness Elena Velazquez written in 2005 verifies this, in order to participate in Sandplay Consultation groups here, since there were none that I could attend in San Diego, where I was living at the time. Thus to be locked out of Sandplay Consultation groups in the Bay Area has been extremely painful for me. The temperature here is 10 degrees lower than I am used to, I have a very difficult time with the cold, I left my beloved cat in San Diego and am much farther away from family members and friends here. Thus I am claiming real ,severe harm and damage from Intentional racial Discrimination and Retaliation from the STA.

As this work and Training is of such serious importance to me and I am fully dedicated to it, I have, in a serious manner, starting in 2007, when the San Francisco EEOC finally gave me an attorney referral list and advised me to go to an attorney with this, seriously consulted with 4 attorneys thus far and asked them to take my case. They have all refused to take the case thus far, giving reasons that my case is complex and they wanted to take simpler, faster cases, not for reasons that denied that Discrimination has occurred.

I am in the process of seriously complaining in writing to the Washington Equal Employment Opportunity Commission regarding the unfair practices of the San Francisco EEOC regarding this matter. On February 9, 2008, I consulted with an attorney who communicated to me that the San Francisco EEOC has an unfair reputation for handling discrimination cases. He suggested I take my case to Fair Employment and Housing instead. I have written two letters thus far to San Francisco EEOC Director

Jane Rocio Evans, MFT

Michael Baldonado and have met with him in person to discuss the STA matter, and to insist that this case be taken by the EEOC for investigation, which it never has thus far. During this process, I discovered that the EEOC had never even gone on the STA website when they were making the decision that this case was out of their scope of Practice and not employment related. They are also claiming that my case has been brought to them on an untimely basis, even though it is clearly their error that they did not accept it in 2005 when I first brought up these concerns in writing to their attention, on their intake form. I have been informed that legally there should have been a note in their computer database that I came and asked for the case to be investigated and that this was denied, including their business reason for denying this.

In addition, this case is not untimely at this time, as I wrote to the STA Board in August 2007, giving concrete evidence to my arguments. The STA Board has completely ignored my letter, intentionally, as I have proof from the United States Postal Website that they received this letter. I am claiming that this is the most current episode of discrimination on the part of the STA, since I have paid serious money to them for Training purposes, and since I have presented myself as seeking STA Membership in their organization. I have several documents to verify this, including letters from Teaching members, stating that this Training started in August 2000. Because of these legitimate concerns, the STA is thus grossly neglecting to do their legal duty by not mailing me a letter stating that what I have named in this letter as racial discrimination is being investigated by the STA. I have consulted with an attorney regarding this and was asked if I had named these violations as racial discrimination and I said yes, I had done this several times in writing, including the letter to the STA Board and e-mails to several teaching members. I am also claiming gross neglect from the San Francisco EEOC to do their legal duty by refusing to investigate this, as well as intentional misrepresentation of facts by them by their statement stating that the Board's intentional refusal to respond to my August 2007 letter is not Discriminatory. I am stating it most definitely is, and that it is also hostile and Retaliation on the part of the STA, for my complaining about protected activity, complaining about several of their STA Teaching members in the August 2007 letter. I am submitting with this letter the copy of the Charge I filed with the EEOC dated January 19, 2008. What is particularly serious about this Charge is the fact that I have never received notification to return to consultation groups, meaning real consultation groups that are currently existing. STA members have been *posturing* by saying that there will be 'future STA groups that you can attend." Future STA groups are not real, only current existing STA groups that I can realistically attend, ones given on the weekends or in the evenings, since I am currently not in private practice and cannot make my own schedule, are valid. Referring me to other STA members for Consultation groups has also been *intentional Posturing* on the part of STA members in order to cover up their discrimination. The membership is so small at this time that it is highly improbable that they are not aware that these other STA members are not currently Teaching Sandplay Consultation groups. In addition, I cannot afford a vehicle, and therefore would not be able to go to a consultation group in Sunnyvale, for instance. The fact that Lauren Cunningham intentionally locked me out of her Consultation group, which was easily accessible to me by MUNI and in West Portal, San Francisco, thus is very serious, not only because of the reasons I have given, but because Ms. Cunningham is thus intentionally and seriously violating the Mission Statement of the STA.

Page 4
2-22-08
Complaint to Superior Court

Jane Rocio Evans, MFT
VS.
Sandplay Therapists of America

Page 5, February 22, 2008, Complaint to San Francisco Superior Court,
Jane Rocio Evans vs. Sandplay Therapists of America

I was presenting cases from Walden House, a Dual Diagnosis Residential treatment Facility in San Francisco in Ms. Cunningham's Consultation group. I was thus serving a different and income disenfranchised population than most of the other clinicians in the room. I am claiming that Ms. Cunningham's interest in this matter was self-serving, with the intention to serve her needs, versus the needs of the clients I serve.

I am submitting with this letter an important document, letter from STA Teaching member Sachiko Reece, which gives evidence of slander/libel from STA Teaching members. In this letter, Ms. Reece says that I will not be allowed back to her Sandplay Consultation group in Los Angeles. This would definitely be my choice and the appropriate group for me to be in when I move back to San Diego. This Lockout is intentional Retaliation on the part of Ms. Reece. In this letter, Ms. Reece also goes on to imply that I am emotionally unstable. Ms. Reece does not have the authority to make this diagnosis, as she is not my therapist, medical doctor, or psychiatrist. She has therefore overstepped and violated professional boundaries. She is also making this statement in poor faith, without evidence of medical records. I have never been to a psychiatrist in my life, having been able to function without one. I have never taken medication for anxiety or depression in my entire life. This shows good ego strength. I have medical records to verify this. I am claiming that this libel has been said, originating with Gita Morena, in order to discredit me as a witness for the severe racially and income discriminatory violations from members of the STA. I am claiming that Ms. Sachiko Reece is joining in with this racial scapegoating by agreeing to this slander and libel and behaving in an unfair and Retaliatory Manner. I am continuing to insist that the STA make a written statement that my professional Reputation will stop being defamed in this manner by their Teaching members and that their members will be reprimanded for such serious and intentional violations, including willful cruelty.

I am also stating that Joyce Cunningham refusing to accept me for my Sandplay process was particularly painful for me, and that I have reasonable cause to believe that she also joined in the racial scapegoating by going along and being an accomplice to this slander and libel, unfairly and without first engaging in a fair investigative process regarding this before she made her decision not to accept me for Sandplay Process. She intentionally misrepresented legal facts by sending me in a letter in 2005, in which she states that it is the policy of the STA not to accept me. I am submitting evidence in the form of guidelines from the STA website which contradict Ms. Joyce's Cunningham's business reasons for not accepting me for my Sandplay process. She postured a reason not to accept me. I lived less than 2 miles away from her office when she made this decision. I am claiming Discrimination and Retaliation on the part of Ms. Joyce Cunningham, which caused severe emotional distress.


Respectfully,
Jane Rocio Evans, Bilingual Spanish Speaking, Licensed Marriage, Family Therapist

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jane R. Evans<br>P. O. Box #424886<br>San Francisco, CA 94142 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2008-00268 | **Margarita Hossainizadeh,**<br>Investigator | (415) 625-5662 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Michael Baldman*        11/26/07

Enclosures(s)

**H. Joan Ehrlich,**
**District Director**

*(Date Mailed)*

cc: **SANDPLAY THERAPISTS OF AMERICA**
P. O. Box 4847
Walnut Creek, CA 94596

Enclosure with EEOC
Form 161 (3/98)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit **before 7/1/02** – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2008-00891 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Jane Rocio Evans** | **(415) 336-3547** | **05-26-1962** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Post Office Box #424886, San Francisco, CA 94142** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **SANDPLAY THERAPISTS OF AMERICA** | **15-100** | **(925) 825-9277** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Post Office Box 4847, Walnut Creek, CA 94596** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| | 08-09-2007 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began a training program with Respondent in August 2000. In August 2006 I was selected not to return to a consultation group lead by Ms. Sachiko Reece (Japanese). My most recent complaint to Respondent was on August 9, 2007 to Ms. Harriet Friedman (White), by means of a certified letter. In such letter I indicated that I was naming this a continued pattern of racial harassment towards me and that I was requesting and insisted that the STA Board most seriously investigate Ms. Friedman's discriminatory actions towards me at their earliest convenience. Even though I am still a paying member at Respondent, I have never received notifications to return to their consultation groups; hence Respondent has completely ceased communication with me.  Also I feel that I have been slandered by teaching members.

Respondent has not responded to my letter, even though the letter was received by them on August 17, 2007.

I believe that I have been discriminated against on the basis of my national origin (Mexican) in violation of Title VII of the Civil Rights Act of 1964, as amended. I also feel that I have been retaliated against for engaging in a protected activity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1-29-08     *Jane Rocio Evans, MFT*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). Incomplete responses may delay further processing of your questionnaire by EEOC. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."**

*(PLEASE PRINT)*

**1.   Personal Information**

Last Name: __Evans__ , First Name: __Jane__ MI: __Rocio__

Street or Mailing Address: __P.O. Box 424886__ Apt Or Unit #: _____

City: __San Francisco__ County: __C.A.S.F.__ State: __CA__ Zip: __94142__

Phone Numbers: Home: ( __—__ ) _____ Work: ( __—__ ) _____

Cell: ( __415__ ) __336 - 3547__ Email Address: __rocioevans @ yahoo.com__

Date of Birth: __5 - 26 - 1962__ Sex: Male ___ Female __✓__ Race: __Mexican__

National Origin / Ethnicity __Mexican American__ Do You Have a Disability? Yes ☐ No ☑

**Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: __Herbert Evans__ Relationship: __Brother__

Address: __22779 Chambray__ City: __Moreno Valley__ State: __CA__ Zipcode: __

Zip: __92509__ Home Phone: __(951) 765-5038__ Other Phone: ( __951__ ) __801 - 8697__

**I believe that I was discriminated against by the following organization(s):   (Check those that apply)**

Employer _____ Union _____ Employment Agency _____ Other (Please Specify) __Sandplay Therapists of America__

**2.   Organization Contact Information**

Organization #1 Name: __Sandplay Therapists of America__

Address: __P.O. Box 48417__

City: __Walnut Creek__ State: __CA__ Zip: __94596__ Phone: ( __925__ ) __825 - 9277__

Type of Business: __Professional Organization__ Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Kerrie Mixie, Administrative Assistant__ Phone: __925) 825-9277__

Number of Employees in the Organization at All Locations: Please Check (✓) One

Less Than 15 ☐     15 – 100 ☑     101 – 200 ☐     201 – 500 ☐     More 500 ☐

Organization #2 Name: __International Sandplay Therapists of America__

Address: _____

City: __Europe__ State: ____ Zip: ____ Phone :( __ ) _____

6. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

*Reasons Given for Discriminatory Actions —*
*Ms Friedman: "I am not going to help you find a*
*Consultation Group. You've done so much yourself already".*
*Ms. Miriello: Completely ignored 2 letters which*
*witness Kathy in San Diego can verify she received.*

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

Full Name                     Job Title                     Description
1. *Sachiko Taki* race, *STA Teaching Member, Excluded/Not asked to be*
2.                                         *a member of the STA Board,*
3. *based on Racial Discrimination.*

Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.

8. Please check all that apply:        ☐    Yes, I have an actual disability
                                       ☐    I have had an actual disability in the past
                                       ☐    No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, **what is the name of your disability?** How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

_____
_____
_____
_____
_____

10. Did you ask your employer for any assistance or change in working condition because of your disability?
YES ☐  NO ☐

Did you need this assistance or change in working condition in order to do your job?
YES ☐  NO ☐

If "YES", when? _____ To whom did you make the request? Provide full name of person_____ How did you ask (verbally or in writing)? _____
Describe the assistance or change in working condition requested?

_____
_____
_____

**11.** Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

NAME          JOB TITLE          ADDRESS & PHONE NUMBER

A. Kathy Administrative Assistant, Center for Income Work, 5100 Marlborough, San Diego, CA 92116 619) 584-1725 Mailed Jabi letter to Barbara Miruello.

NAME          JOB TITLE          ADDRESS & PHONE NUMBER

B. Sachiko Reese, STA Clinical Teaching Member, 1741 Silver Lake Blvd, Rm 2A, Los Angeles, CA. 90026 323) 661- Wrote letter with slander on it about me. 5297.

NAME          JOB TITLE          ADDRESS & PHONE NUMBER

C. Dio Rogers Mitchell, PhD. 23480 Park Sorrento, Calabasas, CA. 91302, 818) 222-4823 - Witness to Slander/Racial Discrimination toward me.

**12.** Have you filed a charge previously in this matter with EEOC or another agency? YES ☑ NO ☐

**13.** If you have filed a complaint with another agency, provide name of agency and date of filing:

_____

**14.** Have you sought help about this situation from a union, an attorney, or any other source?
YES ☑ NO ☐ - If yes, from whom and when?  Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Spoke and Consulted with 3, Licensed attorneys During late 2007 regarding matter. Attorney Strongly Recommended That an investigation of the STA take place, particularly as regards Slander stated

Paul Pedro Evans, MFT                    1-29-08                    in letter by Sachiko

Signature                                  Today's Date              Reese, as it concerns Racial Discrimination

If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form.  Provide the tracking number on the attached cover letter.  Please make a copy of this form for your records before mailing.

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (10/2006).
2. **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. **ROUTINE USES.** Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary for carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

6. **What reason(s) were given to you for the acts you consider discriminatory?  By whom?  Title?**

Reasons Given for Discriminatory Actions-
Ms. Friedman: I am not going to help you find a
Consultation Group. You've done so much yourself already."
Ms. Miriello: Completely ignored 2 letters which
Witness Kathy in San Diego can verify she received.

7. **Name and describe others who were in the same situation as you.  Explain any similar or different   treatment.
Who was treated worse, who was treated better, and who was treated the same?  Provide race, sex, age,
national origin, religion, and/or disability status of comparator if known and if connected with your claim of
discrimination.  Add additional sheets if needed.**

Full Name                    Job Title                          Description
1. Sachiko Taki Race, STA Teaching Member, Excluded/Not asked to be
2.                                          a member of the STA Board,
3. based on Racial Discrimination).

**Answer questions 8-10 only if you are claiming discrimination based on disability.  If not, skip to
question 11.**

8. **Please check all that apply:**       ☐     Yes, I have an actual disability
                                          ☐     I have had an actual disability in the past
                                          ☐     No disability but the organization treats me as if I am disabled

9. **If you are alleging discrimination because of your disability, what is the name of your disability?  How does
your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from
doing, if anything?  (Example:  lifting, sleeping normally, breathing normally, pulling, walking, climbing,
caring for yourself, working, etc.).**

_____
_____
_____
_____
_____

10. **Did you ask your employer for any assistance or change in working condition because of your disability?
YES ☐  NO ☐**

**Did you need this assistance or change in working condition in order to do your job?
YES ☐  NO ☐**

**If "YES", when? _____To whom did you make the request?  Provide full name of**

**person_____How did you ask (verbally or in writing)? _____**

**Describe the assistance or change in working condition requested?**
_____
_____
_____

August 9, 2007

Letter sent via Certified mail, return receipt requested on August 9, 2007

To Harriet Friedman, STA Clinical Teaching Member,
1848 Fox Hills Drive
Los Angeles, CA 90025



And current Sandplay Therapists of America Board Chair,
STA
P.O. Box 4847
Walnut Creek, CA 94596

   To Ms. Friedman, this is in response to your September 6, 2006 e-mail, to which I am
submitting a copy to the STA Board, as I have most serious concerns about this e-mail. My
response after 3 hours of attorney Consultation regarding this matter is thus: I do not accept your
apology. This is not a sincere apology, as your words do not match your actions.
   To STA Board Chair and all STA Board members: In this e-mail, Ms. Friedman
is refusing to mentor me by assisting me in finding a Sandplay Consultation group in San
Francisco and the Bay Area. I am naming this as a continued pattern of racial harassment
towards me and am requesting and insisting that the STA Board most seriously
investigate Ms. Friedman's discriminatory actions towards me at their earliest
convenience.
   I am requesting that this Board Chair mail me a response via Certified mail, return receipt
requested at this address: P.O. Box 424886, San Francisco, CA 94142, no later than August 21,
2007, in order to communicate with me what is being done to investigate this violation of my
civil rights, which, by law, needs to be thoroughly investigated by your Board.
   In this e-mail Ms. Friedman writes:' I don't think I can be of any more help to you in
your struggles with finding a place in a consultation group.' There is role abandonment here, as
well as an unwillingness to assist clients from the Mexican American population with Sandplay,
as this is the main population I work with.
   I am also stating that Ms. Friedman's discrimination is completely intentional. I do not
accept Ms. Friedman's second apology of' hurting my feelings." I have suffered deep depression
and severe emotional pain and anguish over her discriminatory behaviors. My commitment to
Sandplay is profound and thus the pain I have suffered over this has also been profound, more
than just hurt feelings.
   I am requesting and insisting that this Board also investigate as to why Ms. Friedman
refused to allow me entrance into the Jungian Theory group in January 2003. During the Fall of
2003, Ms. Friedman refused me entrance into her Sandplay Consultation group, stating as her
business reasons," I don't know you,' and then later,' Get Licensed first and then we'll talk about
it." Both of these are not valid reasons fro denying me access into a group. I suffered depression
from not being able to attend a Sandplay Consultation group for 18 months because of Ms.
Friedman's discriminatory behaviors. Ms. Sachiko Taki Reece allowed me entrance into her
Sandplay Consultation group without giving these reasons. I also attended the Jungian Theory
group and this would have been a most convenient time for me to attend the Friedman
Consultation group, as I took the Greyhound bus from Sand Diego to Lost Angeles for about 3

Jane Rocio Wane, MFT



JOHN F. KENNEDY UNIVERSITY

# GRADUATE SCHOOL OF
# PROFESSIONAL PSYCHOLOGY

**To Whom It May Concern:**

This memo serves as verification that Rocio Evans completed a course in Sand Tray Sandplay Therapy at John F. Kennedy University in the Winter quarter of 1999. The course was tought by Marilee James King and included 20 hours of instruction for this two unit course.

Should you require an official transcript, you may contact the Admissions and Records department by telephone at (925) 258-2213 or by mail at Admissions and Records, John F. Kennedy University, 12 Altarinda Road, Orinda Ca, 94563.

Regards,

*Rhonda James*

Rhonda James, MA
Program Director MA Counseling Psychology

To; Rocio Evan                                    9/3/03

Received $100 for our
first session of group supervision

                              Maura Ellen Chiavi


Received   $100 for our
first session of individual Therapy
— presented case.                    Supervision
                       Maura Ellen Chiavi


                                        on 8/29/03.


Received $100⁰⁰ Maura Chiavi    10-20-03
— presented 2½ hrs group Supervision

Rocio Evans

License Number _____

Has completed 30 hours continuing education credit
for MFCCs and/or LCSWs
as required by the California Board of Behavioral Sciences.

*Special Topics in Sandplay Therapy*
September 24, October 29, November 19, and December 10, 2004;
January 14, February 11, March 18, April 8, May13, June 10, 2005.
3 hours each meeting.

Lauren D. Cunningham, LCSW, PCE #401   6/10/05
35 Vicente Street
San Francisco, CA 94127-1301

# Kedren Community Mental Health Center

## This is to certify that

### ROCIO EVANS

has completed a course in

## CURRENT THEMES IN SANDPLAY THERAPY

6 HOURS
CONTACT HOURS

COORDINATOR

MAY 23, 2002
DATE

Lauren Cunningham
35 Vicente Street
San Francisco, CA 94127-1301
414/585-4551

September 3, 2006

Dear Rocio,

I am writing to let you know that I am not adding additional members to my sandplay consultation group this year, which runs September 2006 – June 2007.

When you discontinued the group in August 2005, you let me know in your voice mail message that you did not feel the group was a "good fit" for you and that you would not be continuing in September 2005. Your departure was your choice and you consequently gave up your place. Over the past year the group has consolidated and at this point it is my decision not to add anyone else.

I respect and appreciate your interest in continuing your sandplay training and appreciate your difficulty finding a group that works for you. I am open to meeting with you individually for sandplay consultation at whatever interval seems right to you. I am generally available by mutual agreement Tuesday through Thursday. Or, if you have another colleague who would like to share sandplay consultation with you, I would consider that as well on those days. You might also contact Tessamarie Capitolo, another teaching member of STA, who has an office in San Francisco for individual consultation.

I wish you well, Rocio. Please give me a call if you are interested in individual consultation.

Best regards,

Lauren Cunningham

# Grupos de Apoyo para Niños y Niñas que han Presenciado Violencia Domestica en sus Hogares

Pratrocinado por:
Logan Heights Family Counseling Center

♦♦♦

## Consejeras: Rocio Evans y Minerva Morales
Los grupos son gratis y en Español; habra refrescos y botanas para los niños.

♦♦♦

Los grupos seran ofrecidos todos los Martes empezando, Octubre 10-
Diciembre 12-2000, de 1:15p.m. a 2:30p.m. despues de clases.
Lugar: Centro Comunitario Sherman /Casa Anaidla
Por favor llamar al 619-515-2355 si tienen preguntas. 2260 Caili Island

*Rocio Evans*

# Maria Ellen Chiaia, Ph.D., M.F.C.C.

3155 College Ave. Berkeley, CA 94705   (510) 654-3281

## SANDPLAY CONSULTATION GROUP CONSENT FORM 2003-2004

The fee for each 1 & 1/2 hr group is $100.00. The group will meet Mondays from 8:45 am-11:15am The group will run for 10 months from September-June, there will be no groups in July and August.

A payment of $100.00 will be payable every month. First payment of $100.00 will be due by August 23, 2003 to reserve a space in the fall group, which will begin September 8, 2003. The deposit will be applied to the last month of the group in June or kept to hold a space for the following year. There will be no refunds as I am filling the group which is limited to 6 based on your reservation. Payments of $100 will be made from September to May to cover the following month's group. Attendance at every group is expected as group meetings are planned around holiday weekends and all participants are notified of schedule in advance. If you are unable to work with the schedule we will attempt to change it, if we are unable to, you will be charged for the group. Schedule will be finalized at the first meeting Monday, September 9.

From time to time I write and teach about supervision issues, with the name of the person consulting and their patient's name as well as specific identifying information withheld. In signing this form, you agree that I may use material from our consulting work. If you object to this, please cross out this paragraph.

I am agreeing to participate in the group for this period of time. Enclosed is my $100.00 deposit.

Signature
~~Printed~~ & Date
Name._____ *Rocio Evans, MFT* ___ Date__9-8-03___
*Intern*



**RECEIVED**

JAN 1 4 2008

EEOC-SFDO

Yahoo!  My Yahoo!  Mail                                    Search the Web  [          ]  [ Search ]



**YAHOO! MAIL**   Welcome, rocioevans   [Sign Out, My Account]   Mail Home - Mail Tutorials - Help

▶ PLAY NOU

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New - Mail For Mobile - Upgrades - Options** |

[ Check Mail ]  [ Compose ]        [                ]  [ Search Mail ▾ ]  [ Search the Web ]

Get VONAGE and get up to 720 free hours

Previous | Next | Back to Messages                    Printable View - Full Headers

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]

**Folders**   [Add - Edit]

**Inbox (177)**
Draft
**Sent**
Bulk            [Empty]
Trash           [Empty]

**My Folders**   [Hide]
    resume

What's your Credit Score?

Online Degree Programs

$300k Loan $1000/mo. Go!

**Date:** Thu, 29 Sep 2005 18:08:57 -0700 (PDT)

**From:** "rocio evans" <rocioevans@yahoo.com> ✉ Add to Address Book  ⚑ Add Mobile Alert

**Subject:** Re: Sandplay Consultation group

**To:** MCHIAIA@aol.com

To Maria Chiaia,I spoke with an Equal Employment Opportunity Commision personnel today and was told that although the EEOC could not take my case as you are not my employer, the fact that you are caucasian and that the other 4 members of your sandplay group are Caucasian means that you are not accepting me into your Consultation group based on my national origin, mexican. I am therefore claiming racial discrimination and racial retaliation of a protected status by you as evidenced by your refusal to admit me in a sandplay consultation group.I am also caliming that your suggestion to have 5 caucasian group members, including yourself, vote a mexican member into the group is also racially discriminatory. I also claim Career sabotage due to racial discrimination based on your refusal. Rocio Evans, MFT

*MCHIAIA@aol.com* wrote:

Dear rocio,
I am not going to add any new members to the sandplay group. We are going to
go on for another year as is with the existing four members.
I will put you on a wait list for an new group.
In the meantime you may want to contact. They may have room in their groups.
Tessamarie Capitolo 415-456-4448 or tssamarie@aol.com
Lavon Bobo 408-549-5308 no email
Sorry about any confusion on my part. Maria Ellen Chiaia

*[handwritten: Busines Reason for adding not new members]*

*[handwritten: No Groups Given or available]*

*[handwritten: the Groups did not exist at the time — Rocio Ev]*

Yahoo! for Good
Click here to donate to the Hurricane Katrina relief effort.

Friday, September 24, 2004 available at 1:30 p.m.

Friday October 29th 2004, available at 1:30 p.m.

Thursday, November 18th 2004, available 11:30 a.m.

Friday, November 19th 2004, available at 1:30 p.m.

Friday, December 10th 2004, available at 1:30 p.m.

Friday, January 14rth, 2005, available at 1:30 p.m.

Friday, February 11, 2005, available at 1:30 p.m.

Friday, march 11th, 2005. available at 1:30 p.m.

Friday, April 8th, 2005, available at 1:30 p.m.

Friday, May 13th, 2005, available at 1:30 p.m.

Friday, June 10th, 2005, available at 1:30 p.m.

2nd Friday of each month, available at 1:30 p.m.

9-3-05

Schedule I submitted to my worksite in order to be able to attend the Friday morning Consultation group. Ms. Cunningham never talked about asking the other Consultant whether they could reschedule the group on Saturday or in the evening. She communicated to me that if you can't find a job to fit your schedule on Friday mornings, our Consultation group [illegible] will not be available to you!

— Rocio Evans, MFT

Yahoo! Mail - rociovans@yahoo.com

Yahoo! My Yahoo! Mail    Make Yahoo! your home page

**YAHOO! MAIL**

Welcome, rociovans
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

Search the Web [Search]

Compare Mortgage Rates
Up to 4 Free Quotes
Click for Amount
for Mortgage, Travel, Cars
Comparison
Nex
'Click for Details/Terms

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Mail For Mobile - Upgrades - Options |

Check Mail    Compose    [          ]    Search Mail ▾    Search the Web ▾

VONAGE: Save up to 50% on phone service

Previous | Next | Back to Messages

Delete    Reply ▾    Forward ▾    Spam ▾    Move... ▾

| Folders | [Add - Edit] |
| --- | --- |
| Inbox (433) | |
| Draft | |
| Sent | |
| Bulk (2) | [Empty] |
| Trash | [Empty] |
| My Folders | [Hide] |
| resume | |

See your credit score: $0

Find Any
Netflix—$5.99/mo.
No Late Fees!

Email Address

Save Time and
Money ... (more)

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Wed, 27 Oct 2004 10:06:45 -0700
**From:** "Lauren Cunningham" <lauren_c@pacbell.net> ✏ Add to Address Book ✉ A
Alert
**To:** "Rocio Evans" <rociovans@yahoo.com>
**Subject:** [Fwd: Expressive art group for Latina women. 📎

Dear Rocio,
I thought you might be interested in seeing this. Kate Donohue (CIIS EXA progr
recommended it. See you Friday.
Lauren

Hello to all,
Hola a todas,

I will be offering an expressive arts group that will be starting o
14th. it will be a short five session cycle before the end of the year. The group w
Spanish and will be a safe, fun, creative space for Latina women to explore our s
through the use of the expressive arts. Please send this information to anyone w
interested ii. Flyer is attached.

Quiero anunciarles un grupo de arte expresivo para mujeres Latinas que comenz
de Noviembre. Sera un grupo corto de cinco sesiones que tendra lugar antes de
Crearemos un lugar divertido, seguro y creativo para asi explorar nuestras histor
Porfavor manda esta informacion a aquellas mujeres que puedan estar interesac
incluido.

all the best for this beautiful fall ii...,
que sigan disfrutando del bello Otoño ii ...

Mireya Alejo

**Attachments**
Attachment scanning provided by: A
N

Case 4:08-cv-01066-SBA   Document 1-2   Filed 02/22/2008   Page 12 of 33

Yahoo! Mail - rocioevans@ya...com                                    Page 1 of 2



Yahoo!  My Yahoo!  Mail

**YAHOO!** MALL   Welcome, rocioevans
                  [Sign Out, My Account]

Search
the Web  [          ]  [Search]

Mail Home - Mail Tutorials - Help



**URGENT!!** Life Insurance Rates
Are Lowest in History!
Don't delay! Lock in your rates today
and save a fortune on life insurance!   **AccuQuote**
                                         Saving You Money For Life

10 Yr Level Term
Life Insurance
$500,000 Policy
[Click here]
Free Quote

age

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - **Mail For Mobile** - Upgrades - Options |

[Check Mail]  [Compose]      [          ]  [Search Mail ▾]  [Search the Web ▾]



Get VONAGE
and get up to 720
free hours

Previous | Next | Back to Messages                    Printable View - Full Headers

[Delete]  [Reply ▾]  [Forward ▾]  [Move ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]

**Folders**          [Add - Edit]

**Inbox (177)**
Draft
 Sent
Bulk              [Empty]
Trash             [Empty]
**My Folders**       [Hide]
 resume

 What's your
Credit Score?

Online Degree
Programs

Your Ringtones
Totally FREE!

| **Date:** | Tue, 20 Sep 2005 13:25:07 -0700 (PDT) |
| **From:** | "rocio evans" <rocioevans@yahoo.com>  Add to Address Book  Add Mobile Alert |
| **Subject:** | Re: Sandplay Consultation group |
| **To:** | MCHIAIA@aol.com |

To Maria, I am stating that this e-mail is my final demand letter for you. I communicated with you by phone in July 2005 by telephone conversation with you that I was definetly planning to come to the Sandplay Consultation group in San Rafael in September.I communicated with you at this time that I wished to be notified by e-mail from you the time and address of the first sandplay consultation group, which I would definetly be attending.I gave you my e-mail address at this time: rocioevans@yahoo.com. You have already had this e-mail address as of two years ago.  It has not changed. You stated in this telephone communication that you would be e-mailing this information to me in August 2005. I stated to you during this telephone conversation that I  was still a member of Lauren Cunningham's Consultation group in San Francisco and that I needed to tell her that i was leaving her group.  I was calling you at this time in oreder to verify thatI had another Consultation group to go to before I made the decision to leave her group. You gave me a verbal agreement during this conversation that this would be the case, therefore I communicated to Lauren Cunningham on August 10, 2005, that I would no longer be attending her Consultation group. I also mentioned in this conversation that I prefered coming to the group at 11:00 a.m., and that of course I wanted to balance my schelude needs with the other group member's schelude needs and your schelude needs. I never received any E-Mails from you in August 2005, despite leaving several phone messages at your Berkeley office for group times and information,including numbers to let me know far enough in advance so that I would have time to make arrangements with my employer.  This burden is on you.  I am a legitimate member of this group, according to International Sandplay Society Guidelines, which state that a current Sandplay Supervision group can have up to 6 participants in it. To ask the students to "Vote" a new member in is to violate these guidelines and to place an unfair ethical burden on these group members. I do not consent to be a part of this voting in new members, in order to fully cooperate with Sandplay Society guidelines.  I am a

Yahoo! Mail - rocioevans@ya....com                                        Page 2 of 2

legitimate member of this Sandplay Consultation group. Please E-mail me the date, times and location of the next meeting of the Sandplay Consultation group in San Rafael. I will be there. Please E-mail me this information at least one week in advance so that I may have time to make arrangements to be there.  Respectfully, Rocio Evans, MFT

**MCHIAIA@aol.com** wrote:

> *Dear Rocio,*
> *I am not sure what is going on with you and communication. I thought my*
> *e-mail was clear about you letting me know by Sunday if you were still interested*
> *so I could discuss it with the group this morning. I communicated with you in*
> *the format you suggested e-mail and have not heard back. This is perplexing and*
> *how this whole dilemma got started. I need to be in good clear and honest*
> *communication with the students I work with, so there is clarity with me, in the*
> *group and amongst all members.*
>
> *Since I have not heard back from you and I am meeting with the group this*
> *morning I will assume you are no longer interested in the group. A return*
> *response confirming this and your plans for the future would be good. I become a*
> *mentor for the students I work with and what is happening them in their training,*
> *how they are progressing is important. Most of us work this way. So I am*
> *concerned that you find a place in a group to continue your training whether it is*
> *with me or with someone else. If I can be of assistance in the future let me*
> *know. Maria Ellen Chiaia*

Yahoo! for Good
Click here to donate to the Hurricane Katrina relief effort.

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Move ▾ ]

Previous | Next | Back to Messages                              Save Message Text

[ Check Mail ]  [ Compose ]     [                    ]  [ Search Mail ▾ ]  [ Search the Web ▾ ]

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - rocioevans@ya....com                                                    Page 1 of 2

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

**YAHOO!** MAIL   Welcome, rocioevans
[Sign Out, My Account]

Search the Web [＿＿＿＿＿＿] Search

Mail Home · Mail Tutorials · Help



# Bad Credit Refinance for May 17
Get matched for free...up to 4 lenders in 60 seconds   Click here
Comparison Shopping for Mortgages, Products, Travel, Cars & More
©2005-08 NexTag, Inc.

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | ·What's New - Mail For Mobile - Upgrades - Options |
|---|---|---|---|---|

Check Mail    Compose    [＿＿＿＿＿＿]   Search Mail ▾    Search the Web

 VONAGE: Save up to 50% on phone service

**Folders** [Add - Edit]

| Inbox (431) | |
| Draft | |
| Sent | |
| **Bulk (2)** | [Empty] |
| Trash | [Empty] |

**My Folders** [Hide]

resume

 See your credit score: $0

 Netflix-$5.99/mo. No Late Fees!

$200,000 Loan Only $771/Mo.!

 Online Degree Programs

Previous | Next | Back to Messages

Delete    Reply ▾    Forward ▾    Spam    Move... ▾

This message is not flagged. [ Flag Message - Mark as Unread ]

| Date: | Tue, 02 May 2006 23:39:35 -0400 |
| From: | lkornfield@aol.com   Add to Address Book   Add Mobile Alert |
| Subject: | Sandplay Group |
| To: | rocioevans@yahoo.com |

Dear Rocio,

I was sorry to hear about the trouble you are having finding
consultation group.   I think LaVon Bobo may also have a cor
south of SanFrancisco, so she might be worth a try.  Also,
there may be another group in San Francisco, but I canâ€™t 
whose
it was.  I also thought immediately of Tessa Marie Capitolo
not have a group going right now, but sheâ€™s a wonderful th
you are looking for a sandplay therapist to complete your pr
   And she has worked with diversity issues quite a lot.     (
journey of becoming a sandplay therapist, and even now, I f
personal process work to be the most invaluable tool in help
with clients.  So if you donâ€™t find a group, I just wanted
that
the individual work can address some of the issues that the
bring in, but in a different way.

I was concerned and surprised about your feeling that Laure
Chiaia might be racially discriminating towards you.  I have
both for over 20 years and they have always been very fair-r
have so much integrity as therapists.  The sandplay consult
have been part of over the years have often been racially m:
seems like there must be some misunderstanding or communicat
problem.

You are right that there are certainly more Caucasian peopl
sandplay community and therapy communities in general, and t

you are looking for a sandplay therapist to complete your process with.
And she has worked with diversity issues quite a lot. On my own
journey of becoming a sandplay therapist, and even now, I find my own
personal process work to be the most invaluable tool in helping me work
with clients. So if you donâ€™t find a group, I just wanted to say that
the individual work can address some of the issues that the clientâ€™s
bring in, but in a different way.

I was concerned and surprised about your feeling that Lauren and Maria
Chiaia might be racially discriminating towards you. I have known them
both for over 20 years and they have always been very fair-minded and
have so much integrity as therapists. The sandplay consult groups I
have been part of over the years have often been racially mixed. It
seems like there must be some misunderstanding or communication
problem.

You are right that there are certainly more Caucasian people in the
sandplay community and therapy communities in general, and that is
something I hope will gradually change over the years, but I donâ€™t
think that is the result of discrimination by the members of this
community. It could be partially attributed to the lack of
opportunities given to minority groups in this country--there is
enormous racial and class inequality in the U.S. as we all know. And
Iâ€™m sure you have experienced that in a way I cannot personally know,
Rocio. I hope we will all see this change in our lifetime.

I very much hope you are able to find a group that is not full, or an
individual consult person that you would like to work with. I

especially hope you find someone who feels right for

continuing your
personal process work. I know you serve a very disenfranchised
population going through very difficult things, and itâ€™s so important
you find the support you need to do that.

I appreciate your letting me know what is happening for you, and I wish
you all the best in finding what most works to support you in relation
to the sandplay work. If I hear about any other groups starting, Iâ€™ll
be sure to let you know.

Take good care,

Liana

---

How low will we go? Check out Yahoo! Messenger's low PC-to-Phone call rates.

[ Delete ]   [ Reply ▼ ]   [ Forward ▼ ]   [ Move... ▼ ]

Previous | Next | Back to Messages        Save Message Text | Full Headers

[ Check Mail ]   [ Compose ]   [                    ]   [ Search Mail ▼ ]   [ Search th ]

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

 

Home | Help | Sign In

**Track & Confirm**          **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0000 1900 0932**
Status: **Delivered**

Your item was delivered at 3:34 pm on September 29, 2005 in SAN
FRANCISCO, CA 94123. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

 ⑦          ( Return to USPS.com Home > )

POSTAL INSPECTORS          site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Yahoo! Mail - rocioevans@yah...com                                    Page 1 of 2



Yahoo!   My Yahoo!   Mail

**YAHOO!® MAIL**   Welcome, **rocioevans**
[Sign Out, My Account]

Search
the Web [_____] [Search]

Mail Home - Mail Tutorials - Help

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

[Check Mail]   [Compose]   [_____]   [Search Mail ▾]   [Search th]

 Get VONAGE
& get 30 days FREE!

**Folders**     [Add - Edit]

| **Inbox (183)** |
| Draft |
| Sent |
| Bulk          [Empty] |
| Trash       [Empty] |

**My Folders**     [Hide]

resume

 What's your
Credit Score?

 Find old High
School friends

 A Mastercard
in 3 Days*

 $300k Loan
$1000/mo. Go!

Previous | Next | Back to Messages

[Delete]   [Reply ▾]   [Forward ▾]   [Spam]   [Move ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]

| Date: | Sun, 26 Sep 2004 15:04:03 -0700 |
| From: | "Lauren Cunningham" <lauren_c@pacbell.net> 🔳 Add to Addr |
| To: | rocioevans@yahoo.com, "David Capitolo" <DCapitolo@aol.com LKornfield@aol.com |
| Subject: | sandplay consultation group |

Dear Rocio, David, Ina, Liana and Jean,

A list of your names and addresses are below.

I wanted to clarify about the fees and cancellati
$75.00.
Cancellations still must be made at the meeting p:
be missed. This is so we may attempt to reschedul
your vacations, trips etc. If we can't reschedule
absent person is $40.  (This was David's suggestio
attending participants paying $90.)  Late cancella
prior meeting are still $75.

Be sure to bring your appointment books to our ne:
schedule 2005.
Best,
Lauren

Rocio Evans
rocioevans@yahoo.com

Yahoo! Mail - rocioevans@yal___com                                    Page 1 of 3


Yahoo!  My Yahoo!  Mail

YAHOO! MAIL    Welcome, rocioevans
[Sign Out, My Account]

Search
the Web [          ]  Search

Mail Home - Mail Tutorials - Help


FREE FLIP PHONE    LIMITED TIME
ONLINE ONLY    ✕ cing
Get It Now
Two year servic
and other rest

**Mail** ▾    **Addresses** ▾    **Calendar** ▾    **Notepad** ▾    **What's New** - **Mail For Mobile** - **Mail Upgrades**
- **Mail Options**

Check Mail    Compose    [          ]    Search Mail ▾    Search the Web ▾


Get VONAGE.
1st Month FREE!

Previous | Next | Back to Messages              Printable View - Full Headers

Delete    Reply ▾    Forward ▾    Move... ▾

**Folders**    [Add - Edit]
**Inbox (146)**
Draft
Sent
**Bulk (2)**    [Empty]
Trash    [Empty]
**My Folders**    [Hide]
resume

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:**    Sun, 13 Jul 2003 14:52:08 -0700 (PDT)
**From:**    "rocio evans" <rocioevans@yahoo.com>  🔖 Add to Address Book
**Subject:**    Re: Sandplay Groups
**To:**    MCHIAIA@aol.com

Dear Maria Ellen Chiaia,


Monitor all 3 Bureau
Credit Reports!

Refinance Now
Bad Credit OK


Think you can't
get a credit card?


$160,000 Loan
only $600/mo.

In your article, Meeting and Creative Emergence, what was most valuable for
me was the way you emphasized the role of the relationship in the sandplay
process as central to the healing process. For instance, in Figure 2, you
mention that you sit next to where Diana placed the bear in her scene, and that
"perhaps she is experiencing these qualities in her relationship to me in the co-
transference." This is a useful insight for me. What was also helpful for me was
the way in which you were very much in touch with your own co-transference in
regards to the client, as when you mentioned that you you had a feeling of
vagueness and an image of fog, in regards to Diana. It helps me to become
aware of what images and what feelings I am experiencing with clients as they
create sandplay scenes. In figure 3, liked the way you described the two
elephants that seemed to be calling to each other and could be representing
the relationship between you and Diana and in her. I don't always find writers
exploring the relationship between the client and the therapist in terms of the
actual sandplay miniatures being given much attention in articles, so that was a
nice surprise for me. I liked the outlining of the client's movement in the
scenes, the way Diana's consciousness was on the move. In figure 6, the
image of the skeleton really jumped out at me, and it was especially useful to
see you attaching the feelings of deadness and a deep loneliness emerging
from Diana's unconscious. It is helping me to see the attachement of feelings
and the experience of the client to the miniatures and scenes. I also read the
article on A Modern Day Rite. I loved the photograph of the sculpture of
Aphrodite, Lady of the Beasts, that you used. It appears that Jessica was whom
I would call an Indigo Child, with an intense, indigo blue color in her aura, as
well as the deep spirituality to go along with it. I believe that these children are
going to change the world when they become mature, in a transformational
way, not in a radical way. My sense is that they would probably be very good
at networking. In the article, I liked the way you referred to magic as a source

of power and protection.  I had a similar experience of working with a 7 year old Mexican American little girl at an elementary school who also had similar coloring of skin, hair and eyes to me.  The other children would occasionally ask me if I was her mother and I feel there was a mother/daughter co-transference involved.  I wasn't clear what you meant in this article about the negative transference, including feelings of anger, envy and hate.  I do feel that there was a rite or initiation going on in the therapeutic setting.

I have been looking into whether the group supervision in San Rafael would work for me transportation wise, and it looks like I would be able to attend.  If there is an opening in September, I would be interested in having a phone individual Supervision session.  I don't have a digital camera at this time, but perhaps I could mail you some extra photos of a sandplay scene of a client and we could discuss the work over the phone together.  Please keep in touch and let me know if a space becomes available, and what would be a couple of good times for me to telephone you , what days and times would be good to set up phone supervision.  It sounds like it would be an interesting experience. Thank you for your time and attention.    Rocio

**MCHIAIA@aol.com** wrote:

Dear Rocio,
I received your letter of June 6. I am glad that you read and liked my article Meeting and Creative Emergence. I would like to discuss this with you. What
you liked? What you found helpful? I write by myself and feedback and

discussion is always welcome.

I have a group that meets in San Rafael (close to the central bus station,
although one member comes from SF and maybe you could hook up) on Monday
mornings 8:45 to 11:15, one time per month. We are taking a summer break and will
resume again in September, September 8th. The cost is $100.00 per time. We will
probably have one opening and I will know that in the next few weeks. Some of
the group has been working together for a number of years. We meet with depth
and focus held in a safe and trusting environment. The group members work in
multi-racial environments with many different populations and cultures, your
work would bring another perspesctive to the group.

You sound as if you have some supervision hours and would like to obtain more
group hours. Given your experience I think you would fit in with the group. I
would like to meet with you and have a supervison session to determine this
together. If you are not planning to be in the bay area you could mail or
e-mail some sandplay images from a case you are working on and we

Case 4:08-cv-01066-SBA    Document 1-2    Filed 02/22/2008    Page 21 of 33

could have
supervision on the phone.

Occassionally I come to San Diego although I am not sure I will be coming
before sept. If I plan to I will let you know. Thanks for your interest and let
me know what you are thinking.
Maria Ellen Chiaia

---

Do you Yahoo!?
SBC Yahoo! DSL - Now only $29.95 per month!



Delete    Reply    Forward    Move...

Previous | Next | Back to Messages                     Save Message Text

---

Check Mail    Compose    [            ]    Search Mail    Search the Web

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

 **UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0000 7709 0098**
Status: **Enroute**

Your item was processed and left our LOS ANGELES, CA 90026 facility on August 21, 2006. No further information is available for this item.

( Additional Details > )   ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

[                                        ]

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

 POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Case 4:08-cv-01066-SBA    Document 1-2    Filed 02/22/2008    Page 23 of 33

Yahoo! Mail - rocioevans@ya       .com
                                                              Page 1 of 2



Yahoo!  My Yahoo!  Mail  Make Yahoo! your home page

**YAHOO! MAIL**  Welcome, **rocioevans**
                 [Sign Out, My Account]

Search the Web [                    ] [Search]

Mail Home - Mail Tutorials - Help

| Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]  [                    ]  [ Search Mail ▼ ]  [ Search th ]


VONAGE: Save up to 50% on phone service

**Previous** | **Next** | **Back to Messages**

[ Delete ]  [ Reply ▼ ]  [ Forward ▼ ]  [ Move... ▼ ]

**Folders**  [Add - Edit]
**Inbox (374)**
Draft
Sent
**Bulk (6)**  [Empty]
Trash  [Empty]

**My Folders**  [Hide]
resume

See your credit score: $0

Discover Smash On Yahoo! Music

Online Degree Programs

NetBank Online Banking

This message is not flagged. [ Flag Message - Mark as Unread ]        Printable View

Date:    Fri, 21 Apr 2006 15:30:03 -0700 (PDT)

From:    "rocio evans" <rocioevans@yahoo.com> 🔲 Add to Address Book 🔲 Add Mobile Alert

Subject: Re: sandplay

To:      lkornfield@aol.com

Thank you, Liana.  I learn much from you and am e-mailing Lauren. Rocio
***lkornfield@aol.com*** wrote:

> Hi Rocio,
>
> It would be nice to have you back in the group. We also have another
> person in the group this year and it's gone quite well. I always learn
> a lot. And, yes, I'm doing quite well, too. I'll give you Lauren's
> e-mail so you can e-mail her directly: lauren c@pacbell.net
> Good
> luck!
> Liana
>
> -----Original Message-----
> From: rocio evans
> To: LKornfield@aol.com

Sent: Wed, 19 Apr 2006 13:53:16 -0700 (PDT)
Subject: sandplay

Hello Liana. How are you? I wish to return to the Sandplay
Consultation group that Lauren Cunningham Facilitates, as I am
currently in need of a Sandplay Consultation group and I learned much
at this one. Could you please ask Lauren to e-mail me regarding this?
When is the next group meeting? Thank you, Rocio Evans

--------

Blab-away for as little as 1¢/min. Make PC-to-Phone Calls using Yahoo!
Messenger with Voice.

---

Blab-away for as little as 1¢/min. Make PC-to-Phone Calls using
Yahoo! Messenger with Voice.

| Delete | Reply ▼ | Forward ▼ | Move... ▼ |

Previous | Next | Back to Messages        Save Message Text | Full Headers

| Check Mail | Compose | | Search Mail ▼ | Search th |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! My Yahoo! Mail    Make Y! your home page    Search: [                    ] [Web Search]

 YAHOO! MAIL    Welcome, **rocioevans**    Mail Home - Mail Tutorials - Help
[Sign Out, My Account]

       GoToMyPC ACCESS YOUR PC FROM ANYWHERE™     TRY IT FREE CLICK HERE FOR DETAILS

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | Mail For Mobile - Upgrades - Options |

[Check Mail]    [Compose]    [                    ]    [Search Mail]    [Search the W]

---

$200k for $667/mo No SSN Required

**Folders**
[Add - Edit]

**Inbox (472)**
Draft
Sent
**Bulk (3)**
[Empty]
Trash [Empty]

**My Folders** [Hide]
resume

**Search Shortcuts**
My Photos
My Attachments

See your credit score:
$0

Earn a degree in 1 yr.

Bad Credit Home

Previous | Next | Back to Messages

[Delete]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable Vi

**Date:**    Thu, 21 Sep 2006 10:24:10 +0900

**Subject:**    Re: letter

**From:**    "Sachiko Reece" <takisan2@mac.com>    Add to Address Book Add Mobile Alert

**To:**    "rocio evans" <rocioevans@yahoo.com>

Dear Rocio,
I am sorry, this mail would be my last correspondence with you because of my heavy duty work starts here in Japan.
And I don't want you to think I am neglecting to answer your mail.
I would like to respond to your question about " unresolved personal issues" . I have written a letter to you discussing this issue when you left my supervision group. An example comes to my mind is the one you have mentioned in the recent letter regarding your interaction with one of t group members. You felt the person has hurt your feelings or harmed your esteem ( I don't remember exact words you used any longer). Since you still hold the experience as a hostile encounter with the person and seems your anger is there vividly, I assume your emotional turm caused by that interaction has not been worked through. You tend to externalize your emotion focus on the outer individual or situation. Have you worked on it with your therapist? Any emotional turmoil, you need to reflect and make it as a psychological experience. If you don't do this work, you will keep externalize and that emotional turmoil would interfere with clear communication with others. If you have a tendency to "personalize", you need to know that an you have to keep eye on your interaction with others. Good communication help clarify interact miscommunication) For instance, if you have said your negative experience to the other party a the other person clarified misunderstanding, your emotional, feeling should adjust accordingly a turmoil should subside. But if your turmoil does not shift or regulate to normal affect then you to talk to someone who is objective about the situation, probably a therapist. You decided to dr out from my group due to this unacceptable condition,which you thought I, a group consultant should be responsible. I hope you would see my point. Of course you can take it or leave it as wish.
Please take good care of yourself,
Sachiko Reece
P.s. FYI. In order to apply the Jungian training, 200 hours of analytical hours are required and n to continue analysis during the training years, usually 6-10 years. I believe that psychological

**Equity Rates**



Whoa Nelly!
Click 4 Cash

attitude and self knowledge are the basis of a good-enough therapist.

On 9/21/06 3:48 AM, "rocio evans" <rocioevans@yahoo.com> wrote:

To Sachiko, thank you for your letter. I appreciate your validation in regards to my concern for the latino population. I really appreciated that Ana came to Barrio Logan to visit me at the time and validated that I had started a sandplay program there. I gave her some mexican flags as miniatures for her sandplay collection. I thought she had a very generous heart. At times it was difficult to persuade the nonprofit organziation to spend money on the sandplay miniatures and supplies we needed. It took a lot of work and committment for me to have built this program up from scatch. The clinical and cultural insights that the latino clinicians gave as regards the client's work with sandplay were valuable and amazing, however. It was all worth it. As regards your letter, I am highly aware that a sandplay consultation group is separate from a therapy group. I am generally well organized and focused in terms of my slide sandplay presentations. I am also aware of the boundary that exists in terms of the facilitator sandplay consultant not being a therapist for these sandplay consultant members. It is clear that personal issues are resolved through such modalities as a personal sandplay process, which to my understanding is the very foundation of the STA training. Could you please clarify for me what you mean by" a member shouldn't have a lot of baggage[unresolved personal issues which obstruct group learning}. " Could you please give me specifics as to what you mean by this. Is this statement referring to me or to sandplay consultants in general or to both? Please respond in writing to these concerns. As regards setting the fee, after much careful consideration in this matter, my understanding is that a sliding scale fee is implied in the STA Mission statement. This a major way in which diversity of consultants will be achieved in the STA. Otherwise the STA will only attract members from a middle-class or upper middle class background or higher. Other ways in which diversity will be achieved in the STA is scheludes Consultation groups taught on Saturdays and evenings will be of great benefit for consultants who work during the daytime weekday hours. The other major way in which diversity will be achieved in the STA is through the treatment of diverse consultants with dignity and respect. I have not to this date been treated with dignity and respect by some members of the STA. This is the issue at hand, which I am currently trying to communicate to these members. This is what is at stake here, which is completely separate than my having negative relationships with STA members. Ana mentioned to me that you also were not being treated with dignity and respect by some members of the STA. I empathize with you, as I also am encountering similar and worse treatment. It takes courage to speak up on these matters. My hope is that soon I will be writing a paper on my own unique perspective with sandplay. Ana also encouraged this. However, my perspective is not that unique, it comes from the humble origins and humble spiritual peoples which is a part of my heritage and culture. Appreciate your communication, Rocio Evans.

Do you Yahoo!?
Get on board. You're invited
<http://us.rd.yahoo.com/evt=40791_/*http://advision.webevents.yahoo.com/mailbeta>
to try the new Yahoo! Mail.

| Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾ |

Previous | Next | Back to Messages          Save Message Text | Full Hea

| Check Mail | Compose |  | Search Mail | Search the W |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

Yahoo! Mail - rocioevans@ya...com

Yahoo! | My Yahoo! | Mail

 **YAHOO!** MAIL    Welcome, **rocioevans**
[Sign Out, My Account]

Search
the Web [                    ] [ Search ]

Mail Home - Mail Tutorials - Help

 **YAHOO!** SEARCH    FINDING. NOW LESS
CHALLENGING THAN EVER.

| Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

 [ Check Mail ]  [ Compose ]  [                    ]  [ Search Mail ▼ ]  [ Search th ]

 Get VONAGE
& get 1 month FREE!

Previous | Next | Back to Messages          Printable View - Full Headers

[ Delete ]  [ Reply ▼ ]  [ Forward ▼ ]  [ Spam ]
[ Move... ▼ ]


**Folders**    [Add - Edit]
**Inbox (182)**
Draft
Sent
Bulk          [Empty]
Trash         [Empty]
**My Folders**    [Hide]
resume

---

This message is not flagged. [ Flag Message - Mark as Unread ]

| Date: | Sun, 26 Sep 2004 15:10:22 -0700 |
| From: | "Lauren Cunningham" <lauren_c@pacbell.net>  📧Add to Address Book  📱 Add Mobile Alert | 🖼️Add to |
| To: | "Rocio Evans" <rocioevans@yahoo.com> |
| Subject: | consult group |

Hello Rocio,
I am glad you are joining the sandplay group. I hope it meets your needs.

I invite you to meet with me before the next meeting (as we did before we began) to talk about how the group was for you. (There is no charge for this.) If you're willing to meet, you can call me at 585-4551 or email me to set up a time that is convenient for you. Best regards, Lauren

What's your
Credit Score?

Save up to 75%
Overstock.com

Best card for
bad credit

Platinum card -
0% Intro APR*

[ Delete ]  [ Reply ▼ ]  [ Forward ▼ ]  [ Spam ]
[ Move... ▼ ]

Previous | Next | Back to Messages          Save Message Text

 [ Check Mail ]  [ Compose ]  [                    ]  [ Search Mail ▼ ]  [ Search th ]

Yahoo! Mail - rocioevans@yah__.com                                    Page 1 of 1

Yahoo! · My Yahoo! · Mail · Make Yahoo! your home page

**YAHOO! MAIL**   Welcome, rocioevans
[Sign Out, My Account]

Search the Web [        ] Search

Mail Home · Mail Tutorials · Help

**Have you paid a dime for your child's college education?**

The **Federal PLUS** Loan (Parent Loan for Undergraduate Students) allows parents to borrow up to 100% of the cost of attendance at rates as low as 4.1%. Parents can also **borrow funds retroactively** to cover college costs they have already paid out of pocket. Even Bill Gates is eligible and the interest is **tax deductible**! Click or call today!

⊕ financial
1-866-854-7E

| Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ | **What's New - Mail For Mobile - Upgrades -** |
|---|---|---|---|---|
| | | | | **Options** |

[Check Mail]  [Compose]    [          ]  [Search Mail ▼]  [Search the Web ▼]

VONAGE: Save up to 50% on phone service

Previous | Next | Back to Messages

[Delete]  [Reply ▼]  [Forward ▼]  [Spam]  [Move... ▼]

| **Folders** | [Add - Edit] |
|---|---|
| **Inbox (433)** | |
| Draft | |
| Sent | |
| Bulk (2) | [Empty] |
| Trash | [Empty] |
| **My Folders** | [Hide] |
| resume | |

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Mon, 25 Oct 2004 17:41:41 -0700

**From:** "Lauren Cunningham" <lauren_c@pacbell.net>   Add to Address Book

**To:** "David Capitolo" <DCapitolo@aol.com>, "Rocio Evans" <rocioevans@yahoo.co
"InaAdams" <InaAdams@aol.com>, "LKornfield <LKornfield@aol.com>

**Subject:** Fatima Gambini

Dear David, Rocio, Ina, Leanna and Jean,
There is a possibility that Fatima Gambini from Sao Paulo, I
came to the national conference in Monterey) might come to c
Friday. She studied with Dora Kalff in the late 70's and bi
sandplay to Brazil. If any of you are uncomfortable with tl
call/email me ASAP as I expect to hear from her tomorrow. :
would be a mutually enriching opportunity to meet and to :
work.
See you Friday,
Lauren

See your credit score: $0

Netflix-Try Free No Late Fees!

Find Any Email Address

Staples - Office ... (more)

[Delete]  [Reply ▼]  [Forward ▼]  [Spam]  [Move... ▼]

Previous | Next | Back to Messages                              Save Message T

[Check Mail]  [Compose]    [          ]  [Search Mail ▼]  [Search the Web ▼]

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



Yahoo! | My Yahoo! | Mail | **Donate to Hurricane Relief**

YAHOO! MAIL    Welcome, **rocioevans**
[Sign Out, My Account]

Search the Web [          ]  Search

Mail Home - Mail Tutorials - Help

| Mail | Addresses | Calendar | Notepad | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

Check Mail    Compose    [          ]    Search Mail    Search the Web

Get VONAGE. 1st Month FREE!

**Folders**    [Add - Edit]

**Inbox (173)**
Draft
**Sent**
**Bulk (1)**    [Empty]
Trash    [Empty]

**My Folders**    [Hide]
resume

What's your Credit Score? See it FREE!

$200k for $643/mo. Refi. Bad Credit OK.

Ringtone ForYou Totally Free!

$150k loan for $560/mo. Go!

Previous | Next | Back to Messages         Printable View - Full Header

Delete    Reply    Forward    Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:**    Sun, 11 Sep 2005 17:35:02 -0700 (PDT)
**From:**    "rocio evans" <rocioevans@yahoo.com>  Add to Address Book  Add Mobile Alert
**Subject:**    Re: Sandplay Consultation group
**To:**    MCHIAIA@aol.com

To Maria, we discussed my presenting for this group
during JJuly, including negotiation of the fee.I also
left 3 messages for you in August saying I was coming
to this group.  As I've written in my letter, I moved
offices and did not receive your messages. I've
negotiated with you to come to this group before the
group was full, and I feel that I am a legitimate
member of this group already. .  Please e-mail me the
time and adress at which to present for this group.
Rocio Evans, MFT

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection arou
http://mail.yahoo.com

Delete    Reply    Forward    Move...

Previous | Next | Back to Messages                         Save Message T

Check Mail    Compose    [          ]    Search Mail    Search the Web

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

August 24, 2005

To Gita Morena,

I hope you are doing well, and hopefully have continued with your Sandplay Consultation group.

I am writing regarding a matter which has been bothering me lately, which hopefully can now be resolved and a spiritual healing take place.

I wish to say that the way the fee was negotiated with you during my Sandplay process with you has been bothering me. At the time of my Sandplay therapy with you, I paid $80 for each session. I was not aware of the International Sandplay Mission Statement which has a sliding scale fee implied in it, in the sense of this Mission Statement including sensitivity to whoever wants to become a Sandplay Therapist.

I was at the time an MFT Intern, and Interns as rule do not make much money unless they're licensed. I recall Lee Ben- Yehuda assessed for the fee at the beginning of my sessions with her, as is the ethical responsibility to do with every client, and charged me a fair amount, which was $50 per session. Again, according to BBS ethical standards and regulations, this responsibility rests with the therapist, not the client.

The amount I was overcharged is $120 dollars. I am requesting this amount from you as soon as possible. Again, even though the amount itself is small, it is the Principle of this matter which I feel needs to be addressed and balanced at this time, in order to heal this situation.

Respectfully,

*[signature]*

Rocio Evans, MFT
725 Van Ness Avenue, apt 403
San Francisco, CA 94102



# SANDPLAY

### THERAPISTS OF AMERICA

March 17, 2004

Rocio Evans
4917 1/2 Saratoga Ave.
San Diego, CA 92107

Dear Rocio,

Enclosed please find a copy of the new Operational Guidelines for becoming a member of Sandplay Therapists of America. I was holding on to your money order, as I was hoping to be able to include an application packet as well (which is what the fee is for). However, I don't know when that will be ready, so I'm returning the money order to you. There is no charge for the Guidelines themselves. I apologize for the delay.

If you need additional information, please feel free to contact me.

Sincerely,

*Kerry Newman*

Kerry Newman
Administrator
925/825-9277
fax 925/687-9985
sta@sandplay.org

*Call & Ask for application packet & how much it costs.*

**Gita Dorothy Morena, PhD, MFT**
**181 Rea Avenue, Suite 202**
**El Cajon, CA 92020**
**619-588-8715   gitam@aol.com**

Rocio Evans
P.O. Box 426415
San Francisco, CA94142

September 7, 2004

Dear Rocio,

According to my records, you attended 4 therapy sessions with me, and created 3 sand
scenes. If you need anything else, just let me know.
Good luck to you,

| 11/5/01 | Intake |
| 11/12/01 | Sandplay |
| 12/3/01 | Sandplay |
| 6/21/02 | Sandplay |



Gita Dorothy Morena, Ph.D.

THIS IS TO VERIFY THAT ROCIO EVANS COMPLETED
1.    1 HOUR OF INDIVIDUAL SANDPLAY
      CONSULTATION, AND
2.    5 HOURS OF TRAINING AS PART OF A SANDPLAY
      RETREAT.

GITA MORENA, PHD, MFT, ISST
Teaching Member of ISST/STA
Lic # MFT6722

7/15/02

**Gita Morena, PhD**
181 Rea Avenue, Suite 202
El Cajon, CA 92020
619-588-8715  gitam@aol.com

This Is to verify that Rocio Evans has completed

1. 1 Hour of individual consultation with me in which she presented a Sandplay case

2. 5 Hours of a group training as part of a Sandplay retreat

3. 3 Hours of group consultation in which she presented a Sandplay case for 1 ½ hours



# C·G·JUNG
## INSTITUTE
### OF LOS ANGELES

10349 West Pico Blvd. Los Angeles, CA 90064
Phone: 310.556.1193 • Fax: 310.556.2290 • office@junginla.org • www.junginla.org

June 2, 2004

Rocio Evans
MFT Intern #35837
P.O. Box 7495
San Diego, CA 92107

Dear Rocio Evans,

This letter is to confirm your attendance of the program **"Jungian Psychology and
Sandplay Therapy: Theory and Practice"** taught by various instructors on:
Oct 11, Nov 15, Dec 6, 2003 and Feb 7, Mar 20, Apr 17, May 22, 2004
from 9:00 am – 1:00 pm, for a total of 28.0 hours.

Thank you for your continued interest and support of the C.G. Jung Institute and its
programs.

Sincerely,

Miles Senzaki
Office Manager
C. G. Jung Institute of Los Angeles

Sandplay: Opening the Door

Sponsored by Sandplay Seminars
Friday, February 23, 2001
9:00am - 4:00pm

This workshop describes basic principles and procedures of Sandplay: role of the therapist, historical background, theoretical and psychological basis, ethical issues and healing process. Also, highlighted are how to look at the sand tray pictures, symbolism, and practical aspects of incorporating Sandplay into a clinical therapy practice.

Six hours of this workshop apply toward application for membership in the International Society for Sandplay Therapy (ISST).

I certify that _____Rocio Evans_____ has attended the program described above.

*Harriet S. Friedman, MFT*

Harriet S. Friedman, M.A.
Member, International Society of Sandplay Therapy (ISST)

*Rie Rogers Mitchell, Ph.D.*

Rie Rogers Mitchell, Ph.D., ABPP
Member, International Society of Sandplay Therapy (ISST)

# Maria Ellen Chiaia, Ph.D., M.F.T.

3155 College Ave. Berkeley, CA 94705   (510) 654-3281

November 30, 2003

To: STA for application for membership

For: Rocío Evans

This is to confirm that Rocío Evans has attended five hours of my sandplay consultation group in the fall of 2003. She presented for two and one-half hours of those hours.

She also met with me for one hour of individual consultation.

5 hours of seminar hours

2 1/2 hours of group supervision hours — *Rocío presented*

1 hour of individual supervision

Sincerely,

*Maria Ellen Chiaia*

Maria Ellen Chiaia, Ph.D.

Yahoo! Mail - rocioevans@yahoo.com   Case 4:08-cv-01066-SBA    Document 1-3    Filed 02/22/2008    Page 5 of 44

Page 1 of 3

Yahoo! My Yahoo! Mail | Donate to Hurricane Relief

**YAHOO! MAIL**   Welcome, rocioevans
[Sign Out, My Account]

Search
the Web

Mail Home · Mail Tutorials · Help




LG UX5200

**Camera Phone**
with increased memory storage
and Color FX

only $ 49.99

WITH NEW 2 YEAR AGREEMENT
AFTER $50 INSTANT REBATE

veri

 Mail  | Addresses | Calendar | Notepad

What's New · Mail For Mobile · Upgrades · Options

  

Previous | Next | Back to Messages

Delete  Reply  Forward  Spam  Move

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:**    MCHIAIA@aol.com   Add to Address Book   Add Mobile Alert
**Date:**    Thu, 15 Sep 2005 00:00:08 EDT
**Subject:**  Re: Sandplay Consultation group
**To:**      rocioevans@yahoo.com

Get VONAGE.
1st Month FREE!

Folders    [Add - Edit]
Inbox (172)
Draft
Sent
Bulk (1)    [Empty]
Trash       [Empty]
My Folders  [Hide]
resume

What's your Credit
Score? See it FREE!

Netflix-Try Free
No Late Fees!

Ringtone ForYou
Totally Free!

$150k loan for
$560/mo. Go!

Dear Rocio,
I am sorry for the misunderstanding between us and that you d
receive
my messages.  However, I have to respect the group as the fou
have been
meeting for three years and they need to have a say in how I
As we
are meeting next week and there were still people on vacation
have
the time to contact all of them again to get everyone's ok.

I oked the woman who is coming to the first group  with each
August as I heard back from her at that time and they had agr
coming.

So I will  meet with them next week and discuss all of this a
offically start consultation in October (no one will be prese
September). I
will let you know at the end of September if it works for the
have
six members or maybe the other woman will decide not to conti

I am sorry you are not happy with this but I must have integr
the
rest of the group. Please let me know by Sunday, the 11th if
me to ask
the group about adding you as a sixth member starting in Octo
so I will
consult the group. If I do not hear from you by Sunday I will

*[handwritten notes in margin:]* She also heard back by at phone

Yahoo! Mail - rocioevans@yahoo.com

you are
not interested in starting in October.

You might want to contact Tessamarie Capitolo about her group are not
willing to wait or if this arrangement does not suit you or j case (the
group decides that six is too many. However, I will strongly that
you join us and that we find a way to make six members work.

If I get the ok from you about consulting the group about you I
will be in touch by the end of September letting you know wha
group decided.
If it is yes then I will send you the meeting dates and times

Sorry again for the inconvenience and my part in the misunder
maria

In a message dated 9/11/05 5:35:12 PM, rocioevans@yahoo.com w
<< To Maria, we discussed my presenting for this group
during JJuly, including negotiation of the fee. I also
left 3 messages for you in August saying I was coming
to this group.  As Iâ€™ve written in my letter, I moved
offices and did not receive your messages. Iâ€™ve
negotiated with you to come to this group before the
group was full, and I feel that I am a legitimate
member of this group already. .  Please e-mail me the
time and adress at which to present for this group.
Rocio Evans, MFT

Do You Yahoo!?

Tired of spam?  Yahoo! Mail has the best spam protection arou

http://mail.yahoo.com

---------------------- Headers ----------------------
Return-Path: <rocioevans@yahoo.com>
Received: from  rly-yj04.mx.aol.com (rly-yj04.mail.aol.com
[172.18.180.142])
by air-yj03.mail.aol.com (v107.10) with ESMTP id
MAILINYJ33-8104324cd3618c;

legitimate member of this Sandplay Consultation group. Please E-mail me the date, times and location of the next meeting of the Sandplay Consultation group in San Rafael. I will be there. Please E-mail me this information at least one week in advance so that I may have time to make arrangements to be there. Respectfully, Rocio Evans, MFT

**MCHIAIA@aol.com wrote:**

Dear Rocio,
I am not sure what is going on with you and communication. I thought my
e-mail was clear about you letting me know by Sunday if you were still interested
so I could discuss it with the group this morning. I communicated with you in
the format you suggested e-mail and have not heard back. This is perplexing and
how this whole dilemma got started. I need to be in good clear and honest
communication with the students I work with, so there is clarity with me, in the
group and amongst all members.

Since I have not heard back from you and I am meeting with the group this
morning I will assume you are no longer interested in the group. A return
response confirming this and your plans for the future would be good. I become a
mentor for the students I work with and what is happening them in their training,
how they are progressing is important. Most of us work this way. So I am
concerned that you find a place in a group to continue your training whether it is
with me or with someone else. If I can be of assistance in the future let me
know. Maria Ellen Chiaia

---

Yahoo! for Good
Click here to donate to the Hurricane Katrina relief effort.

[ Delete ] [ Reply ▼ ] [ Forward ▼ ] [ Move... ▼ ]

Previous | Next | Back to Messages                    Save Message Text

[ Check Mail ] [ Compose ]        [          ]   [ Search Mail ▼ ] [ Search the Web ]

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

*Handwritten annotations:*

Ms. Chiaia unjustly blames me for communication.

This is Scapegoating behavior on the part of Ms. Chiaia.

She is stating that I am

dishonest.

There is a stereotype concerning people of color that they are not "honest". As a Licensed clinician I am a Consultant, not a "student" — Rocio Evans MFT

False Statement

Her behavior toward me contradicts this statement. She appears to be working hard at this point to cover the STA violation of other STA members.

**JOYCE CAMUYRANO CUNNINGHAM, MS, MFT**
PSYCHOTHERAPY & CONSULTATION
LICENSED MARRIAGE AND FAMILY THERAPIST
LICENSE NO. MFC28346
CAMFT CERTIFIED SUPERVISOR

1628 UNION STREET
SAN FRANCISCO, CA 94123

TEL/FAX: (415) 668-8250

10-20-03

To whom it may concern:

This is to confirm that Rocio Evans received 1½ hours of individual consultation where she presented a case.

Joyce C. Cunningham
STA / ISST



Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

YAHOO! MAIL   Welcome, **rocioevans**
[Sign Out, My Account]

Search the Web [                    ] Search

Mail Home - Mail Tutorials - Help

WANT A FREE FLIP PHONE?   ONLINE ONLY   Get One Now   X cingula raisin

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options**

[Check Mail] [Compose] [              ] [Search Mail ▾] [Search th

VONAGE: Save up to 50% on phone service

**Folders**   [Add - Edit]
**Inbox (374)**
Draft
Sent
**Bulk (6)**   [Empty]
Trash   [Empty]
**My Folders**   [Hide]
resume

See your credit score: $0
Broadway tickets Special offers
Online Degree Programs
University of Phoenix

Previous | Next | Back to Messages

[Delete] [Reply ▾] [Forward ▾] [Spam] [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Liza Ravitz" <lizajill@comcast.net> 🔲 Add to Address Book
**Subject:** Re: sandplay
**Date:** Mon, 24 Apr 2006 08:19:53 -0700
**To:** "rocio evans" <rocioevans@yahoo.com>

Ms. Rocio Evans,

I am delighted you would like to be in my sandplay
stopped for the summer but I am considering starti
  I have a few other people  who are interested.
Thursdays 1:30 to 3:00 every other week.  Let's ta
will talk with other folks and try to firm up the
going to Italy soon and probably will not know for
it sounds like you would be a great addition.  Tha
inquiring.  I can call you to talk if you leave me

Best,
Liza
On Apr 21, 2006, at 4:08 PM, rocio evans wrote:

> To Ms. liza, I am interested in Sandplay Consult
> wondering if your Sandplay Consultation group in
> still meeting on Thursday afternoons and if this
> available to me.  I am currently a licensed MFT
> with Sandplay for at least 6 years, have many Sa
> clinical work with clients with which to present

August 24, 2005

To Barbara Miriello,

     I hope you are doing well, still living in North Carolina, I imagine. I am writing to request a letter verifying the number of therapy hours and Sandplay scenes I created during my Sandplay process with you. I requested this letter one year ago, as you can see by the copy I am sending. I spoke with Kathy at the time and she said that she would mail it to you. I realize that you have been recuperating due to your health. However, I have no other option but to go the International Sandplay Therapy Association Board with this if I do not receive this letter at your earliest convenience. I have been advised by others to do this, as this letter has been so late in forthcoming. Please write that you are a member of the International Sandplay Society in this letter.

     I did receive my Sandplay scenes in the mail, thank you. I am also requesting any poems that I gave you during therapy sessions, if you still have copies of these.

     I am also requesting the Sandplay slides I made with Lee Ben-Yehuda and Gita Morena. I gave Carolyn Wellington the Lee Ben-Yehuda slides to give to you. She said she would definitely give them to you.

     In addition, I am requesting that reimbursement be made, on ethical principles and grounds, regarding the $80 fee per session I paid you for each of my individual therapy sessions with you. At the time of my therapy with you, I was not aware that the Mission Statement for International Therapists has a sliding scale fee implied in it, in the sense of having sensitivity to whoever wants to become a Sandplay Therapist.

     At the time of my therapy with you, I was an MFT Intern. Interns as a rule do not make very much money, not until they're licensed. Paying this amount was difficult for me at the time, as I went without some basic necessities such as clothes in order to commit to this therapy. I recall during one session you asked me if I had Bonds or IRA's or savings, and I stated that I had none of these, as I come from a working class background, have never received financial assistance from anyone to accomplish my education and goals in life. I am surprised now looking back that the fee was not reduced at this time.

     I am requesting reimbursement of the fee to be $50 per session, the same as Lee Ben-Yehuda assessed for at the beginning of my therapy with her and thought a fair amount. I had about 12 talk therapy sessions with you, and about 8 sandplay scene sessions, totaling about 20 sessions, which totals $600 overcharged. Again, it is the Principle of the matter that is involved here in terms of reimbursing the amount.

     I also wish to state that everything I stated to you, including the way the fee was negotiated, my diagnosis and my being in therapy with you, is considered completely Confidential, according to Board of Behavioral Sciences Regulations.

     I do not wish to give written consent or verbal permission to have my sandplay process discussed at any Conference or Sandplay Consultation group.

     Again, I received a lot of healing from you during these sessions and at times even felt the presence of angels helping me to have the strength and courage to do the work during the creation of Sandplay scenes around me. However, I am a private person and wish to have these boundaries respected.

     Again, I will always wish you well but will definitely go to the Board if this letter is not responded to at your earliest convenience. Rocio Evans, MFT

Please write to:

Rocio Evans
725 Van Ness Avenue, apt 403
San Francisco, CA 94102

P.S. Ms. Miriello has never responded to my letter. This letter was sent via Certified mail and signed by Kathy in San Diego at the Center for Inner Work —
Rocio Evans

please contact Kathy in San Diego regarding this matter. You have my written consent for this — Rocio Evans
MFT
8-19-06

Oct. 30, 2005

To: Labor Commissioner, State of California

Department of Industrial Relations

Division of Labor Standards Enforcement

My name is Elena Velasquez. I am a graduate student at San Francisco State University, and originally from San Diego. I met Rocio Evans in the summer of 2003 at a writing circle in San Diego, where I was living at the time. In the writing circle I was able to get to know Rocio as a person, as well as see what some of her career goals were. The following summer (2004) Ms. Evans relocated to San Francisco, in order to train and study as a sandplay therapist. From June through November of 2004, I witnessed Ms. Evans experience a very hard period of economic hardship. Before moving she had given me $100 in advance, which was to be used to mail, via UPS, some of her belongings that I had stored in my apartment in San Diego. I was storing them until she found a place to live.

Due to her financial difficulty, she had to ask me to mail her back the $100, which came as a surprise because Ms. Evans had moved to San Francisco expecting to receive about $1000 salary from her first weeks work wages in San Diego. The company she worked for in San Diego, Horizon/EAP, did not give her this amount, thus jeopardizing her financial stability.

In support of Ms. Evans, I believe this $1,000 salary with fines/penalties should rightfully be returned to her. Thank you in advance, and please do not hesitate to contact me at (619) 987-7401, with any further questions.

Sincerely,

Elena Velasquez

x _Elena VZ_

The dates of my Personal Psychotherapy Process were completed with Roberta Watson, Marriage, family Therapist, from September 1997 to July 1999. Ms. Watson has a psychodynamic Theoretical Orientation. She also has a Certificate in Trauma.

My sessions with her consisted of regular talk Psychotherapy. There were a total of 79 hours of Psychotherapy sessions.

Rocio Evans, MFT

Sachiko Taki Reece, M.A., MFT
Jungian analyst
Lic.MFC 8749

1741 Sliver Lake Blvd., 2A,
Los Angeles, CA 90026
(323) 661-5297

Ms. Rosio Evans, M.A.

P.O. Box 120457
San Diego, CA  92112-0457

May 31, 2003

     This is to certify that Ms. Evans was in my sandplay therapy consultation group from July 2002 to December 2002.  The group was one and one half hour long and consisted with four members  In addition to the group  Ms Evans had an individual consultation sessions which was one hour long.

Date of attendance:

July 16, 2002
August 13
September 10    group and one hour individual
October 8        group and one hour individual
October 22       group and one hour individual
December 3

She has presented a case in every session.

Total number of hours:       9  group consultation hours
                                 3 individual consultation hours

Sachiko Reece, MFT, STA, ISST

To Equal Employment opportunity Commission   *Director Michael Baldonado,*
The San Francisco District office                           *Acting Director*
350 The Embarcadero
Suite 500                                                              **RECEIVED**
San Francisco, CA 94105
                                                                       JAN 1 4 2008
Jane Rocio Evans v. Sandplay Therapists of America
Charge #: 550-2008-00268                                     **EEOC-SFDO**
Letter delivered in person to San Francisco EEOC office on January 14, 2008
Total of 4 pages, including 2 pages of this letter, e-mail and letter from EEOC.

     I am submitting with this letter a copy of the Letter I have received from the
EEOC signed on November 26, 2007. In this letter, as can be seen, Investigator
Margarita Hossainizadeh has determined, that 'your charge was not timely filed with the
EEOC: in other words, you waited too long after the date (s) of the alleged discrimination
to file your charge.

     I am formally contesting and challenging this statement. I am stating that there is
no statute of Limitations in this case that exists as a challenge for the San Francisco EEOC
to investigate this matter. I am submitting with this letter evidence in the form of an e-  *Maria Ellen Chiaia*
mail I sent to Sandplay Therapists of America teaching member ~~Laura Cunningham~~ in *Sept 29,*
2005. This is the evidence that I presented to the San Francisco EEOC office and
presented my case with the STA to EEOC personnel Francisco at this time. He is now a
Supervisor with your office. He did not accept the case at this time, stating that it was
outside the scope of the EEOC," since it was not employment related,' according to his
words. As can be seen, however, I reported this racial harassment and discrimination to
the EEOC at this time, including filling out the lengthy questionnaire. Your office should
have a record of this questionnaire.

     It is therefore the fault or the responsibility of Francisco that this case was not
investigated in a timely manner. I am requesting and insisting that your office please
investigate as to whether Francisco consulted with other EEOC personnel, in order to
determine whether this case was actually outside the scope of the EEOC, before he
refused taking this case for investigation. This is a formal written complaint.

     Also, I have consulted with East Bay legal Aid, in Berkeley, CA., and they
communicated to me that this case was inside the scope of practice of the EEOC and that
there was no reason for the EEOC not to have taken this case in the year 2005.These
statements are coming from legal consultation with a licensed attorney; they are not
coming from my opinion. I spent around 2 hours presenting this case.

     I am making a formal request and am insisting that this Charge be reopened and
that it be thoroughly investigated by the EEOC. This is a reasonable statement to make.
I am also requesting and insisting for another investigator, someone who is not being
supervised at this time by Francisco. It is possible that his objectivity could be clouded
and impaired in this matter, as I am complaining about him.

     I have consulted with several attorneys through employment CLC Benefits, and I
have been informed that it is important that an investigation take place, particularly of the
slander and defamatory statements that have affected my professional reputation in this

*Jane Rocio Evans,*
*MFT*

case. I have evidence in the form of a letter mailed to me by STA, Sandplay Therapists of America teaching member Sachiko Reece, in which derogatory and slander Page 2, Letter delivered in person at the San Francisco EEOC office on January 14, 2008. Jane Rocio Evans v. Sandplay Therapists of America. Charge: 550-2008-00268 statements are being made about me. This is concrete evidence and needs to be investigated, as to who is making these statements.

The attorneys have also informed me that a Breach of Contract has taken place and that the STA needs to either refund my money back that I have spent on their Trainings or else allow me to complete the Training to become a Registered member of the STA. They are at this time actively hindering my completion of membership by intentionally locking me out of their Consultation groups and harassing me regarding the schedule of when to attend these groups.

This is a profound civil rights issue, to my understanding, since there are less than 100 members of the STA in America today, and thus there are only a handful or Mexican American or even Spanish Speaking Therapists who are practicing the use of this Therapeutic modality, Sandplay, in the United States in a professional basis. I have used this sandplay modality with strong success with Mexican American children in elementary schools in the Barrio for the healing of trauma and domestic violence. It is important to these populations that I complete this Training and it is important to me that some type of Resolution takes place in this matter. The investigation is only the beginning. This case is well organized and documented by me and I have evidence that I can bring in the form of many e-mails and several letters from the STA that your investigator can work with.

Please respond in writing by January 21, 2008 to this letter and as to whether a reopening of this case and a through investigation will be undertaken, whether or not you will decide to do this or not and the reasons thereof.

I have consulted with Michelle Nardella, enforcement Manager, regarding this and she recommended that I put this in writing.

I can be reached at: P.O. Box 424886, San Francisco, CA 94142. E-mail: rocioevans@yahoo.com. Please feel free to reach me by e-mail.

Respectfully,

Jane Rocio Evans,
Licensed Marriage, Family Therapist

RECEIVED
JAN 1 4 2008
EEOC-SFDO

## PROPOSED: MEETING DATES SANDPLAY CONSULT GROUP
### 2003-2004

The group will meet the first Monday of each month.

<u>2003</u>
9/08/03,
~~10/06/03~~   10/20/03 → meet./Rocío.
(11/03/03)
12/01/023

<u>2004</u>
1/05/04
2/02/04
3/01/04 — Rocío
4/05/04
5/03/04
6/07/04

If you have a problem with any of these dates we will discuss this at the first meeting and make changes only if it suits everyone.   Witness

Pauline
415) 587 - 5142
415) 892 - 8383
619) 809 - 0036
510) 645 - 3281
415) 380 - 1920

415) 505 - 7087

hours there and back in order to be at the Jungian theory group. Her group, to my understanding, took place in the same building in the afternoon after the Jungian Theory group.

The initial agreement I entered in August 2000 does not give "unlicensed: as a reason not to be admitted into a Sandplay Consultation group, as in my case there were exceptional circumstances involved. I started a Sandplay program completely from scratch at Barrio Logan Elementary schools in San Diego, having established 3 collections at 2 schools and one collection at a clinic from scratch, and having given 8 presentations on Sandplay and trained the staff there on the use of Sandplay. Much of this was communicated to Ms. Friedman and all present during my introduction at the Jungian Theory group in the Fall of 2003.

I communicated to Maria Ellen Chiaia Ms. Friedman's refusal to allow me entrance into her Sandplay Consultation group at the time this was occurring. This civil right violation was never investigated by the STA at the time.

I am also insisting that a statement from this Board that the Blacklisting and Defamation of my professional reputation stop immediately. I am insisting that this Board most seriously investigate this Blacklisting. I am submitting as evidence of this Blacklisting a letter from Sachiko Taki Reece to me dated August 23, 2006. On page 2, Ms. Reece states:' A sandplay consultation group is not a therapy group, …The consultant is not a therapist for these members…hopefully a member shouldn't have a lot of baggage unresolved personal issues which may obstruct group learning…I hope you would resolve this conflicts you have with some consultants. Because you cannot keep having negative relationship with STA members…"

I am defining these so-called negative relationships as racial harassment from STA members, completely separate from any misunderstandings or personality conflicts.

I am therefore appealing your Board's decision that this has all been a miscommunication and misunderstanding. Racial harassment is not a misunderstanding.

I have spent 5 years in therapy, including working on my sandplay process, and 3 and a half years in grief groups with professional therapists facilitating these groups. I have worked hard on my personal process and would be able to procure the letters necessary from these professional therapists in order to verify this. I have CD photograph disks of my 6-month sandplay Therapy process that I worked on with Barbara Miriello. To this date she has refused to send a letter I requested from her. The Board has never responded as to how she will be reprimanded for this. I am insisting on a response from this Board regarding this matter. I have proof that she received the Certified letter I sent her regarding this, a U.S. Postal office page.

It has been painful to me that my professional reputation has been defamed as that of an emotionally unstable individual, as Ms. Reece's letter implies. Please investigate as to from which STA member Ms. Reece has heard these reported rumors.

I am submitting a copy of the 3-page agreement under which I fist presented myself to Lee Ben Yehuda as starting my Sandplay Membership process, in August 2000. I am also submitting the letter from Ms. Lee Ben Yehuda, dated August 23, 2004, which verifies this.

Also submitting, letter from witness Elena Velázquez, which shows my profound commitment to Sandplay. Note from Marianne LaRuffa, Director of Daly City Youth Health Center, where I recently gave a presentation on Sandplay and Sandplay with Mexican American children. This presentation was well received. I am also submitting a flyer from a group I was facilitating on helping children from the barrio who had witnessed domestic violence. I also used Sandplay as a modality with these children. I created this curriculum and taught it in the Spanish language. This is evidence of exceptional circumstances and valid reasons as to why

RECEIVED

JAN 1 4 2008

EEOC-SFDO

Tone Rocio Evans, MFT

Ms. Friedman needed to have accepted me into her Consultation group, in order to assist these Barrio children.

Also enclosed, copy of Marianne La Ruffa's business card, copy of e-mail, date: August 28, 2006, sent to Harriet Friedman, letter from C.G. Institute in Los Angeles, date: September 23, 2003, confirming my place in this Training.

Enclosed: Note verifying some of the dates of my personal Psychotherapy process, signed by me.

Enclosed, letter to Barbara Miriello, date: August 24, 2005, copy of U.S. Postal Service Certified mail receipt and Track and confirm page from U.S. Postal Service, which verifies that this letter was delivered at 11:10 a.m. on August 26, 2005 in san Diego.

Respectfully,

Rocio Evans, MFT

RECEIVED

JAN 1 4 2008

EEOC-SFDO

RECEIVED

JAN 1 4 2008

EEOC-SFDO

1/23/07

Dear Rocio,

Hope you are doing well. I no longer have a current phone number please give me a call. A while ago you gave a wonderful ~~Sound Track~~ ~~the ~~ ~~Connecticut center~~ We were wondering if you could do it again? Maybe in April on a Thursday morning from 8:30–10?

Let me know.

Take Care,
Marianne

Evidence that STA Falls within Job Related Profession Scope of Practice.

**RECEIVED**
JAN 1 4 2008
EEOC-SFDO

Strong Evidence that STA falls within Professional Job Scope of Practice —

Rocio

Fail

Certificate of Attendance

San Diego Chapter of the
California Association of
Marriage & Family Therapists

Rocio Evans

License Number # ----------

Has successfully completed:

Using Expressive Arts Therapy and Sandplay
Therapy with Domestic Violence Clients
Presenter : Rocio Evans, M.A.
October 10, 2003

1.5 CEU's

Walter W. _____
Approved Signature

SDC-CAMFT is approved for Continuing Education
by the California Board of Behavioral Sciences
(Provider # PCE 838)

170 Otis Street, 1st Floor
San Francisco, CA 94103
Phone (415) 557-5636
Fax (415) 557-5640

**Employment
Information Center**

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**

# Fax

| | | | |
|---|---|---|---|
| **To:** ~~Bella Barnes Morny~~ | **From:** Jane Rocio Evans | | |
| **Fax:** 510) 654-7185 | **Pages:** 26 | | |
| **Phone:** 510) 654-7185 | **Date:** 11-7-07 | | |
| **Re:** ~~Sandplay Therapists~~ Association | **CC:** | | |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• **Comments:**

Thank you for your time.
Please e-mail response at:
rocioevans @ yahoo.com

170 Otis Street, 1st Floor
San Francisco, CA 94103
Phone (415) 557-5636
Fax (415) 557-5640

**Employment**
**Information Center**

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**

# Fax

| | | | |
|---|---|---|---|
| **To:** Jesus Siont, attorney | **From:** Jane Rocio Evans | | |
| **Fax:** 510) 839-7041 | **Pages:** 26 Page | | |
| **Phone:** 510) 839-3215 | **Date:** 11-7-07 | | |
| **Re:** Lawsuit I would like to File | **CC:** | | |

☐ Urgent  ☑ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● **Comments:**

I am sorry, I tried to go to 2 employm
Centers yesterday to fax these 2 you
but both Centers were closed.
Please Telephone me and let me
know wether you would be willing
to take this Case on a Contingncy
I am planning to go to th
Nolo Press and file or start
~~the~~ filing the Lawsuit mysf
this weekend, so that it
is started on Time, within the
days of the EEOC letter.
— Jane Rocio Evans, h

LAW OFFICES OF
**JOHN F. MARTIN**
A PROFESSIONAL CORPORATION
**STATION PLAZA**
3100 OAK ROAD, SUITE 230
POST OFFICE BOX 5331
WALNUT CREEK, CALIFORNIA 94597

TELEPHONE: (925) 937-5433
FACSIMILE: (925) 938-5567

**TO POTENTIAL CLIENT:**

Thank you for selecting our office to assist you. Please complete the intake form you have been given which will assist us in answering your questions and focusing on your specific problem.

Our law firm handles cases involving discrimination, employment, education, civil rights, personal injury, construction and ERISA.

When we discuss your problem, please let us know what you would like us to accomplish. Normally, we can determine quickly whether you need the services of an attorney. **THERE WILL BE NO CHARGE FOR TODAY'S VISIT.** If you wish to retain our firm, our hourly rate is $275. We accept credit cards, and in some cases, we will work on a contingency fee basis wherein our fee is deducted from your settlement. Feel free to discuss the matter of fees.

---

**JOHN F. MARTIN:** Born Oakland, California, May 12, 1943; admitted to bar, 1972, California.
*Education:* St. Mary's College of California (B.A., 1965); University of San Francisco & San Francisco Law School (J.D., 1971). Phi Delta Phi (Secretary, 1965–1966). Deputy District Attorney, Alameda County, 1972–1975. Judge Pro Tem, Alameda County Superior Court, 1984—. Member, Panel of Arbitrators, Contra Costa, Alameda, Solano & San Francisco Counties Superior Courts, 1979— . Co-Author: "Personal Injury Litigation Practice in California," Copyright 1993, National Business Institute, Inc. and "Premises Liability: Preparation & Trial of a Difficult Case in California," Copyright July 1997, National Business Institute, Inc.
*Member:* Contra Costa County, Alameda County Bar Associations, State Bar of California, U.S. Northern and Eastern District Court; 9th Circuit U.S. Court of Appeals.
*Practice Areas:* *Personal Injury Litigation; Civil Rights Law; Employment Law; ERISA; Construction Law; Discrimination; Sexual Harassment; Education.*
*Email:* john@johnfmartinlaw.com


**CHRISTINE HOPKINS:** Born Framingham, Massachusetts, August 1, 1979; Admitted to Bar 2005.
*Education:* Bates College (B.A., *Magna Cum Laude* 2001); University of California Berkeley School of Law, Boalt Hall (J.D., 2005). Clinical Experience: East Bay Community Law Center and Samuelson Law, Technology and Public Policy Clinic.
*Member:* California Women Lawyers, Contra Costa County Bar Association, State Bar of California, U.S. Northern District Court, U.S. Eastern District; 9th Circuit U.S. Court of Appeals.
*Practice Areas:* *Personal Injury Litigation; Civil Rights Law; Employment Law; ERISA; Discrimination; Contract Law; Sexual Harassment; Education.*
*E-mail:* christine@johnfmartinlaw.com

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Mixie_   ☐ Agent  ☒ Addressee

B. Received by ( *Printed Name* ) _Elixie_   C. Date of Delivery _8·17·07_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Current STA Chair
and all Sandplay therapists
of America Board members
P.o. Box 4847
Walnut Creek, CA.
94596

WALNUT CREEK C
AUG 17
USPS 2007

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   7007 1490 0002 2536 4060

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 2536 4060**
Status: **Delivered**

Your item was delivered at 11:06 am on August 17, 2007 in WALNUT
CREEK, CA 94596. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



# Search Results for Licensees and Registrants

This information is updated Monday through Friday - Last updated: JUL-26-2007

To see all the information for a licensee, click on the highlighted name. This will also include administrative actions if any are present.

| Name | Type | Number | Status | Address | City | Zip | County | Actions? |
|------|------|--------|--------|---------|------|-----|--------|----------|
| EVANS ROCIO | MFC | 40689 | CLEAR | PO BOX 424886 | SAN FRANCISCO | 94142 | SAN FRANCISCO | No |

Record 1

First Previous

*Disclaimer*
*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

Back    Return to Main License Listing

**RECEIVED**
JAN 1 4 2008
**EEOC-SFDO**

RECEIVED
JAN 1 4 2008
EEOC-SFDO

Dear Rocio,

8 - 23 - 2008

I received a letter today and I got your e-mail the other day.

Anyway, congratulation for your MFT license!   You must have worked very hard to get through.  I see my interns where I work taking so much time and hard work, juggling study, work and personal life.

I hope your life has been fulfilling one in Bay area.

I would like to respond to your letters from my own perspective.  Please take it or leave it as you wish.


First, I feel great concern for your unhappy situations with learning sandplay therapy.

I know your passion or determination to learn sandplay, and maybe to become a member of STA in future.

STA is a very small specialty group as an organization, less than 100 clinical members.

So it is different from joining a large organization like CAMFT which anyone can join as long as a person has a MFT license and pay dues.

But, we, STA members, work together to develop Kalff's sandplay as you saw in the mission statement.  We are looking for, and mentoring for a like-minded therapist even they hold different training background or theoretical basis as you read in the recent STA Journal article by Castellana and Kirsch.

So if you hold different theoretical basis to do sandplay, after you have mastered Kalff's sandplay, I hope you would consider writing a paper on your own unique perspective.  I try when I work  with clients with special needs, how I can translate my Sandplay for the situation, I hope you  would read my recent article "All the Children" in STA Journal when you have time.


About setting fee, when I met you years ago, I saw your sincere concern about Barrio population and you were working for them.  I thought you are really a valuable person for them. That's why I adjusted my fee for you.   But that's sort of arrangement is not every therapist has to make for a person coming to your practice, therapy or consultation.  I want you to know if anyone else does not adjust their fee, which is nothing you can do about it.  They have their own choice.

And about a consultation group for sandplay training, this group is not a therapy group, it's rather a task oriented, focused group. The consultant is not a therapist for these members, members are all individually interested in bringing their own cases and learn from each other, exchanging information etc.

I , personally would like to have a good working group which members can work together well, hopefully a member shouldn't have a lot of baggage (unresolved personal issues which may obstruct group learning). So I as a consultant, need to be selective for members, as you know any group design would have such preparation and direction.

I hope you would resolve these conflicts you have with some consultants. Because, you can not keep having negative relationship with STA members if you are interested in learning Kalff's sandplay, because these members, all members are foundation of STA.

I will be away for 5 months, please take good care of yourself.

Sincerely,

Sachiko Taki Reece, MFT

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**



J O H N  F.  K E N N E D Y  U N I V E R S I T Y
G R A D U A T E   S C H O O L   O F
P R O F E S S I O N A L   P S Y C H O L O G Y

RECEIVE
JAN 1 4 2008
EEOC-SFD(

To Whom It May Concern:

This memo serves as verification that Rocio Evans completed a course in Sand Tray Sandplay Therapy at John F. Kennedy University in the Winter quarter of 1999. The course was tought by Marilee James King  and included 20 hours of instruction for this two unit course.

Should you require an official transcript, you may contact the Admissions and Records department by telephone at (925) 258-2213 or by mail at Admissions and Records, John F. Kennedy University, 12 Altarinda Road, Orinda Ca, 94563.

Regards,

Rhonda James, MA
Program Director/MA Counseling Psychology

*Evidence that STA Falls within Job related Professional Scope of Practice*

Case 4:08-cv-01066-SBA    Document 1-3    Filed 02/22/2008    Page 32 of 44

other documents or written policy shall permit temporary residency, as a guest of a senior citizen or qualified permanent resident, by a person of less than 55 years of age for periods of time, not more than 60 days in any year, that are specified in the covenants, conditions, and restrictions or other documents or written policy.

(e)  Upon the death or dissolution of marriage, or upon hospitalization, or other prolonged absence of the qualifying resident, any qualified permanent resident shall be entitled to continue his or her occupancy, residency, or use of the dwelling unit as a permitted resident. This subdivision shall not apply to a permitted health care resident.

(f)  The covenants, conditions, and restrictions or other documents or written policies applicable to any condominium, stock cooperative, limited-equity housing cooperative, planned development, or multiple-family residential property that contained age restrictions on January 1, 1984, shall be enforceable only to the extent permitted by this section, notwithstanding lower age restrictions contained in those documents or policies.

(g)  Any person who has the right to reside in, occupy, or use the housing or an unimproved lot subject to this section on or after January 1, 1985, shall not be deprived of the right to continue that residency, occupancy, or use as the result of the enactment of this section by Chapter 1147 of the Statutes of 1996.

(h)  A housing development may qualify as a senior citizen housing development under this section even though, as of January 1, 1997, it does not meet the definition of a senior citizen housing development specified in subdivision (b), if the development complies with that definition for every unit that becomes occupied after January 1, 1997, and if the development was once within that definition, and then became noncompliant with the definition as the result of any one of the following:

(1)  The development was ordered by a court or a local, state, or federal enforcement agency to allow persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development.

(2)  The development received a notice of a pending or proposed action in, or by, a court, or a local, state, or federal enforcement agency, which action could have resulted in the development being ordered by a court or a state or federal enforcement agency to allow persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development.

(3)  The development agreed to allow persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development by entering into a stipulation, conciliation agreement, or settlement agreement with a local, state, or federal enforcement agency or with a private party who had filed, or indicated an intent to file, a complaint against the development with a local, state, or federal enforcement agency, or file an action in a court.

(4)  The development allowed persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development on the advice of counsel in order to prevent the possibility of an action being filed by a private party or by a local, state, or federal enforcement agency.

(i)  The covenants, conditions, and restrictions or other documents or written policy of the senior citizen housing development shall permit the occupancy of a dwelling unit by a permitted health care resident during any period that the person is actually providing live-in, long-term, or hospice health care to a qualifying resident for compensation.

(j)  This section shall only apply to the County of Riverside. **Leg.H.** 1996 ch. 1147, 1999 ch. 324, 2000 ch. 1004 §5.

**Ref.:** Cal. Fms Pl. & Pr., Ch. 117, "Civil Rights: Housing Discrimination."

## §51.12.  Riverside County—Continuing Occupancy of Certain Exempt Housing.

(a)  The Legislature finds and declares that the requirements for senior housing under Sections 51.10 and 51.11 are more stringent than the requirements for that housing under the federal Fair Housing Amendments Act of 1988 (Public Law 100-430).

(b)  Any person who resided in, occupied, or used, prior to January 1, 1990, a dwelling in a senior citizen housing development which relied on the exemption to the special design requirement provided by Section 51.4 as that section read prior to January 1, 2001, shall not be deprived of the right to continue that residency, or occupancy, or use as the result of the changes made to this section by the enactment of Senate Bill 1382 or Senate Bill 2011 at the 1999–2000 Regular Session of the Legislature.

(c)  This section shall only apply to the County of Riverside. **Leg.H.** 1996 ch. 1147, 2000 ch. 1004.

## §52.  Penalty for Discrimination.

(a)  Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is liable for each and every offense for the actual damages, and any amount that may be determined by a jury, or a court sitting without a jury, up to a maximum of three times the amount of actual damage but in no case less than four thousand dollars ($4,000), and any attorney's fees that may be determined by the court in addition thereto, suffered by any person denied the rights provided in Section 51, 51.5, or 51.6.

(b)  Whoever denies the right provided by Section 51.7 or 51.9, or aids, incites, or conspires in that denial, is liable for each and every offense for the actual damages suffered by any person denied that right and, in addition, the following:

(1)  An amount to be determined by a jury, or a court sitting without a jury, for exemplary damages.

(2)  A civil penalty of twenty-five thousand dollars ($25,000) to be awarded to the person denied the right provided by Section 51.7 in any action brought by the person denied the right, or by the Attorney General, a district attorney, or a city attorney. An action for that penalty brought pursuant to Section 51.7 shall be commenced within three years of the alleged practice.

(3)  Attorney's fees as may be determined by the court.

(c)  Whenever there is reasonable cause to believe that any person or group of persons is engaged in conduct of resistance to the full enjoyment of any of the rights described in this section, and that conduct is of that nature

PERSONAL RIGHTS

Sec. 52.1

and restrictions or other
: senior citizen housing
ancy of a dwelling unit
during any period that
live-in, long-term, or
lifying resident for

ply to the County of
999 ch. 324, 2000 ch.

"Civil Rights: Housing

ontinuing
t Housing.
lares that the require-
ions 51.10 and 51.11
ients for that housing
ndments Act of 1988

, occupied, or used,
g in a senior citizen
n the exemption to
ded by Section 51.4
y 1, 2001, shall not
e that residency, or
ne changes made to
 Bill 1382 or Senate
lar Session of the

y to the County of
00 ch. 1004.

n
: a denial, or makes
rary to Section 51,
ery offense for the
nay be determined
t a jury, up to a
actual damage but
llars ($4,000), and
ained by the court
person denied the
: 51.6.
ed by Section 51.7
at denial, is liable
damages suffered
in addition, the

a jury, or a court
amages.

thousand dollars
denied the right
t brought by the
rney General, a
n action for that
7 shall be com-
d practice.
ned by the court.
e to believe that
d in conduct of
f the rights de-
is of that nature

and is intended to deny the full exercise of those rights, the Attorney General, any district attorney or city attorney, or any person aggrieved by the conduct may bring a civil action in the appropriate court by filing with it a complaint. The complaint shall contain the following:

(1)   The signature of the officer, or, in his or her absence, the individual acting on behalf of the officer, or the signature of the person aggrieved.

(2)   The facts pertaining to the conduct.

(3)   A request for preventive relief, including an application for a permanent or temporary injunction, restraining order, or other order against the person or persons responsible for the conduct, as the complainant deems necessary to ensure the full enjoyment of the rights described in this section.

(d)   Whenever an action has been commenced in any court seeking relief from the denial of equal protection of the laws under the Fourteenth Amendment to the Constitution of the United States on account of race, color, religion, sex, national origin, or disability, the Attorney General or any district attorney or city attorney for or in the name of the people of the State of California may intervene in the action upon timely application if the Attorney General or any district attorney or city attorney certifies that the case is of general public importance. In that action, the people of the State of California shall be entitled to the same relief as if it had instituted the action.

(e)   Actions brought pursuant to this section are independent of any other actions, remedies, or procedures that may be available to an aggrieved party pursuant to any other law.

(f)   Any person claiming to be aggrieved by an alleged unlawful practice in violation of Section 51 or 51.7 may also file a verified complaint with the Department of Fair Employment and Housing pursuant to Section 12948 of the Government Code.

(g)   This section does not require any construction, alteration, repair, structural or otherwise, or modification of any sort whatsoever, beyond that construction, alteration, repair, or modification that is otherwise required by other provisions of law, to any new or existing establishment, facility, building, improvement, or any other structure, nor does this section augment, restrict, or alter in any way the authority of the State Architect to require construction, alteration, repair, or modifications that the State Architect otherwise possesses pursuant to other laws.

(h)   For the purposes of this section, "actual damages" means special and general damages. This subdivision is declaratory of existing law. **Leg.H.** 1905 p. 553, 1919 p. 309, 1923 ch. 235, 1959 ch. 1866, 1974 ch. 1193, 1976 chs. 366; 1293, 1978 ch. 1212, 1981 ch. 521, effective September 16, 1981, 1986 ch. 244, 1987 ch. 159, 1989 ch. 459, 1991 chs. 607, 839 §2, 1992 ch. 913, 1994 ch. 535, 1998 ch. 195, 1999 ch. 964, 2000 ch. 98, 2001 ch. 261, 2005 ch. 123 (AB 378) §1.

**1991 Note:** It is the intent of the Legislature to modify the prerequisite for injunctive relief under Section 52 of the Civil Code. By providing a civil remedy for the classes of persons specifically identified in Sections 51, 51.7, and 52 of the Civil Code, the Legislature does not intend to limit the availability of this remedy for any other form of discrimination which is prohibited by these sections. Stats. 1991 ch. 839 §3.

**Ref.:** Cal. Fms Pl. & Pr., Ch. 116, "Civil Rights: Discrimination in Business Establishments," Ch. 117A, "Civil Rights:

Interference With Civil Rights by Threats, Intimidation, Coercion or Violence"; W. Cal. Pro., "Pleading" §137; W. Cal. Sum., "Constitutional Law" §§895–898, 906, 907, 910, 914, 957, 959, "Torts" §§303, 1570; CACI Nos. 3020, 3021, 3023, 3025–3027, VF-3010 (Matthew Bender).

## §52.1.   Interference With Exercise of Civil Rights—Remedies.

(a)   If a person or persons, whether or not acting under color of law, interferes by threats, intimidation, or coercion, or attempts to interfere by threats, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution or laws of the United States, or of the rights secured by the Constitution or laws of this state, the Attorney General, or any district attorney or city attorney may bring a civil action for injunctive and other appropriate equitable relief in the name of the people of the State of California, in order to protect the peaceable exercise or enjoyment of the right or rights secured. An action brought by the Attorney General, any district attorney, or any city attorney may also seek a civil penalty of twenty-five thousand dollars ($25,000). If this civil penalty is requested, it shall be assessed individually against each person who is determined to have violated this section and the penalty shall be awarded to each individual whose rights under this section are determined to have been violated.

(b)   Any individual whose exercise or enjoyment of rights secured by the Constitution or laws of the United States, or of rights secured by the Constitution or laws of this state, has been interfered with, or attempted to be interfered with, as described in subdivision (a), may institute and prosecute in his or her own name and on his or her own behalf a civil action for damages, including, but not limited to, damages under Section 52, injunctive relief, and other appropriate equitable relief to protect the peaceable exercise or enjoyment of the right or rights secured.

(c)   An action brought pursuant to subdivision (a) or (b) may be filed either in the superior court for the county in which the conduct complained of occurred or in the superior court for the county in which a person whose conduct complained of resides or has his or her place of business. An action brought by the Attorney General pursuant to subdivision (a) also may be filed in the superior court for any county wherein the Attorney General has an office, and in that case, the jurisdiction of the court shall extend throughout the state.

(d)   If a court issues a temporary restraining order or a preliminary or permanent injunction in an action brought pursuant to subdivision (a) or (b), ordering a defendant to refrain from conduct or activities, the order issued shall include the following statement: VIOLATION OF THIS ORDER IS A CRIME PUNISHABLE UNDER SECTION 422.77 OF THE PENAL CODE.

(e)   The court shall order the plaintiff or the attorney for the plaintiff to deliver, or the clerk of the court to mail, two copies of any order, extension, modification, or termination thereof granted pursuant to this section, by the close of the business day on which the order, extension, modification, or termination was granted, to each local law enforcement agency having jurisdiction over the residence of the plaintiff and any other locations where

**UNITED STATES**
**POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 2536 4060**
Status: **Delivered**

Your item was delivered at 11:06 am on August 17, 2007 in WALNUT
CREEK, CA 94596. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)  ( Return to USPS.com Home > )

**Track & Confirm** _____

Enter Label/Receipt Number.

[                    ]  Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

# RECEIVED

JAN 1 4 2008

# EEOC-SFDO

RECEIVED
JAN 1 4 2008
EEOC-SFDO

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Kukie_   ☐ Agent ☑ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery <br> Kukie  8-17-07 <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br> _Current STA Chair and all Sandplay Therapists of America Board Members_ <br> _P.O. Box 4847_ <br> _Walnut Creek, CA. 94596_ | 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7007 1490 0002 2536 4060 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

January 14, 2008:

I am submitting evidence of the most recent episode of Racial Discrimination from the STA — on 8/9/07 I sent all STA Board Members, including Harriet Friedman, a letter received by then on 8-17-07 — Proof of Delivery/Acceptance of letter on this Page. I named Episode of Racial Discrimination, including Barbara Miriello refusing or up until 8/9/07 ($ to the present date) to mail me a letter stated I had completed STA Training with Her. Retaliation from STA (over) included STA ignoring lett



Yahoo! My Yahoo! Mail Make Yahoo! your home page Search: Web Search

**YAHOO! MAIL** Welcome, **rocioevans**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

**Mail** | **Addresses** | **Calendar** | **Notepad** | **Mail For Mobile** - **Upgrades** - **Options**

**Check Mail** | **Compose** | **Search Mail** | **Search t**

$40k for $234/mo at LendingTree

**Folders** [Add - Edit]
**Inbox (464)**
Draft
Sent
**Bulk (2)** [Empty]
Trash [Empty]

**My Folders** [Hide]
resume

See your credit score: $0

Earn a degree in 1 yr.

Find Any Email Address

$300,000 loan Only $965/mo

Previous | Next | Back to Messages

**Delete** | **Reply** | **Forward** | **Spam** | **Move...**

This message is not flagged. [ Flag Message - Mark as Unread ] Printable View

**Date:** Wed, 06 Sep 2006 19:41:45 -0700

**From:** "Harriet and Richard Friedman" <shrinks2@sbcglobal.net>
Add to Address Book Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by sbcglobal.net. Learn more

**To:** "rocio evans" <rocioevans@yahoo.com>

**Subject:** Re: sandplay consultation groups

Dear Rocio,
Yes, I certainly did receive your letter that you emailed to me, never a certified letter through the mail.
I am so sorry that you are having such a difficult time with us all, and finding the right place to do your training. It must be very frustrating. I'm sorry that I am unable to help you in any way except to wish you good luck and hope you find your way to some less difficult times. I don't think I can be of any more help to you in your struggles with finding a place in a consultation group, you already have done so much yourself.
I do wish you well and that you can find your own way through this difficult situation.
I also send you apologies if I was short with you when we spoke at the sandplay group at the Jung Institute in Los Angeles. I had no intention of hurting your feelings and I am so sorry if I did.
Good luck to you,
Harriet S. Friedman

To Ms. Friedman,  i am writing to you as an STA Board memeber. Please respond to the letter I have sent via certified mail, return receipt requested.  I am still most interested and committed to attending and participating in Lauren Cunnningham's Sandplay consultation group this September.  She has e-mailed me and stated that she would keeep me informed on this. As of this date I have not heard from her.  Please ask her to e-mail me the dates and times when I can be present at her next sandplay Consultation group. I need a definite date and time. I am also e-mailing and writing to Sachiko Reece, as well as the other sandplay consultation group memebers in Ms. Cunningham's  sandplay consultation group, asking them to relate this message to Ms. cunningham.  Thank you for your assistance in this matter, Ms. Rocio Evans, MFT

---

Stay in the know. Pulse on the new Yahoo.com. Check it out.



Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

August 9, 2007

Letter sent via Certified mail, return receipt requested on August 9, 2007

To Harriet Friedman, STA Clinical Teaching Member,
1848 Fox Hills Drive
Los Angeles, CA 90025

And current Sandplay Therapists of America Board Chair,
STA
P.O. Box 4847
Walnut Creek, CA 94596

     To Ms. Friedman, this is in response to your September 6, 2006 e-mail, to which I am submitting a copy to the STA Board, as I have most serious concerns about this e-mail. My response after 3 hours of attorney Consultation regarding this matter is thus: I do not accept your apology. This is not a sincere apology, as your words do not match your actions.

     To STA Board Chair and all STA Board members: In this e-mail, Ms. Friedman is refusing to mentor me by assisting me in finding a Sandplay Consultation group in San Francisco and the Bay Area. I am naming this as a continued pattern of racial harassment towards me and am requesting and insisting that the STA Board most seriously investigate Ms. Friedman's discriminatory actions towards me at their earliest convenience.

     I am requesting that this Board Chair mail me a response via Certified mail, return receipt requested at this address: P.O. Box 424886, San Francisco, CA 94142, no later than August 21, 2007, in order to communicate with me what is being done to investigate this violation of my civil rights, which, by law, needs to be thoroughly investigated by your Board.

     In this e-mail Ms. Friedman writes:' I don't think I can be of any more help to you in your struggles with finding a place in a consultation group.' There is role abandonment here, as well as an unwillingness to assist clients from the Mexican American population with Sandplay, as this is the main population I work with.

     I am also stating that Ms. Friedman's discrimination is completely intentional. I do not accept Ms. Friedman's second apology of' hurting my feelings." I have suffered deep depression and severe emotional pain and anguish over her discriminatory behaviors. My commitment to Sandplay is profound and thus the pain I have suffered over this has also been profound, more than just hurt feelings.

     I am requesting and insisting that this Board also investigate as to why Ms. Friedman refused to allow me entrance into the Jungian Theory group in January 2003. During the Fall of 2003, Ms. Friedman refused me entrance into her Sandplay Consultation group, stating as her business reasons," I don't know you,' and then later,' Get Licensed first and then we'll talk about it." Both of these are not valid reasons fro denying me access into a group. I suffered depression from not being able to attend a Sandplay Consultation group for 18 months because of Ms. Friedman's discriminatory behaviors. Ms. Sachiko Taki Reece allowed me entrance into her Sandplay Consultation group without giving these reasons. I also attended the Jungian Theory group and this would have been a most convenient time for me to attend the Friedman Consultation group, as I took the Greyhound bus from Sand Diego to Lost Angeles for about 3

hours there and back in order to be at the Jungian theory group. Her group, to my understanding, took place in the same building in the afternoon after the Jungian Theory group.

The initial agreement I entered in August 2000 does not give "unlicensed: as a reason not to be admitted into a Sandplay Consultation group, as in my case there were exceptional circumstances involved. I started a Sandplay program completely from scratch at Barrio Logan Elementary schools in San Diego, having established 3 collections at 2 schools and one collection at a clinic from scratch, and having given 8 presentations on Sandplay and trained the staff there on the use of Sandplay. Much of this was communicated to Ms. Friedman and all present during my introduction at the Jungian Theory group in the Fall of 2003.

I communicated to Maria Ellen Chiaia Ms. Friedman's refusal to allow me entrance into her Sandplay Consultation group at the time this was occurring. This civil right violation was never investigated by the STA at the time.

I am also insisting that a statement from this Board that the Blacklisting and Defamation of my professional reputation stop immediately. I am insisting that this Board most seriously investigate this Blacklisting. I am submitting as evidence of this Blacklisting a letter from Sachiko Taki Reece to me dated August 23, 2006. On page 2, Ms. Reece states:' A sandplay consultation group is not a therapy group, …The consultant is not a therapist for these members…hopefully a member shouldn't have a lot of baggage unresolved personal issues which may obstruct group learning…I hope you would resolve this conflicts you have with some consultants. Because you cannot keep having negative relationship with STA members…"

I am defining these so-called negative relationships as racial harassment from STA members, completely separate from any misunderstandings or personality conflicts.

I am therefore appealing your Board's decision that this has all been a miscommunication and misunderstanding. Racial harassment is not a misunderstanding.

I have spent 5 years in therapy, including working on my sandplay process, and 3 and a half years in grief groups with professional therapists facilitating these groups. I have worked hard on my personal process and would be able to procure the letters necessary from these professional therapists in order to verify this. I have CD photograph disks of my 6-month sandplay Therapy process that I worked on with Barbara Miriello. To this date she has refused to send a letter I requested from her. The Board has never responded as to how she will be reprimanded for this. I am insisting on a response from this Board regarding this matter. I have proof that she received the Certified letter I sent her regarding this, a U.S. Postal office page.

It has been painful to me that my professional reputation has been defamed as that of an emotionally unstable individual, as Ms. Reece's letter implies. Please investigate as to from which STA member Ms. Reece has heard these reported rumors.

I am submitting a copy of the 3-page agreement under which I fist presented myself to Lee Ben Yehuda as starting my Sandplay Membership process, in August 2000. I am also submitting the letter from Ms. Lee Ben Yehuda, dated August 23, 2004, which verifies this.

Also submitting, letter from witness Elena Velázquez, which shows my profound commitment to Sandplay. Note from Marianne LaRuffa, Director of Daly City Youth Health Center, where I recently gave a presentation on Sandplay and Sandplay with Mexican American children. This presentation was well received. I am also submitting a flyer from a group I was facilitating on helping children from the barrio who had witnessed domestic violence. I also used Sandplay as a modality with these children. I created this curriculum and taught it in the Spanish language. This is evidence of exceptional circumstances and valid reasons as to why

Ms. Friedman needed to have accepted me into her Consultation group, in order to assist these Barrio children.

Also enclosed, copy of Marianne La Ruffa's business card, copy of e-mail, date: August 28, 2006, sent to Harriet Friedman, letter from C.G. Institute in Los Angeles, date: September 23, 2003, confirming my place in this Training.

Enclosed: Note verifying some of the dates of my personal Psychotherapy process, signed by me.

Enclosed, letter to Barbara Miriello, date: August 24, 2005, copy of U.S. Postal Service Certified mail receipt and Track and confirm page from U.S. Postal Service, which verifies that this letter was delivered at 11:10 a.m. on August 26, 2005 in san Diego.

Respectfully,


Rocio Evans, MFT

# GUIDELINES FOR TRAINING TO BECOME A SANDPLAY THERAPIST
### (USA training, June 1995 Revision)

1.    AIMS OF THE TRAINING:

As a result of the training, one will be eligible for membership in the Sandplay Therapists of America and the International Society for Sandplay Therapy (Founder: Dora M. Kalff); and, entitles one to use Sandplay in the sense of its founder, Dora M. Kalff. The Sandplay Therapists of America (STA) is an affiliate of the International Society for Sandplay Therapy (ISST). Membership in ISST is attained through membership in STA.

The training is understood as a supplementary training.

2.    QUALIFICATIONS FOR TRAINING:

Applicants for training are expected to show evidence of having the following qualifications:

a)    A university education in medicine, psychology, pedagogy, theology, clinical social work or marriage and family counseling.

Persons not having this type of university education, but, who can demonstrate adequate educational background, will also be considered.

b)    Knowledge of psychopathology, psychodiagnosis and psychotherapy which shall preferably have been achieved by formal study and applied clinical experience with patients/clients.

c)    Evidence of having had some in-depth inner development and insight, such as can be achieved in the experience of personal analysis or psychotherapy.

d)    Licensure to practice psychotherapy in states and regions where licensure is required.

Exceptions to the qualification for training may be made in exceptional circumstances.

3.    COURSE OF TRAINING:

Stated requirements are minimum. Additional hours in some areas may be needed and may be recommended by the Advisory Committee.

1

**Personal Experience:**

Having gone through a personal Sandplay process with a member of ISST is fundamental and required. This should lead to an experience of the particular possibilities of Sandplay for helping to unfold one ʃs own self-realization. Trying to state the minimum number of hours in which this can occur is not appropriate. The emphasis has to be on the fullness or wholeness of the experience.

If possible, the personal Sandplay experience should precede a regular attendance at seminars on Sandplay, in order to safeguard the spontaneous character of this experience. It is expected that one ʃs personal Sandplay experience will precede one ʃs use of Sandplay as a therapeutic technique with clients.

b)    **Seminars and Workshops:**

A minimum of 100 hours at seminars or workshops led by an STA/ISST Teaching Member is required. These must be seminars designed specifically for training in Sandplay. At least half of these hours should consist of participation in the presentation and discussion of Sandplay cases. The remaining hours would be expected to consist of instruction in theory, including, for example, the relationship of the Sandplay process to the general history of the evolution of consciousness as it is expressed in religions, mythologies and the traditions of various cultures.

Additionally, group consultation hours with an STA/ISST Teaching Member are acceptable toward fulfilling this requirement. These hours would consist of time during which the applicant participated in a group, of not more than four persons (plus the Teaching Member), in which another person was presenting a case.

c)    **Individual Consultation:**

A minimum of 30 hours of consultation with an STA/ISST Teaching Member is required. At least half of this requirement must be in individual sessions. The remaining hours may be obtained in groups of not more than four, plus the Teaching Member. Only hours in which an applicant presents a case may be counted toward meeting this requirement.

d)    **Theoretical Papers:**

During the course of training, two theoretical papers are required. Each paper must be a minimum of ten pages in length. At least one paper must be an indepth exploration of a symbol or of an archetypal image or theme. The other paper may be about some aspect of Sandplay that is of special interest to the applicant. If the

*# least 15 hrs. presenting a case*

*At least 15 hrs. of individual consultation*

*36*

theoretical papers are not submitted during the course of training, they will be required prior to submitting an Application for Membership. Any ISST member may read and approve theoretical papers. **

4.    ADVISORY COMMITTEE INTERVIEW:

Prior to writing a case report, an interview will be held to assist applicants in determining their personal readiness to proceed with completing the requirements for membership in STA/ISST.

Applications received by January 15 of each year will be processed by the Advisory Committee for interviews during that year.

5.    WRITTEN CASE REPORT:

At the conclusion of the training, and following the interview with the Advisory Committee, submission of a written case report is required as part of the application for membership. This case should consist of written text with photos of each session, a complete set of slides and a release form signed by the pseudonym of the client/patient. There should be no more than 40 pages of written text.

6.    EXCEPTIONS:

Exceptions to the course of training may be made in exceptional circumstances. Exceptions will not be made regarding doing a sandplay process with an ISST member nor fulfilling the required hours of consultation with an STA/ISST Teaching Member.

7.    CONTINUING EDUCATION:

It is expected that Members will continue their education in Sandplay after becoming members.

---

Membership application forms are obtained by sending a check in the amount of $3.00 payable to STA, along with a self-addressed, 8 x 11 envelope with four stamps. Send to:

SANDPLAY THERAPISTS OF AMERICA
P.O. BOX 4847
WALNUT CREEK, CALIFORNIA 94596

3

Yahoo!  My Yahoo!  Mail    Make Yahoo! your home page

Search
the Web    [                    ]    Search



**YAHOO! MAIL**    Welcome, rocioevans
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

# LENOX FINANCIAL MORTGAGE
### The originator of the NO CLOSING COST LOANS!
## » Click Here or call 888-595-3669

"It's
big
no b
in the
of m

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Mail For Mobile - Upgrades - Options |

[Check Mail]  [Compose]    [            ]  [Search Mail ▾]    [Search the Web]

VONAGE: Save up to
50% on phone service

Previous | Next | Back to Messages

[Delete ▾]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

**Folders**    [Add - Edit]

| Inbox (432) | |
| Draft | |
| Sent | |
| **Bulk (2)** | [Empty] |
| **Trash** | [Empty] |

**My Folders**    [Hide]

resume


See your
credit score: $0


Netflix-$5.99/mo.
No Late Fees!


Find Any
Email Address


Credit card in
hand in 3 days

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Date:**    Sat, 25 Jun 2005 22:15:22 -0800

**From:**    "Lauren Cunningham" <lauren_c@pacbell.net>  Add to Address
Book  ☐ Add Mobile Alert

**To:**    "rocio evans" <rocioevans@yahoo.com>

**Subject:**    Re: sandplay consultation

Dear Rocio,
As I mentioned at one of our group sessions, I was willing to meet with any of
you after the group meeting to discuss sandplay related issues. Just wanted
you to know that an end of the year meeting was also possible if it would be
useful to you.
Hope you have an enjoyable summer.
Lauren

[Delete ▾]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

Previous | Next | Back to Messages                    Save Message Text | Full Headers

[Check Mail]  [Compose]    [            ]  [Search Mail ▾]    [Search the Web]

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0000 1899 6656**
Status: **Delivered**

Your item was delivered at 2:57 pm on December 22, 2005 in SAN RAFAEL, CA 94901. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

 **POSTAL INSPECTORS**  site map  contact us  government services  jobs  **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy 

**UNITED STATES**
**POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0000 7709 0081**
Status: **Delivered**

Your item was delivered at 11:11 am on September 06, 2006 in SAN
FRANCISCO, CA 94109.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



( Go > )

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 **POSTAL INSPECTORS**     site map    contact us    government services    jobs    **National & Premier Accounts**
    **Preserving the Trust**     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



 UNITED STATES
POSTAL SERVICE®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 9089 7000**
Status: **Delivered**

Your item was delivered at 8:07 am on August 30, 2006 in WALNUT
CREEK, CA 94596.

( Additional Details > )  ( Return to USPS.com Home > )

| Track & Confirm |
|---|
| Enter Label/Receipt Number. |

( Go > )

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



---

 POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tessamarie Capitolo
1480 Lincoln Avenue,
Suite 2
San Rafael, CA - 94903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D Capitolo    ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
David Cho    12-22-05

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0000 1899 6656

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

SAN RAFAEL CA 94901

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.42 |

Postmark Here
SAN FRANCISCO CA FOX PLAZA
DEC 21 2005
12/21/2005

Sent To
Tessamarie Capitolo
Street, Apt. No.; or PO Box No.
1480 Lincoln Ave. Suite
City, State, ZIP+4
San Rafael, CA 94903

7005 1160 0000 1899 6656

PS Form 3800, June 2002    See Reverse for Instructions



**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

SAN DIEGO CA 92116

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.42 |

Sent To Barbara Mirabella Center
Street, Apt. No.; or PO Box No. 5100 Marlborough Inn Work
City, State, ZIP+4 San Diego CA 92116

PS Form 3800, June 2002          See Reverse for Instructions

7005 0390 0003 6156 9478

AUG 24 2005
08/24/2005
SAN FRANCISCO CA GATEWAY STA 94124
0026 13
USPS

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $2.31 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.56 |

Sent To Kerry Mixie and Harriet Friedman
Street, Apt. No.; or PO Box No. Sandalay Transportation of America
City, State, ZIP+4 P.O. Box 4847, Walnut Creek, CA 94597

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0000 9089 7006

0026
AUG 25 2005
08/25/2005
SAN FRANCISCO, CA 94126
GATEWAY STATION
USPS

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

CALABASAS CA 91302

| | | |
|---|---|---|
| Postage | $ | $0.39 | 0026 |
| Certified Fee | | $2.40 | 08 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.64 | |

Sent To Rio Rogers Mitchell PhD
Street, Apt. No.; or PO Box No. 23480 Park Sorrento
City, State, ZIP+4 Calabasas. CA. 91302

PS Form 3800, June 2002          See Reverse for Instructions

7005 0390 0000 7509 0081

AUG 18 2006
08/18/2006
GATEWAY STATION SAN FRANCISCO, CA 94126
USPS

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.39 | 0026 |
| Certified Fee | | $2.40 | 08 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.64 | |

Sent To Sachiko Taki Reece
Street, Apt. No.; or PO Box No. 1741 Silver Lake Boulevard
City, State, ZIP+4 Lu 2A, Los Angeles. CA. 90026

PS Form 3800, June 2002          See Reverse for Instructions

7006 0810 0000 7509 0098

AUG 18 2006
08/18/2006
GATEWAY STATION SAN FRANCISCO, CA 94126
USPS



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0003 6156 4498** 
**Status: Delivered**

Your item was delivered at 11:10 am on August 26, 2005 in SAN DIEGO,
CA 92116. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >   (?)     Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >



**POSTAL INSPECTORS**    site map   contact us   government services   jobs   **National & Premier Accounts**
**Preserving the Trust**    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





<u>Yahoo!</u> - <u>My Yahoo!</u> - <u>Mail</u>

# YAHOO!® MAIL

Welcome, **rocioevans**
[<u>Sign Out</u>, <u>My Account</u>]

Search
the Web [＿＿＿＿＿] [ Search ]

<u>Mail Home</u> - <u>Mail Tutorials</u> - <u>Help</u>

**YAHOO!** SEARCH    **FINDING. NOW LESS
CHALLENGING THAN EVER.**    [ Yahoo! Search ]

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

[ Check Mail ]   [ Compose ]   [＿＿＿＿＿]   [ Search Mail ▾ ]   [ Search th ]

Get VONAGE
& get 30 days FREE!

**Folders**    [Add - Edit]

| **Inbox (183)** | |
| Draft | |
| Sent | |
| Bulk | [Empty] |
| Trash | [Empty] |
| **My Folders** | [Hide] |
| resume | |

What's your
Credit Score?

Find old High
School friends

A Mastercard
in 3 Days*

$300k Loan
$1000/mo. Go!

<u>Previous</u> | <u>Next</u> | <u>Back to Messages</u>         <u>Printable View</u> - <u>Full Headers</u>

[ Delete ]   [ Reply ▾ ]   [ Forward ▾ ]   [ Spam ]
[ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]

| **Date:** | Mon, 03 Oct 2005 17:14:00 -0700 |
| **Subject:** | Re: response to your letter |
| **From:** | "Kerry Mixie" <kerrymixie@astound.net> 🖼 Add to Address Book 📱 Add Mobile Alert |
| **To:** | "rocio evans" <rocioevans@yahoo.com> |

Rocio,

Here you go...

Ruth Ammann
Zelgstrasse 10
Kindhausen AG 8963
Switzerland

Let me know if you need additional info.

Kerry

**From:** rocio evans <rocioevans@yahoo.com>
**Date:** Mon, 3 Oct 2005 17:07:00 -0700 (PDT)
**To:** Kerry Mixie <kerrymixie@astound.net>
**Subject:** Re: response to your letter

Dear Kerry, thank you so much for responding to my request quickly. please e-mail me the mailing address of the ISST Chairperson as i would like to write this person a letter. Thank You, Rocio Evans

**Kerry Mixie <kerrymixie@astound.net>** wrote:

> Rocio,
>
> In response to your letter I provide the following information.
>
> The chair of the STA Board of Trustees is Maria Chiaia at mchiaia@aol.com
>
> The chair of the ISST Board of Trustees is Ruth Ammann at Ruth.Ammann@gmx.ch
>
> Please let me know if you need any additional information.
>
> Thanks,
> Kerry
>
> --
> Kerry Mixie
> Administrative Assistant
> Sandplay Therapists of America
> PO Box 4847
> Walnut Creek, CA 94596
> phone 925/825-9277
> fax 925/687-9985



Yahoo! for Good
Click here to donate <http://store.yahoo.com/redcross-donate3/>  to the Hurricane Katrina relief effort.

Delete    Reply    Forward    Spam

Move...

Previous | Next | Back to Messages          Save Message Text

Check Mail    Compose    [                    ]    Search Mail    Search th

## S. LEE BEN-YEHUDA, M.A., MFT
### 6858 Claremore Ave.
### San Diego, Ca. 92120
### 6 1 9 - 5 0 1 - 8 8 4 3

August 23,2004

To Whom it May Concern:

I saw Rocio Evans for psychotherapy during the period from August 1, 2000 through October 17, 2000. She did five sandplay scenes and had four sessions without doing sandplay for a total of nine sessions.

Very truly yours,

*Lee Ben-Yehuda*

S. Lee Ben-Yehuda, M.A.
STA, ISST

# aria Ellen Chiaia, Ph.D., M.F.T.

3155 College Ave. Berkeley, CA 94705    (510) 654-3281

November 30, 2003

To: STA for application for membership

For: Rocio Evans

This is to confirm that Rocio Evans has attended five hours of my sandplay consultation group in the fall of 2003. She presented for two and one-half hours of those hours.

She also met with me for one hour of individual consultation.

5 hours of seminar hours

2 1/2 hours of group supervision hours — *Rocío presented*

1 hour of individual supervision

Sincerely,

*Maria Ellen Chiaia*

Maria Ellen Chiaia, Ph.D.

2005-09-27

To Joyce Cunningham,

I am writing to request to be able to continue and complete my Sandplay process with you, as you are a member of both the STA and the ISST. I have currently completed half of my Sandplay process and have approximately 3 years left to submit my hours to become a clinical member of the STA.

My strong instinct is that you are an appropriate person for me to complete my Sandplay process with.

I felt disappointed last year, during July 2004, when I first requested to engage in my Sandplay process with you and you left a telephone message saying "No, I don't mix therapy and consultation roles…I am too busy at this time to meet with you for individual Sandplay consultation." I was puzzled as to why you were stating that you were too busy to meet with me for consultation, as I had not requested this from you at the time.

About a year later, during September 2005, after giving the matter much careful and thoughtful consideration, I telephoned you again, requesting to continue my Sandplay process with you. I communicated with you by phone at this time that" According to Board of Behavioral Sciences regulations, engaging in my Sandplay therapy process with you does not constitute a "Dual relationship', as I only had one Sandplay Consultation session with you for one hour and a half, during October 2003, and during this session had a strong spiritual understanding that you as an individual would be an appropriate person for my sandplay process. However, I lived in San Diego, not San Francisco at the time, so I did not request this from you. In addition, when I requested individual sandplay therapy from you on the first 2 occasions, I never intended to see you again for individual consultation, in order to keep the roles and boundaries as clear as possible.

During the September 2005 phone conversation with me, you stated to me:" No, I feel uncomfortable with this… I feel uncomfortable with it as this is not the way I work."

You telephoned me on September 15, 2005, in order to continue this conversation with me and again stated that" no" you would not be my Sandplay process therapist, saying: "I am very sorry. I feel uncomfortable with this. I do not jump around from Consultation to Sandplay Therapy process. This is not the way I work." I stated to you during this conversation that I would be challenging this.

I wish to communicate now that I am puzzled again by your reasons for not choosing to accept me as an individual Sandplay therapy candidate. With all due respect, these reasons do not appear to have validity to them, as you are claiming American individualism as a way of working clinically, versus cooperation with both STA/ISST membership guidelines. These guidelines do not state any of the reasons given by you as reasons not to accept a candidate for Sandplay Therapy process.

. As a licensed Marriage, Family Therapist who has already completed half of my therapy process, my request to complete this process with you is completely appropriate. Also, I live currently about one and a half or at the most two miles from your work office, so this choice, professionally, spiritually and practically is appropriate.

In conclusion, I also wish to bring to your attention that your decision to refuse my reasonable request may be construed as racially discriminatory and as retaliation for a protected status, in accordance with my civil rights. It can also be construed as career sabotage as this process is also related to my advancement as a clinical member of the STA. I also felt demoralized last year to continue my process and only have a limited amount of time left in which to complete it. Please respond in writing to this letter.

Her response the year before demoralized me greatly —

Rocio Evans, MFT

Respectfully,

Rocio Evans, MFT

Ms. Rocio Evans,
MFT
1230 Market Street
#234 San Francisco
CA 94102

personal sandplay process. It is recommended that further study and clinical sand
delayed until after the personal sandplay process has been completed or is at lea
underway.

**To Document:** The applicant is responsible for maintaining a record of lectures, v
and conferences attended. The application requires submission of a list of training
including dates, location, presenter, and number of training hours awarded. Refer
Application to Become a Candidate, a).

## 3. CONSULTATION

**Requirements:** Applicants are encouraged to seek consultation from someone o
with whom they completed their sandplay process. In situations where no other IS
available, consultation with the process therapist should occur no sooner than six
sandplay process has been completed. (Refer to Appendix: Consultation – Additio
A15/1-1)

a. A minimum of 75 hours of sandplay case consultation with an ISST membe
b. At least 25 of these hours must be individual case consultation with an ISS
after that individual has achieved Teaching Membership.
c. The remaining hours may be obtained in the presentation of cases in group
six participants, facilitated by an ISST Clinical or Teaching Member. (Only
applicant presents a case may be counted towards fulfilling this requireme
counted towards the 48 clinical sandplay practice hours when an applicant

**Time Frame:** It is recommended that consultation be delayed until after the applic
sandplay process is complete or at least meaningfully underway.

**To Document:** A letter from the applicant's primary consultant verifying the applic
consultation hours accrued with all consultants must be submitted with the applic
4)

**Rationale:** The purpose of consultation is to facilitate the exploration and enhanc
work. To count hours in which other's work is presented would not fulfill the purpo

## 4. PRELIMINARY PAPERS

**Requirements:** Submission and approval of two preliminary papers is required. E
approximately 10 double-spaced pages in length. One paper should be an in-dep
symbol, archetypal image, or theme. The second paper may be an exploration of
may address any theoretical aspect of sandplay of interest to the applicant. Each
the relevance of the topic to clinical sandplay practice. Each paper must be read a
ISST Clinical or Teaching Member who has been a clinical member for at least tw
personal process therapist or advisor. (Appendix Form 5 and Appendix: Prelimina
Additional Information, page A16/1-3.)

**Time Frame:** Preliminary papers should be written after the applicant has comple
of his/her personal sandplay process, completed a significant portion of course st
clinical sandplay practice. At least one paper must be read and approved prior to
admission as a training candidate. (Refer to Appendix: Preliminary Papers – Addi
Preliminary Paper Criteria, page A16/1-3)

## 5. CHOOSING AN ADVISOR

**Requirement:** To become a candidate for membership, an applicant must choos
an advisor. The advisor must have held clinical membership in ISST for at least o

*[handwritten note in left margin: "evidence/ Guideline contradict Ms. Joyce Cunningham's letter dated 10/5/2005"]*

**JOYCE CAMUYRANO CUNNINGHAM, MS, MFT**
PSYCHOTHERAPY & CONSULTATION
LICENSED MARRIAGE AND FAMILY THERAPIST
LICENSE NO. MFC28346
CAMFT CERTIFIED SUPERVISOR

1628 UNION STREET                                    TEL/FAX: (415) 668-8250
SAN FRANCISCO, CA 94123

October 5, 2005

Dear Ms. Evans:

I have your letter of 9-25-05. I can only reiterate what I said
the first time you raised the question of seeing me for
therapy: That I do not see people in therapy whom I have
originally seen in consultation.

Because this is a firm policy there has been no
consideration of any other reason for this position. I have
provided you with referrals and the Sandplay Therapists of
America website is also available to you.

Sincerely,

Yahoo! Mail - rocioevans@yahoo.com    Document 1-4    Filed 02/22/2008    Page 15 of 34    Page 1 of 1

Case 4:08-cv-01086-SBA

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

Search
the Web    [                    ]    Search

 **YAHOO!** MAIL    Welcome, **rocioevans**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

express
get **it** new. buy **it** now.

ebayexpress.com
**START SHOPPING**

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New** - **Mail For Mobile** - **Upgrades** - **Options** |

[Check Mail]  [Compose]    [                ]    [Search Mail ▾]    [Search the Web]

 **VONAGE:** Save up to 50% on phone service

Previous | Next | Back to Messages

[Delete ▾]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

**Folders**    [Add - Edit]

**Inbox (432)**
Draft
Sent
**Bulk (2)**    [Empty]
Trash    [Empty]

**My Folders**    [Hide]
resume

 See your
credit score: $0

 Netflix-$5.99/mo.
No Late Fees!

Find Any
Email Address

A MasterCard
in 3 Days*

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Date:**  Thu, 23 Jun 2005 07:47:17 -0800

**From:**  "Lauren Cunningham" <lauren_c@pacbell.net>    Add to Address Book   Add Mobile Alert

**To:**  "Ina Adams" <InaAdams@aol.com>, "Rocio Evans" <rocioevans@yahoo.com>, "David Capitolo" <DCapitolo@aol.com>, "Liana Kornfield" <LKornfield@aol.com>

**Subject:**  September 2 sandplay

Dear Ina, Rocio, David, Liana and Jean,
This is to confim that we will have our first sandplay consultation meeting Friday, September 2, 10 am - 12:30 pm Everyone has indicated that this time worked for them.

David knows that he will be unavailable for the 10/14 meeting. I could reschedule for 10/7.  If all of you can make the 10/7 time then we will chnage our date. Otherwise we'll keep it on 10/14. Please email me your response.
Hope you all have an enjoyable summer.
Warm regards,
Lauren

[Delete ▾]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

Previous | Next | Back to Messages    Save Message Text | Full Headers

[Check Mail]  [Compose]    [                ]    [Search Mail ▾]    [Search the Web]

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

August 18, 2004

To Gita Morena,

I hope all is well with you. I have recently moved to San Francisco to connect with the Sandplay community here.

I am writing to request a letter verifying the number of therapy hours and Sandplay scenes I created during my Sandplay process with you. This letter is now part of the new guidelines to become a member of STA. The organization is requesting the dates of therapy, the total number of Sandplay scenes, and the total number of Psychotherapy sessions without Sandplay scenes. Please see the attached copy of these guidelines.

As I recall, the dates of our sessions together were from October 15, 2001 to November 15, 2001. I created 3 sandplay scenes. I also created an additional Sandplay scene with you on June 22, 2002. There were no sessions that were just regular Psychotherapy sessions. I trust your judgment on coming to an agreement with this. Please mail me this letter by August 31st, if this time frame works out for you.

I appreciate your cooperation with this. I received your letters verifying the total number of trainings I received from you, as well as my sandplay slides. I truly appreciate that you sent me this information and records quickly.

Sincerely,

Rocio Evans

Rocio Evans

Sept 7, 2006

To Ruth Ammann
Chair of ISST Board of Trustees
and all ISST Board members
Zelgstrasse 10
Kindhausen AG 8963
Switzerland

To Ms. Ammann, Please allow me to introduce myself. I am currently a Licensed
Marriage Family Therapist training to become a clinical member of the Sandplay
Therapists of America. I am Mexican American, born in Mexico city. Spanish is my first
language, English is my second. I currently work with disenfranchised populations in San
Francisco. I am currently working at a dually diagnosed mental health program in San
Francisco.

     I am writing to you because I have written to Harriet Friedman as a Board
member of the STA. I recently sent my letter to Kerry Mixie. See from U.S. Postal
receipt that Ms. Mixie has indeed picked this letter up. Ms. Friedman states in the e-mail
I am sending you that she has not received the contents of the package I am sending you.
Could you please be so kind as to fax them over to her or to mail them to her so that she
can be aware of this situation? I am filing a formal written grievance in particular on
Maria Ellen Chiaia and Lauren Cunningham. My most serious complaint is in particular
at this time that Ms. Cunningham is not allowing me to attend and participate in her
Sandplay Consultation group in San Francisco. This group meets on Friday mornings
and I have the day off on Fridays and Saturdays. Thus it fits nicely into my schedule,
which is very fixed as I work at a residential treatment facility and the work shifts are
consistent. Also, I do not have a vehicle and this group is easily accessible via Public
transportation for me.

     I have not yet received a written response by mail to my concerns. I am
requesting and insisting that the ISST please investigate this matter and give me some
guidance on how to proceed with this. Sandplay therapy is a joy to me. I have found that
it fits very well in particular with Mexican and Mexican American clients, due to their
spirituality and love of the earth.

     I would dearly love to continue training and learning Sandplay so that I can take it
back to my people.

     So far, I have a Certificate in Expressive Arts Therapies from John F. Kennedy
University, which serves me well with Sandplay work. I had to do without many
material things in order to obtain this Certificate.

     My progress with Sandplay membership has been slow, partly due to my not
being able to afford the fees charged to me by the STA members. Please see receipts
attached. My commitment has always been very strong, however, and I continue to give
presentations on Sandplay. I gave 8 presentations at Logan Heights Family Counseling
Center in San Diego. I created a small Sandplay therapy program there. The other
clinicians were mainly Latino clinicians. The insights we accumulated together regarding
Sandplay Therapy with this population were very enlightening and moving. Perhaps one
day I will have the opportunity to write about this.

I am particularly concerned at this time about the Certified letter I sent to Rie Rogers Mitchell. She picked this letter up then mailed me a Certified letter receipt, which I signed for yesterday at the Post office. Thus she returned the letter and then sent a receipt so that it would be tracked that I picked it up again, unopened, in San Francisco. This letter contained an e-mail I sent to Harriet Friedman. Please also mail this to her.

I have suffered great distress over this harassment from these STA members. However, all I am asking for is the opportunity to continue to learn, train and develop in Sandplay so that I can give this gift of learning to disenfranchised and diverse populations who cannot afford this therapeutic modality.

Thank you for your time and attention.

Please respond at your earliest convenience to: 1230 Market Street #234, San Francisco, CA. 94102.

Respectfully,

Ms. Rocio Evans, MFT

August 24, 2005

To Barbara Miriello,

     I hope you are doing well, still living in North Carolina, I imagine. I am writing to request a letter verifying the number of therapy hours and Sandplay scenes I created during my Sandplay process with you. I requested this letter one year ago, as you can see by the copy I am sending. I spoke with Kathy at the time and she said that she would mail it to you. I realize that you have been recuperating due to your health. However, I have no other option but to go the International Sandplay Therapy Association Board with this if I do not receive this letter at your earliest convenience. I have been advised by others to do this, as this letter has been so late in forthcoming. Please write that you are a member of the International Sandplay Society in this letter.

     I did receive my Sandplay scenes in the mail, thank you. I am also requesting any poems that I gave you during therapy sessions, if you still have copies of these.

     I am also requesting the Sandplay slides I made with Lee Ben-Yehuda and Gita Morena. I gave Carolyn Wellington the Lee Ben-Yehuda slides to give to you. She said she would definitely give them to you.

     In addition, I am requesting that reimbursement be made, on ethical principles and grounds, regarding the $80 fee per session I paid you for each of my individual therapy sessions with you. At the time of my therapy with you, I was not aware that the Mission Statement for International Therapists has a sliding scale fee implied in it, in the sense of having sensitivity to whoever wants to become a Sandplay Therapist.

     At the time of my therapy with you, I was an MFT Intern. Interns as a rule do not make very much money, not until they're licensed. Paying this amount was difficult for me at the time, as I went without some basic necessities such as clothes in order to commit to this therapy. I recall during one session you asked me if I had Bonds or IRA's or savings, and I stated that I had none of these, as I come from a working class background, have never received financial assistance from anyone to accomplish my education and goals in life. I am surprised now looking back that the fee was not reduced at this time.

     I am requesting reimbursement of the fee to be $50 per session, the same as Lee Ben-Yehuda assessed for at the beginning of my therapy with her and thought a fair amount. I had about 12 talk therapy sessions with you, and about 8 sandplay scene sessions, totaling about 20 sessions, which totals $600 overcharged. Again, it is the Principle of the matter that is involved here in terms of reimbursing the amount.

     I also wish to state that everything I stated to you, including the way the fee was negotiated, my diagnosis and my being in therapy with you, is considered completely Confidential, according to Board of Behavioral Sciences Regulations.

     I do not wish to give written consent or verbal permission to have my sandplay process discussed at any Conference or Sandplay Consultation group.

     Again, I received a lot of healing from you during these sessions and at times even felt the presence of angels helping me to have the strength and courage to do the work during the creation of Sandplay scenes around me. However, I am a private person and wish to have these boundaries respected.

     Again, I will always wish you well but will definitely go to the Board if this letter is not responded to at your earliest convenience. Rocio Evans, MFT

*[handwritten margin note:] see the money order receipt to verify this*

*[handwritten signature:] Rocio Evans MFT*

Please write to:

Rocio Evans
725 Van Ness Avenue, apt 403
San Francisco, CA 94102

P.S. Ms. Miriello has never responded to my letter. This letter was sent via Certified mail and signed by Kathy in San Diego at the Center for Inner Work—
— Rocio Evans

Please contact Kathy in San Diego regarding this matter. You have my written consent for this — Rocio Evans MFT
8-19-06

Oct. 30, 2005

To: Labor Commissioner, State of California

Department of Industrial Relations

Division of Labor Standards Enforcement

My name is Elena Velasquez. I am a graduate student at San Francisco State University, and originally from San Diego. I met Rocio Evans in the summer of 2003 at a writing circle in San Diego, where I was living at the time. In the writing circle I was able to get to know Rocio as a person, as well as see what some of her career goals were. The following summer (2004) Ms. Evans relocated to San Francisco, in order to train and study as a sandplay therapist. From June through November of 2004, I witnessed Ms. Evans experience a very hard period of economic hardship. Before moving she had given me $100 in advance, which was to be used to mail, via UPS, some of her belongings that I had stored in my apartment in San Diego. I was storing them until she found a place to live.

Due to her financial difficulty, she had to ask me to mail her back the $100, which came as a surprise because Ms. Evans had moved to San Francisco expecting to receive about $1000 salary from her first weeks work wages in San Diego. The company she worked for in San Diego, Horizon/EAP, did not give her this amount, thus jeopardizing her financial stability.

In support of Ms. Evans, I believe this $1,000 salary with fines/penalties should rightfully be returned to her. Thank you in advance, and please do not hesitate to contact me at (619) 987-7401, with any further questions.

Sincerely,

Elena Velasquez

x _Elena V._

The dates of my Personal Psychotherapy Process were completed with Roberta Watson, Marriage, family Therapist, from September 1997 to July 1999.  Ms. Watson has a psychodynamic Theoretical Orientation.  She also has a Certificate in Trauma.

My sessions with her consisted of regular talk Psychotherapy. There were a total of 79 hours of  Psychotherapy sessions.

Rocio Evans, MFT

**Sachiko Taki Reece, M.A., MFT**
**Jungian analyst**
Lic.MFC 8749

1741 Sliver Lake Blvd., 2A,
Los Angeles, CA 90026
(323) 661-5297

Ms. Rosio Evans, M.A.

P.O. Box 120457
San Diego, CA  92112-0457

May 31, 2003

     This is to certify that Ms. Evans was in my sandplay therapy consultation group from July 2002 to December 2002.  The group was one and one half hour long and consisted with four members  In addition to the group  Ms Evans had an individual consultation sessions which was one hour long.

Date of attendance:

July 16, 2002
August 13
September 10    group and one hour individual
October 8          group and one hour individual
October 22        group and one hour individual
December 3

She has presented a case in every session.

Total number of hours:      9  group consultation hours
                             3 individual consultation hours

Sachiko Reece, MFT, STA, ISST

To Equal Employment opportunity Commission *Director Michael Baldonado,*
The San Francisco District office    *Acting Director*
350 The Embarcadero
Suite 500
San Francisco, CA 94105

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**

Jane Rocio Evans v. Sandplay Therapists of America
Charge #: 550-2008-00268
Letter delivered in person to San Francisco EEOC office on January 14, 2008.
Total of 4 pages, including 2 pages of this letter, e-mail and letter from EEOC.

    I am submitting with this letter a copy of the Letter I have received from the
EEOC signed on November 26, 2007. In this letter, as can be seen, Investigator
Margarita Hossainizadeh has determined, that 'your charge was not timely filed with the
EEOC: in other words, you waited too long after the date (s) of the alleged discrimination
to file your charge.

    I am formally contesting and challenging this statement. I am stating that there is
no staute of Limitations in this case that exists as a challenge for the San Francisco EEOC
to investigate this matter. I am submitting with this letter evidence in the form of an e-
mail I sent to Sandplay Therapists of America teaching member ~~Linda Cunningham~~ *Maria. Ellen Chiaia* in *Sept 29,*
2005. This is the evidence that I presented to the San Francisco EEOC office and
presented my case with the STA to EEOC personnel Francisco at this time. He is now a
Supervisor with your office. He did not accept the case at this time, stating that it was
outside the scope of the EEOC," since it was not employment related,' according to his
words. As can be seen, however, I reported this racial harassment and discrimination to
the EEOC at this time, including filling out the lengthy questionnaire. Your office should
have a record of this questionnaire.

    It is therefore the fault or the responsibility of Francisco that this case was not
investigated in a timely manner. I am requesting and insisting that your office please
investigate as to whether Francisco consulted with other EEOC personnel, in order to
determine whether this case was actually outside the scope of the EEOC, before he
refused taking this case for investigation. This is a formal written complaint.

    Also, I have consulted with East Bay legal Aid, in Berkeley, CA., and they
communicated to me that this case was inside the scope of practice of the EEOC and that
there was no reason for the EEOC not to have taken this case in the year 2005. These
statements are coming from legal consultation with a licensed attorney; they are not
coming from my opinion. I spent around 2 hours presenting this case.

    I am making a formal request and am insisting that this Charge be reopened and
that it be thoroughly investigated by the EEOC. This is a reasonable statement to make.
I am also requesting and insisting for another investigator, someone who is not being
supervised at this time by Francisco. It is possible that his objectivity could be clouded
and impaired in this matter, as I am complaining about him.

    I have consulted with several attorneys through employment CLC Benefits, and I
have been informed that it is important that an investigation take place, particularly of the
slander and defamatory statements that have affected my professional reputation in this

*Jane Rocio Evans,*
*MFT*

case.  I have evidence in the form of a letter mailed to me by STA, Sandplay Therapists of America teaching member Sachiko Reece, in which derogatory and slander Page 2, Letter delivered in person at the San Francisco EEOC office on January 14, 2008. Jane Rocio Evans v. Sandplay Therapists of America. Charge: 550-2008-00268 statements are being made about me.  This is concrete evidence and needs to be investigated, as to who is making these statements.

The attorneys have also informed me that a Breach of Contract has taken place and that the STA needs to either refund my money back that I have spent on their Trainings or else allow me to complete the Training to become a Registered member of the STA.  They are at this time actively hindering my completion of membership by intentionally locking me out of their Consultation groups and harassing me regarding the schedule of when to attend these groups.

This is a profound civil rights issue, to my understanding, since there are less than 100 members of the STA in America today, and thus there are only a handful or Mexican American or even Spanish Speaking Therapists who are practicing the use of this Therapeutic modality, Sandplay, in the United States in a professional basis.  I have used this sandplay modality with strong success with Mexican American children in elementary schools in the Barrio for the healing of trauma and domestic violence. It is important to these populations that I complete this Training and it is important to me that some type of Resolution takes place in this matter.  The investigation is only the beginning.  This case is well organized and documented by me and I have evidence that I can bring in the form of many e-mails and several letters from the STA that your investigator can work with.

Please respond in writing by January 21, 2008 to this letter and as to whether a reopening of this case and a through investigation will be undertaken, whether or not you will decide to do this or not and the reasons thereof.

I have consulted with Michelle Nardella, enforcement Manager, regarding this and she recommended that I put this in writing.

I can be reached at: P.O. Box 424886, San Francisco, CA 94142. E-mail: rocioevans@yaho.com. Please feel free to reach me by e-mail.

Respectfully,

Jane Rocio Evans,
Licensed Marriage, Family Therapist

RECEIVED

JAN 1 4 2008

EEOC-SFDO

## PROPOSED: MEETING DATES SANDPLAY CONSULT GROUP
### 2003-2004

The group will meet the first Monday of each month.

2003
9/08/03,
~~10/06/03~~  10/20/03 → Meet./Rocio.
(11/03/03)
12/01/023

2004
1/05/04
2/02/04
3/01/04 — Rocio
4/05/04
5/03/04
6/07/04

If you have a problem with any of these dates we will discuss this at the first
meeting and make changes only if it suits everyone.

Witness

Pauline
415) 587 - 5142
415) 892 - 8383
619) 809 - 0036
510) 645 - 3281
415) 380 - 1920

415) 505 - 7087

hours there and back in order to be at the Jungian theory group. Her group, to my understanding, took place in the same building in the afternoon after the Jungian Theory group.

The initial agreement I entered in August 2000 does not give "unlicensed: as a reason not to be admitted into a Sandplay Consultation group, as in my case there were exceptional circumstances involved. I started a Sandplay program completely from scratch at Barrio Logan Elementary schools in San Diego, having established 3 collections at 2 schools and one collection at a clinic from scratch, and having given 8 presentations on Sandplay and trained the staff there on the use of Sandplay. Much of this was communicated to Ms. Friedman and all present during my introduction at the Jungian Theory group in the Fall of 2003.

I communicated to Maria Ellen Chiaia Ms. Friedman's refusal to allow me entrance into her Sandplay Consultation group at the time this was occurring. This civil right violation was never investigated by the STA at the time.

I am also insisting that a statement from this Board that the Blacklisting and Defamation of my professional reputation stop immediately. I am insisting that this Board most seriously investigate this Blacklisting. I am submitting as evidence of this Blacklisting a letter from Sachiko Taki Reece to me dated August 23, 2006. On page 2, Ms. Reece states:' A sandplay consultation group is not a therapy group, ...The consultant is not a therapist for these members...hopefully a member shouldn't have a lot of baggage unresolved personal issues which may obstruct group learning...I hope you would resolve this conflicts you have with some consultants. Because you cannot keep having negative relationship with STA members..."

I am defining these so-called negative relationships as racial harassment from STA members, completely separate from any misunderstandings or personality conflicts.

I am therefore appealing your Board's decision that this has all been a miscommunication and misunderstanding. Racial harassment is not a misunderstanding.

I have spent 5 years in therapy, including working on my sandplay process, and 3 and a half years in grief groups with professional therapists facilitating these groups. I have worked hard on my personal process and would be able to procure the letters necessary from these professional therapists in order to verify this. I have CD photograph disks of my 6-month sandplay Therapy process that I worked on with Barbara Miriello. To this date she has refused to send a letter I requested from her. The Board has never responded as to how she will be reprimanded for this. I am insisting on a response from this Board regarding this matter. I have proof that she received the Certified letter I sent her regarding this, a U.S. Postal office page.

It has been painful to me that my professional reputation has been defamed as that of an emotionally unstable individual, as Ms. Reece's letter implies. Please investigate as to from which STA member Ms. Reece has heard these reported rumors.

I am submitting a copy of the 3-page agreement under which I fist presented myself to Lee Ben Yehuda as starting my Sandplay Membership process, in August 2000. I am also submitting the letter from Ms. Lee Ben Yehuda, dated August 23, 2004, which verifies this.

Also submitting, letter from witness Elena Velázquez, which shows my profound commitment to Sandplay. Note from Marianne LaRuffa, Director of Daly City Youth Health Center, where I recently gave a presentation on Sandplay and Sandplay with Mexican American children. This presentation was well received. I am also submitting a flyer from a group I was facilitating on helping children from the barrio who had witnessed domestic violence. I also used Sandplay as a modality with these children. I created this curriculum and taught it in the Spanish language. This is evidence of exceptional circumstances and valid reasons as to why

RECEIVED

JAN 1 4 2008

EEOC-SFDO

*Tone Rocio Suave, MFT*

Ms. Friedman needed to have accepted me into her Consultation group, in order to assist these Barrio children.

Also enclosed, copy of Marianne La Ruffa's business card, copy of e-mail, date: August 28, 2006, sent to Harriet Friedman, letter from C.G. Institute in Los Angeles, date: September 23, 2003, confirming my place in this Training.

Enclosed: Note verifying some of the dates of my personal Psychotherapy process, signed by me.

Enclosed, letter to Barbara Miriello, date: August 24, 2005, copy of U.S. Postal Service Certified mail receipt and Track and confirm page from U.S. Postal Service, which verifies that this letter was delivered at 11:10 a.m. on August 26, 2005 in san Diego.

Respectfully,

Rocio Evans, MFT

RECEIVED

JAN 1 4 2008

EEOC-SFDO

RECEIVED

JAN 1 4 2008

EEOC-SFDO

1/23/07

Dear Rocio,
    Hope you are doing well. I no longer have a current phone number please give me a call.
    A while ago you gave ~~a wonderful and that~~ ~~was fantastic from my~~ ~~Pamela students. We~~ were wondering if you could do it again & speak in April on a Thursday morning from 8:30—10? Let me know.
                    Take Care,
                    Marianne

Evidence that
STA Falls
within Job
Related Profession
Scope of Practice



**RECEIVED**

JAN 1 4 2008

EEOC-SFDO

*Certificate of Attendance*

San Diego Chapter of the
California Association of
Marriage & Family Therapists

Rocio Evans

License Number # ─────────────

*Has successfully completed:*

**Using Expressive Arts Therapy and Sandplay
Therapy with Domestic Violence Clients
Presenter : Rocio Evans, M.A.**
October 10, 2003

1.5 CEU's

Approved Signature

Strong Evidence that STA fall within Professional job Scope of Practice — Rocio

True MFC

170 Otis Street, 1ˢᵗ Floor
San Francisco, CA 94103
Phone (415) 557-5636
Fax (415) 557-5640

**Employment
Information Center**

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**

# Fax

| | | | |
|---|---|---|---|
| **To:** ~~Edit Garrett Mony~~ | **From:** Jane Rocio Evans |
| **Fax:** 5/0) 654 - 7/85 | **Pages:** 26 |
| **Phone:** 5/0) 654 - 7/85 | **Date:** 11 - 7 - 07 |
| **Re:** Sandpiper therapists Association | **CC:** |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• **Comments:**

Thank you for your time.
Please e-mail response at:
rocioevans @ yahoo.com

170 Otis Street, 1st floor
San Francisco, CA 94103
Phone (415) 557-5636
Fax (415) 557-5640

**Employment
Information Center**

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**

# Fax



**To:** ~~Todd Soni, attorney~~    **From:** Jane Rocio Evans

**Fax:** 510) 839-7041    **Pages:** 26 Page

**Phone:** 510) 839-3215    **Date:** 11-7-07

**Re:** Lawsuit I would    **CC:**
like to file

☐ **Urgent**    ☑ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

---

● **Comments:**

I am sorry, I tried to go to 2 employm
Centers yesterday to fax these 2 you
but both Centers were closed.
Please Telephone me and let me
know wether you would be willing
to take this Case on a Contingency.
I am planning to go to the
Nolo Press and file or start
~~the~~ filing the Lawsuit myse
this weekend, so that it
is started on Time, within the
days of the EEOC letter.
— Jane Rocio Evans,

LAW OFFICES OF
JOHN F. MARTIN
A PROFESSIONAL CORPORATION
STATION PLAZA
3100 OAK ROAD, SUITE 230
POST OFFICE BOX 5331
WALNUT CREEK, CALIFORNIA 94597

TELEPHONE: (925) 937-5433
FACSIMILE: (925) 938-5567

**TO POTENTIAL CLIENT:**

Thank you for selecting our office to assist you. Please complete the intake form you have been given which will assist us in answering your questions and focusing on your specific problem.

Our law firm handles cases involving discrimination, employment, education, civil rights, personal injury, construction and ERISA.

When we discuss your problem, please let us know what you would like us to accomplish. Normally, we can determine quickly whether you need the services of an attorney. **THERE WILL BE NO CHARGE FOR TODAY'S VISIT.** If you wish to retain our firm, our hourly rate is $275. We accept credit cards, and in some cases, we will work on a contingency fee basis wherein our fee is deducted from your settlement. Feel free to discuss the matter of fees.

---

**JOHN F. MARTIN:**  Born Oakland, California, May 12, 1943; admitted to bar, 1972, California.
*Education:*  St. Mary's College of California (B.A., 1965); University of San Francisco & San Francisco Law School (J.D., 1971). Phi Delta Phi (Secretary, 1965–1966). Deputy District Attorney, Alameda County, 1972–1975. Judge Pro Tem, Alameda County Superior Court, 1984—. Member, Panel of Arbitrators, Contra Costa, Alameda, Solano & San Francisco Counties Superior Courts, 1979—. Co-Author: "Personal Injury Litigation Practice in California," Copyright 1993, National Business Institute, Inc. and "Premises Liability: Preparation & Trial of a Difficult Case in California," Copyright July 1997, National Business Institute, Inc.
*Member:*  Contra Costa County, Alameda County Bar Associations, State Bar of California, U.S. Northern and Eastern District Court; 9th Circuit U.S. Court of Appeals.
*Practice Areas:  Personal Injury Litigation; Civil Rights Law; Employment Law; ERISA; Construction Law; Discrimination; Sexual Harassment; Education.*
*Email:  john@johnfmartinlaw.com*


**CHRISTINE HOPKINS:**  Born Framingham, Massachusetts, August 1, 1979; Admitted to Bar 2005.
*Education:*  Bates College (B.A., *Magna Cum Laude* 2001); University of California Berkeley School of Law, Boalt Hall (J.D., 2005). Clinical Experience: East Bay Community Law Center and Samuelson Law, Technology and Public Policy Clinic.
*Member:*  California Women Lawyers, Contra Costa County Bar Association, State Bar of California, U.S. Northern District Court, U.S. Eastern District; 9th Circuit U.S. Court of Appeals.
*Practice Areas:  Personal Injury Litigation; Civil Rights Law; Employment Law; ERISA; Discrimination; Contract Law; Sexual Harassment; Education.*
*E-mail:  christine@johnfmartinlaw.com*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Mikie_  ☐ Agent  ☑ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>Mikie  8-17-07<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Current STA Chair<br>and all Sandplay Therapist<br>of America Boardmembers<br>P.O. Box 4847<br>Walnut Creek, CA. 94596 | AUG 17  USPS  WALNUT CREEK CA<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0002 2536 4060 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 2536 4060**
Status: **Delivered**

Your item was delivered at 11:06 am on August 17, 2007 in WALNUT
CREEK, CA 94596. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



# Search Results for Licensees and Registrants

**This information is updated Monday through Friday - Last updated: JUL-26-2007**

To see all the information for a licensee, click on the highlighted name. This will also include administrative actions if any are present.

| Name | Type | Number | Status | Address | City | Zip | County | Actions? |
|------|------|--------|--------|---------|------|-----|--------|----------|
| EVANS ROCIO | MFC | 40689 | CLEAR | PO BOX 424886 | SAN FRANCISCO | 94142 | SAN FRANCISCO | No |

Record 1

First Previous

### Disclaimer

*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

Back  Return to Main License Listing

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**

RECEIVED

8 - 23 - 2008 JAN 1 4 2008

EEOC-SFDO

Dear Rocio,

I received a letter today and I got your e-mail the other day.

Anyway, congratulation for your MFT license!   You must have worked very hard to get through.  I see my interns where I work taking so much time and hard work, juggling study, work and personal life.

I hope your life has been fulfilling one in Bay area.

I would like to respond to your letters from my own perspective.  Please take it or leave it as you wish.


First, I feel great concern for your unhappy situations with learning sandplay therapy.

I know your passion or determination to learn sandplay, and maybe to become a member of STA in future.

STA is a very small specialty group as an organization, less than 100 clinical members.

So it is different from joining a large organization like CAMFT which anyone can join as long as a person has a MFT license and pay dues.

But, we, STA members, work together to develop Kalff's sandplay as you saw in the mission statement.  We are looking for, and mentoring for a like-minded therapist even they hold different training background or theoretical basis as you read in the recent STA Journal article by Castellana and Kirsch.

So if you hold different theoretical basis to do sandplay, after you have mastered Kalff's sandplay, I hope you would consider writing a paper on your own unique perspective.  I try when I work with clients with special needs, how I can translate my Sandplay for the situation, I hope you would read my recent article "All the Children" in STA Journal when you have time.


About setting fee, when I met you years ago, I saw your sincere concern about Barrio population and you were working for them.  I thought you are really a valuable person for them.  That's why I adjusted my fee for you.  But that's sort of arrangement is not every therapist has to make for a person coming to your practice, therapy or consultation.  I want you to know if anyone else does not adjust their fee, which is nothing you can do about it.  They have their own choice.

And about a consultation group for sandplay training, this group is not a therapy group, it's rather a task oriented, focused group. The consultant is not a therapist for these members, members are all individually interested in bringing their own cases and learn from each other, exchanging information etc.

I, personally would like to have a good working group which members can work together well, hopefully a member shouldn't have a lot of baggage (unresolved personal issues which may obstruct group learning). So I as a consultant, need to be selective for members, as you know any group design would have such preparation and direction.

I hope you would resolve these conflicts you have with some consultants. Because, you can not keep having negative relationship with STA members if you are interested in learning Kalff's sandplay, because these members, all members are foundation of STA.

I will be away for 5 months, please take good care of yourself.

Sincerely,

Sachiko Taki Reece, MFT

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**



JOHN F. KENNEDY UNIVERSITY
GRADUATE SCHOOL OF
PROFESSIONAL PSYCHOLOGY

RECEIVE
JAN 1 4 2008
EEOC-SFD

To Whom It May Concern:

This memo serves as verification that Rocio Evans completed a course in Sand Tray Sandplay Therapy at John F. Kennedy University in the Winter quarter of 1999. The course was tought by Marilee James King and included 20 hours of instruction for this two unit course.

Should you require an official transcript, you may contact the Admissions and Records department by telephone at (925) 258-2213 or by mail at Admissions and Records, John F. Kennedy University, 12 Altarinda Road, Orinda Ca, 94563.

Regards,

Rhonda James, MA
Program Director/MA Counseling Psychology

*Evidence that STA Falls within Job related Professional Scope of Practice*

other documents or written policy shall permit temporary residency, as a guest of a senior citizen or qualified permanent resident, by a person of less than 55 years of age for periods of time, not more than 60 days in any year, that are specified in the covenants, conditions, and restrictions or other documents or written policy.

(e) Upon the death or dissolution of marriage, or upon hospitalization, or other prolonged absence of the qualifying resident, any qualified permanent resident shall be entitled to continue his or her occupancy, residency, or use of the dwelling unit as a permitted resident. This subdivision shall not apply to a permitted health care resident.

(f) The covenants, conditions, and restrictions or other documents or written policies applicable to any condominium, stock cooperative, limited-equity housing cooperative, planned development, or multiple-family residential property that contained age restrictions on January 1, 1984, shall be enforceable only to the extent permitted by this section, notwithstanding lower age restrictions contained in those documents or policies.

(g) Any person who has the right to reside in, occupy, or use the housing or an unimproved lot subject to this section on or after January 1, 1985, shall not be deprived of the right to continue that residency, occupancy, or use as the result of the enactment of this section by Chapter 1147 of the Statutes of 1996.

(h) A housing development may qualify as a senior citizen housing development under this section even though, as of January 1, 1997, it does not meet the definition of a senior citizen housing development specified in subdivision (b), if the development complies with that definition for every unit that becomes noncompliant with the definition as the result of any one of the following:

(1) The development was ordered by a court or a local, state, or federal enforcement agency to allow persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development.

(2) The development received a notice of a pending or proposed action in, or by, a court, or a local, state, or federal enforcement agency, which action could have resulted in the development being ordered by a court or a state or federal enforcement agency to allow persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development.

(3) The development agreed to allow persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development by entering into a stipulation, conciliation agreement, or settlement agreement with a local, state, or federal enforcement agency or with a private party who had filed, or indicated an intent to file, a complaint against the development with a local, state, or federal enforcement agency, or file an action in a court.

(4) The development allowed persons other than qualifying residents, qualified permanent residents, or permitted health care residents to reside in the development on the advice of counsel in order to prevent the possibility of an action being filed by a private party or by a local, state, or federal enforcement agency.

(i) The covenants, conditions, and restrictions or other documents or written policy of the senior citizen housing development shall permit the occupancy of a dwelling unit by a permitted health care resident during any period that the person is actually providing live-in, long-term, or hospice health care to a qualifying resident for compensation.

(j) This section shall only apply to the County of Riverside. Leg.H. 1996 ch. 1147, 1999 ch. 324, 2000 ch. 1004 §5.

**Ref.:** Cal. Fms Pl. & Pr., Ch. 117, "Civil Rights: Housing Discrimination."

## §51.12. Riverside County—Continuing Occupancy of Certain Exempt Housing.

(a) The Legislature finds and declares that the requirements for senior housing under Sections 51.10 and 51.11 are more stringent than the requirements for that housing under the federal Fair Housing Amendments Act of 1988 (Public Law 100-430).

(b) Any person who resided in, occupied, or used, prior to January 1, 1990, a dwelling in a senior citizen housing development which relied on the exemption to the special design requirement provided by Section 51.4 as that section read prior to January 1, 2001, shall not be deprived of the right to continue that residency, or occupancy, or use as the result of the changes made to this section by the enactment of Senate Bill 1382 or Senate Bill 2011 at the 1999–2000 Regular Session of the Legislature.

(c) This section shall only apply to the County of Riverside. Leg.H. 1996 ch. 1147, 2000 ch. 1004.

## §52. Penalty for Discrimination.

(a) Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is liable for each and every offense for the actual damages, and any amount that may be determined by a jury, or a court sitting without a jury, up to a maximum of three times the amount of actual damage but in no case less than four thousand dollars ($4,000), and any attorney's fees that may be determined by the court in addition thereto, suffered by any person denied the rights provided in Section 51, 51.5, or 51.6.

(b) Whoever denies the right provided by Section 51.7 or 51.9, or aids, incites, or conspires in that denial, is liable for each and every offense for the actual damages suffered by any person denied that right and, in addition, the following:

(1) An amount to be determined by a jury, or a court sitting without a jury, for exemplary damages.

(2) A civil penalty of twenty-five thousand dollars ($25,000) to be awarded to the person denied the right provided by Section 51.7 in any action brought by the person denied the right, or by the Attorney General, district attorney, or a city attorney. An action for that penalty brought pursuant to Section 51.7 shall be commenced within three years of the alleged practice.

(3) Attorney's fees as may be determined by the court.

(c) Whenever there is reasonable cause to believe that any person or group of persons is engaged in conduct of resistance to the full enjoyment of any of the rights described in this section, and that conduct is of that nature

Case 4:08-cv-01066-SBA   Document 1-5   Filed 02/22/2008   Page 8 of 24

and restrictions or other
: senior citizen housing
pancy of a dwelling unit
during any period that
live-in, long-term, or
lifying resident for

ply to the County of
999 ch. 324, 2000 ch.

"Civil Rights: Housing

**Continuing
t Housing**
lares that the require-
ions 51.10 and 51.11
ents for that housing
ndments Act of 1988
, occupied, or used,
g in a senior citizen
on the exemption to
ded by Section 51.4
y 1, 2001, shall not
e that residency, or
ne changes made to
Bill 1382 or Senate
lar Session of the

y to the County of
00 ch. 1004.
n[text cut off]
a denial, or makes
rary to Section 51,
ery offense for the
nay be determined
t a jury, up to a
actual damage but
llars ($4,000), and
ined by the court
erson denied the
51.6, into a
ed by Section 51.7
at denial, is liable
damages suffered
in addition, the
a jury, or a court
amages.
thousand dollars
denied the right
brought by the
rney General, a
action for that
7 shall be com-
d practice.
ned by the court.
e to believe that
ed in conduct of
the rights de-
s of that nature

and is intended to deny the full exercise of those rights, the Attorney General, any district attorney or city attorney, or any person aggrieved by the conduct may bring a civil action in the appropriate court by filing with it a complaint. The complaint shall contain the following:

(1) The signature of the officer, or, in his or her absence, the individual acting on behalf of the officer, or the signature of the person aggrieved.

(2) The facts pertaining to the conduct.

(3) A request for preventive relief, including an application for a permanent or temporary injunction, restraining order, or other order against the person or persons responsible for the conduct, as the complainant deems necessary to ensure the full enjoyment of the rights described in this section.

(d) Whenever an action has been commenced in any court seeking relief from the denial of equal protection of the laws under the Fourteenth Amendment to the Constitution of the United States on account of race, color, religion, sex, national origin, or disability, the Attorney General or any district attorney or city attorney for or in the name of the people of the State of California may intervene in the action upon timely application if the Attorney General or any district attorney or city attorney certifies that the case is of general public importance. In that action, the people of the State of California shall be entitled to the same relief as if it had instituted the action.

(e) Actions brought pursuant to this section are independent of any other actions, remedies, or procedures that may be available to an aggrieved party pursuant to any other law.

(f) Any person claiming to be aggrieved by an alleged unlawful practice in violation of Section 51 or 51.7 may also file a verified complaint with the Department of Fair Employment and Housing pursuant to Section 12948 of the Government Code.

(g) This section does not require any construction, alteration, repair, structural or otherwise, or modification of any sort whatsoever, beyond that construction, alteration, repair, or modification that is otherwise required by other provisions of law, to any new or existing establishment, facility, building, improvement, or any other structure, nor does this section augment, restrict, or alter in any way the authority of the State Architect to require construction, alteration, repair, or modifications that the State Architect otherwise possesses pursuant to other laws.

(h) For the purposes of this section, "actual damages" means special and general damages. This subdivision is declaratory of existing law. **Leg.H.** 1905 p. 553, 1919 p. 309, 1923 ch. 235, 1959 ch. 1866, 1974 ch. 1193, 1976 chs. 366, 1293, 1978 ch. 1212, 1981 ch. 521, effective September 16, 1981, 1986 ch. 244, 1987 ch. 159, 1989 ch. 459, 1991 chs. 607, 839 §2, 1992 ch. 913, 1994 ch. 535, 1998 ch. 195, 1999 ch. 964, 2000 ch. 98, 2001 ch. 261, 2005 ch. 123 (AB 378) §1.

**1991 Note:** It is the intent of the Legislature to modify the prerequisite for injunctive relief under Section 52 of the Civil Code. By providing a civil remedy for the classes of persons specifically identified in Sections 51, 51.7, and 52 of the Civil Code, the Legislature does not intend to limit the availability of this remedy for any other form of discrimination which is prohibited by these sections. Stats. 1991 ch. 839 §3.

**Ref.:** Cal. Fms Pl. & Pr., Ch. 116, "Civil Rights: Discrimination in Business Establishments," Ch. 117A, "Civil Rights:

Interference With Civil Rights by Threats, Intimidation, Coercion or Violence"; W. Cal. Pro., "Pleading" §137; W. Cal. Sum., "Constitutional Law" §§895-898, 906, 907, 910, 914, 957, 959, "Torts" §§303, 1570; CACI Nos. 3020, 3021, 3023, 3025-3027, VF-3010 (Matthew Bender).

## §52.1. Interference With Exercise of Civil Rights—Remedies.

(a) If a person or persons, whether or not acting under color of law, interferes by threats, intimidation, or coercion, or attempts to interfere by threats, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution or laws of the United States, or of the rights secured by the Constitution or laws of this state, the Attorney General, or any district attorney or city attorney may bring a civil action for injunctive and other appropriate equitable relief in the name of the people of the State of California, in order to protect the peaceable exercise or enjoyment of the right or rights secured. An action brought by the Attorney General, any district attorney, or any city attorney may also seek a civil penalty of twenty-five thousand dollars ($25,000). If this civil penalty is requested, it shall be assessed individually against each person who is determined to have violated this section and the penalty shall be awarded to each individual whose rights under this section are determined to have been violated.

(b) Any individual whose exercise or enjoyment of rights secured by the Constitution or laws of the United States, or of rights secured by the Constitution or laws of this state, has been interfered with, or attempted to be interfered with, as described in subdivision (a), may institute and prosecute in his or her own name and on his or her own behalf a civil action for damages, including, but not limited to, damages under Section 52, injunctive relief, and other appropriate equitable relief to protect the peaceable exercise or enjoyment of the right or rights secured.

(c) An action brought pursuant to subdivision (a) or (b) may be filed either in the superior court for the county in which the conduct complained of occurred or in the superior court for the county in which a person whose conduct complained of resides or has his or her place of business. An action brought by the Attorney General pursuant to subdivision (a) also may be filed in the superior court for any county wherein the Attorney General has an office, and in that case, the jurisdiction of the court shall extend throughout the state.

(d) If a court issues a temporary restraining order or a preliminary or permanent injunction in an action brought pursuant to subdivision (a) or (b), ordering a defendant to refrain from conduct or activities, the order issued shall include the following statement: VIOLATION OF THIS ORDER IS A CRIME PUNISHABLE UNDER SECTION 422.77 OF THE PENAL CODE.

(e) The court shall order the plaintiff or the attorney for the plaintiff to deliver, or the clerk of the court to mail, two copies of any order, extension, modification, or termination thereof granted pursuant to this section, by the close of the business day on which the order, extension, modification, or termination was granted, to each local law enforcement agency having jurisdiction over the residence of the plaintiff and any other locations where

**RECEIVED**
JAN 14 2008
EEOC-SFDO

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X [signature] ☐ Agent ☑ Addressee  B. Received by (Printed Name) KUKIB  C. Date of Delivery 8·17·07 |
| 1. Article Addressed to:  Current STA Chair and all Songplay project of America Board here P.O. Box 4847 Walnut Creek, CA. 94596 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No  3. Service Type ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.  4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0002 2536 4060 | |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

January 14, 2008:

I am submitting evidence of the most Recent episode of Racial Discrimination from the STA — on 8/9/07 I sent all STA Board Members, including Harriet Friedman, a letter received by them on 8-17-07 — Proof of Delivery/Acceptance of letter on this page. I named Episode of Racial Discrimination, including Barbara Miriello refusing or up until 8/9/07 (& to the present date) to mail me a letter stated I was had completed STA Training with Her. Retaliation from STA (over) included STA ignoring let

**San Diego Chapter of the
California Association of
Marriage & Family Therapists**

*Certificate of Attendance*

Rocio Evans

*License Number # ........................*

*Has successfully completed:*

Using Expressive Arts Therapy andSandplay
Therapy with Domestic Violence Clients
Presenter : Rocio Evans, M.A.
October 10. 2003
1.5 CEU's

Approved Signature

SD-CAMFT is approved for Continuing Education
Units by the Board of Behavioral Sciences
(Provider # PCE 58 )

**JOYCE CAMUYRANO CUNNINGHAM, MS, MFT**
PSYCHOTHERAPY & CONSULTATION
LICENSED MARRIAGE AND FAMILY THERAPIST
LICENSE NO. MFC28346
CAMFT CERTIFIED SUPERVISOR

1628 UNION STREET
SAN FRANCISCO, CA 94123

TEL/FAX: (415) 668-8250

10-20-03

To whom it may concern:

This is to confirm that Rocio Evans received 1 1/2 hours of individual consultation where she presented a case.

Joyce C. Cunningham
STA / ISST

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Jane Rocio Evans<br>P.O. Box 424886<br>San Francisco, CA 94142 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2007-01925 | Scott H. Doughtie,<br>Investigator | (415) 625-5663 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other (briefly state)    **No jurisdiction. No employer/employee relationship**

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Michael Baldonado*                                    8/13/07

Enclosures(s)

↗ **H. Joan Ehrlich,**
**District Director**

*(Date Mailed)*

cc:    **SANDPLAY THERAPISTS OF AMERICA**
P. O. Box 4847
Walnut Creek, CA 94596

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2007-01925 |

**California Department Of Fair Employment & Housing** _and EEOC_

_State or local Agency, if any_

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Jane Rocio Evans** | **(415) 336-3547** | **05-26-1962** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 424886, San Francisco, CA 94142** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **SANDPLAY THERAPISTS OF AMERICA** | **15 - 100** | **(925) 825-9277** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P. O. Box 4847, Walnut Creek, CA 94596** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                 Latest
                    **08-07-2007**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about August 24, 2005, I wrote a letter to Barbara Miriello, a white Clinical Teaching Member of Sandplay, requesting money back because she intentionally overcharged me in therapy sessions for six months. In retaliation to my letter she refused to give me a six month clinical SandPlay process completion letter. From April 2006 to the present, I have been harassed by Lisa Ravitz, a white Licensed Psychologist, Jungian Analyst. For example, Ms. Ravitz has refused my entrance into her Sandplay Consultation group, by refusing to accommodate my schedule. Ms. Ravitz' group meets during the day during the work week but I cannot attend because of my full-time work schedule. I have asked Ms. Ravitz to hold her meetings in the evenings or on Saturday mornings but she has refused to do so. From 2004 to the present, I have been harassed by Lauren Cunningham, a white Licensed Clinical Social Worker. For example, Ms. Cunningham has refused to allow me to participate in her Sandplay Consultation group. Liana Kornfield, a white professional counselor, is not qualified to be a member of Ms. Cunningham's group because she does not have a therapy license and she does not believe in DSM – IV Diagnosing. There are no Mexican members of Ms. Cunningham's Sandplay Consultation group. From on or about October 5, 2005 to the present, Joyce Cunningham, a white Clinical Teaching Member, has refused to become my Sandplate Process Therapist because of my complaint letter of August 24, 2005 letter to Ms. Miriello.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| _8-7-07_    _Jane Rocio Evans_ MFT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|
| Date       Charging Party Signature | |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2008-00268 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jane Rocio Evans | | 05-26-1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| P. O. Box #424886, San Francisco, CA 94142 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SANDPLAY THERAPISTS OF AMERICA | 100- | (925) 825-9277 |

| Street Address | City, State and ZIP Code |
|---|---|
| P. O. Box 4847,  Walnut Creek, CA 94596 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☐ AGE | ☐ DISABILITY | ☐ OTHER (Specify below.) | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 6-2002     Latest: 11-8-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I joined the Respondent's training program in August, 2000.  I have expended about $20,000.00 in fees to obtain
certification in sand play therapy.  In September, 2006, I complained about discriminatory practices.  Since then,
Respondent has not allowed me to continue my training.  I have been locked out of Lauren Cuningham
(Caucasian) and Maria Ellen Chiai's (Caucasian) consultation groups.  I have repeatedly requested an
investigation, but Respondent has failed to respond.

Respondent's business reason given was that they did not want to add any new members to the group.

I believe I have been discriminated against because of my Race (Hispanic), and in Retaliation for my participation
in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

*+costs*

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11-8-07          Jane Rocio Evans
Date          Charging Party Signature          MFT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**UNITED STATES**
**POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0002 2536 4060**
Status: **Delivered**

Your item was delivered at 11:06 am on August 17, 2007 in WALNUT
CREEK, CA 94596. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

‹ Go ›

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**RECEIVED**

JAN 1 4 2008

**EEOC-SFDO**

Yahoo! My Yahoo! Mail    Make y your home page    Search: [        ]    [Web Search]

 **YAHOO!** MESSENGER

# YAHOO! MAIL

Welcome, **rocioevans**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

  

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - Upgrades - **Options** |

[ Check Mail ]  [ Compose ]  [                ]  [ Search Mail ▾ ]  [ Search t

$40k for
$234/mo
at LendingTree

Previous | Next | Back to Messages

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]

**Folders** [Add - Edit]

**Inbox (464)**
Draft
Sent
**Bulk (2)**
[Empty]
Trash [Empty]
**My Folders** [Hide]
resume

 See your
credit score: $0

 Earn a degree
in 1 yr.

📧 Find Any
Email Address

💲 $300,000 loan
Only $965/mo

This message is not flagged. [ Flag Message - Mark as    Printable View
Unread ]

**Date:**     Wed, 06 Sep 2006 19:41:45 -0700

**From:**    "Harriet and Richard Friedman" <shrinks2@sbcglobal.net>
📧 Add to Address Book  📱 Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was se
by sbcglobal.net. Learn more

**To:**       "rocio evans" <rocioevans@yahoo.com>

**Subject:**  Re: sandplay consultation groups

Dear Rocio,
Yes, I certainly did receive your letter that you emailed to me, never
a certified letter through the mail.
I am so sorry that you are having such a difficult time with us all, and
finding the right place to do your training.  It must be very frustrating.
I'm sorry that I am unable to help you in any way except to wish you
good luck and hope you find your way to some less difficult times.  I
don't think I can be of any more help to you in your struggles with
finding a place in a consultation group, you already have done so
much yourself.
I do wish you well and that you can find your own way through this
difficult situation.
I also send you apologies if I was short with you when we spoke at
the sandplay group at the Jung Institute in Los Angeles.  I had n
intention of hurting your feelings and I am so sorry if I did.
Good luck to you,
Harriet S. Friedman

To Ms. Friedman,  i am writing to you as an STA Board memeber. Please respond to the letter I have sent via certified mail, return receipt requested.  I am still most interested and committed to attending and participating in Lauren Cunnningham's Sandplay consultation group this September.  She has e-mailed me and stated that she would keeep me informed on this. As of this date I have not heard from her.  Please ask her to e-mail me the dates and times when I can be present at her next sandplay Consultation group. I need a definite date and time. I am also e-mailing and writing to Sachiko Reece, as well as the other sandplay consultation group memebers in Ms. Cunningham's  sandplay consultation group, asking them to relate this message to Ms. cunningham.  Thank you for your assistance in this matter, Ms. Rocio Evans, MFT

---

Stay in the know. Pulse on the new Yahoo.com. Check it out.

| Delete | Reply | ▼ | Forward | ▼ | Spam | Move... |

Previous | Next | Back to Messages          Save Message Text | Full Headers

| Check Mail | Compose | | Search Mail | ▼ | Search t |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

August 9, 2007

Letter sent via Certified mail, return receipt requested on August 9, 2007

To Harriet Friedman, STA Clinical Teaching Member,
1848 Fox Hills Drive
Los Angeles, CA 90025

And current Sandplay Therapists of America Board Chair,
STA
P.O. Box 4847
Walnut Creek, CA 94596

To Ms. Friedman, this is in response to your September 6, 2006 e-mail, to which I am submitting a copy to the STA Board, as I have most serious concerns about this e-mail. My response after 3 hours of attorney Consultation regarding this matter is thus: I do not accept your apology. This is not a sincere apology, as your words do not match your actions.

To STA Board Chair and all STA Board members: In this e-mail, Ms. Friedman is refusing to mentor me by assisting me in finding a Sandplay Consultation group in San Francisco and the Bay Area. I am naming this as a continued pattern of racial harassment towards me and am requesting and insisting that the STA Board most seriously investigate Ms. Friedman's discriminatory actions towards me at their earliest convenience.

I am requesting that this Board Chair mail me a response via Certified mail, return receipt requested at this address: P.O. Box 424886, San Francisco, CA 94142, no later than August 21, 2007, in order to communicate with me what is being done to investigate this violation of my civil rights, which, by law, needs to be thoroughly investigated by your Board.

In this e-mail Ms. Friedman writes:' I don't think I can be of any more help to you in your struggles with finding a place in a consultation group.' There is role abandonment here, as well as an unwillingness to assist clients from the Mexican American population with Sandplay, as this is the main population I work with.

I am also stating that Ms. Friedman's discrimination is completely intentional. I do not accept Ms. Friedman's second apology of' hurting my feelings." I have suffered deep depression and severe emotional pain and anguish over her discriminatory behaviors. My commitment to Sandplay is profound and thus the pain I have suffered over this has also been profound, more than just hurt feelings.

I am requesting and insisting that this Board also investigate as to why Ms. Friedman refused to allow me entrance into the Jungian Theory group in January 2003. During the Fall of 2003, Ms. Friedman refused me entrance into her Sandplay Consultation group, stating as her business reasons," I don't know you,' and then later,' Get Licensed first and then we'll talk about it." Both of these are not valid reasons fro denying me access into a group. I suffered depression from not being able to attend a Sandplay Consultation group for 18 months because of Ms. Friedman's discriminatory behaviors. Ms. Sachiko Taki Reece allowed me entrance into her Sandplay Consultation group without giving these reasons. I also attended the Jungian Theory group and this would have been a most convenient time for me to attend the Friedman Consultation group, as I took the Greyhound bus from Sand Diego to Lost Angeles for about 3

hours there and back in order to be at the Jungian theory group. Her group, to my understanding, took place in the same building in the afternoon after the Jungian Theory group.

The initial agreement I entered in August 2000 does not give "unlicensed: as a reason not to be admitted into a Sandplay Consultation group, as in my case there were exceptional circumstances involved. I started a Sandplay program completely from scratch at Barrio Logan Elementary schools in San Diego, having established 3 collections at 2 schools and one collection at a clinic from scratch, and having given 8 presentations on Sandplay and trained the staff there on the use of Sandplay. Much of this was communicated to Ms. Friedman and all present during my introduction at the Jungian Theory group in the Fall of 2003.

I communicated to Maria Ellen Chiaia Ms. Friedman's refusal to allow me entrance into her Sandplay Consultation group at the time this was occurring. This civil right violation was never investigated by the STA at the time.

I am also insisting that a statement from this Board that the Blacklisting and Defamation of my professional reputation stop immediately. I am insisting that this Board most seriously investigate this Blacklisting. I am submitting as evidence of this Blacklisting a letter from Sachiko Taki Reece to me dated August 23, 2006. On page 2, Ms. Reece states:' A sandplay consultation group is not a therapy group, …The consultant is not a therapist for these members…hopefully a member shouldn't have a lot of baggage unresolved personal issues which may obstruct group learning…I hope you would resolve this conflicts you have with some consultants. Because you cannot keep having negative relationship with STA members…"

I am defining these so-called negative relationships as racial harassment from STA members, completely separate from any misunderstandings or personality conflicts.

I am therefore appealing your Board's decision that this has all been a miscommunication and misunderstanding. Racial harassment is not a misunderstanding.

I have spent 5 years in therapy, including working on my sandplay process, and 3 and a half years in grief groups with professional therapists facilitating these groups. I have worked hard on my personal process and would be able to procure the letters necessary from these professional therapists in order to verify this. I have CD photograph disks of my 6-month sandplay Therapy process that I worked on with Barbara Miriello. To this date she has refused to send a letter I requested from her. The Board has never responded as to how she will be reprimanded for this. I am insisting on a response from this Board regarding this matter. I have proof that she received the Certified letter I sent her regarding this, a U.S. Postal office page.

It has been painful to me that my professional reputation has been defamed as that of an emotionally unstable individual, as Ms. Reece's letter implies. Please investigate as to from which STA member Ms. Reece has heard these reported rumors.

I am submitting a copy of the 3-page agreement under which I fist presented myself to Lee Ben Yehuda as starting my Sandplay Membership process, in August 2000. I am also submitting the letter from Ms. Lee Ben Yehuda, dated August 23, 2004, which verifies this.

Also submitting, letter from witness Elena Velázquez, which shows my profound commitment to Sandplay. Note from Marianne LaRuffa, Director of Daly City Youth Health Center, where I recently gave a presentation on Sandplay and Sandplay with Mexican American children. This presentation was well received. I am also submitting a flyer from a group I was facilitating on helping children from the barrio who had witnessed domestic violence. I also used Sandplay as a modality with these children. I created this curriculum and taught it in the Spanish language. This is evidence of exceptional circumstances and valid reasons as to why

Ms. Friedman needed to have accepted me into her Consultation group, in order to assist these Barrio children.

Also enclosed, copy of Marianne La Ruffa's business card, copy of e-mail, date: August 28, 2006, sent to Harriet Friedman, letter from C.G. Institute in Los Angeles, date: September 23, 2003, confirming my place in this Training.

Enclosed: Note verifying some of the dates of my personal Psychotherapy process, signed by me.

Enclosed, letter to Barbara Miriello, date: August 24, 2005, copy of U.S. Postal Service Certified mail receipt and Track and confirm page from U.S. Postal Service, which verifies that this letter was delivered at 11:10 a.m. on August 26, 2005 in san Diego.

Respectfully,


Rocio Evans, MFT

# GUIDELINES FOR TRAINING TO BECOME A SANDPLAY THERAPIST
### (USA training, June 1995 Revision)

1.    AIMS OF THE TRAINING:

As a result of the training, one will be eligible for membership in the Sandplay Therapists of America and the International Society for Sandplay Therapy (Founder: Dora M. Kalff); and, entitles one to use Sandplay in the sense of its founder, Dora M. Kalff. The Sandplay Therapists of America (STA) is an affiliate of the International Society for Sandplay Therapy (ISST). Membership in ISST is attained through membership in STA.

The training is understood as a supplementary training.

2.    QUALIFICATIONS FOR TRAINING:

Applicants for training are expected to show evidence of having the following qualifications:

a)    A university education in medicine, psychology, pedagogy, theology, clinical social work or marriage and family counseling.

Persons not having this type of university education, but, who can demonstrate adequate educational background, will also be considered.

b)    Knowledge of psychopathology, psychodiagnosis and psychotherapy which shall preferably have been achieved by formal study and applied clinical experience with patients/clients.

c)    Evidence of having had some in-depth inner development and insight, such as can be achieved in the experience of personal analysis or psychotherapy.

d)    Licensure to practice psychotherapy in states and regions where licensure is required.

Exceptions to the qualification for training may be made in exceptional circumstances.

3.    COURSE OF TRAINING:

Stated requirements are minimum. Additional hours in some areas may be needed and may be recommended by the Advisory Committee.

1

DSM—IV

Personal Experience:

Having gone through a personal Sandplay process with a member of ISST is fundamental and required. This should lead to an experience of the particular possibilities of Sandplay for helping to unfold one's own self-realization. Trying to state the minimum number of hours in which this can occur is not appropriate. The emphasis has to be on the fullness or wholeness of the experience.

If possible, the personal Sandplay experience should precede a regular attendance at seminars on Sandplay, in order to safeguard the spontaneous character of this experience. It is expected that one's personal Sandplay experience will precede one's use of Sandplay as a therapeutic technique with clients.

b)     Seminars and Workshops:

A minimum of 100 hours at seminars or workshops led by an STA/ISST Teaching Member is required. These must be seminars designed specifically for training in Sandplay. At least half of these hours should consist of participation in the presentation and discussion of Sandplay cases. The remaining hours would be expected to consist of instruction in theory, including, for example, the relationship of the Sandplay process to the general history of the evolution of consciousness as it is expressed in religions, mythologies and the traditions of various cultures.

Additionally, group consultation hours with an STA/ISST Teaching Member are acceptable toward fulfilling this requirement. These hours would consist of time during which the applicant participated in a group, of not more than four persons (plus the Teaching Member), in which another person was presenting a case.

At least 15 hrs. of presenting case.

c)     Individual Consultation:

A minimum of 30 hours of consultation with an STA/ISST Teaching Member is required. At least half of this requirement must be in individual sessions. The remaining hours may be obtained in groups of not more than four, plus the Teaching Member. Only hours in which an applicant presents a case may be counted toward meeting this requirement.

At least 15 hrs. of individual consultation

d)     Theoretical Papers:

During the course of training, two theoretical papers are required. Each paper must be a minimum of ten pages in length. At least one paper must be an indepth exploration of a symbol or of an archetypal image or theme. The other paper may be about some aspect of Sandplay that is of special interest to the applicant. If the

2

36

theoretical papers are not submitted during the course of training, they will be required prior to submitting an Application for Membership. (Any ISST member may read and approve theoretical papers.)

4.    ADVISORY COMMITTEE INTERVIEW:

Prior to writing a case report, an interview will be held to assist applicants in determining their personal readiness to proceed with completing the requirements for membership in STA/ISST.

Applications received by January 15 of each year will be processed by the Advisory Committee for interviews during that year.

5.    WRITTEN CASE REPORT:

At the conclusion of the training, and following the interview with the Advisory Committee, submission of a written case report is required as part of the application for membership. This case should consist of written text with photos of each session, a complete set of slides and a release form signed by the pseudonym of the client/patient. There should be no more than 40 pages of written text.

6.    EXCEPTIONS:

Exceptions to the course of training may be made in exceptional circumstances. Exceptions will not be made regarding doing a sandplay process with an ISST member nor fulfilling the required hours of consultation with an STA/ISST Teaching Member.

7.    CONTINUING EDUCATION:

It is expected that Members will continue their education in Sandplay after becoming members.

---

Membership application forms are obtained by sending a check in the amount of $3.00 payable to STA, along with a self-addressed, 8 x 11 envelope with four stamps. Send to:

SANDPLAY THERAPISTS OF AMERICA
P.O. BOX 4847
WALNUT CREEK, CALIFORNIA 94596

3

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

**YAHOO!** MAIL   Welcome, **rocioevans**
[Sign Out, My Account]

Search
the Web [                    ] Search

Mail Home - Mail Tutorials - Help


ebayexpress.com

get **it** new. buy **it** now.   START SHOPPING

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Mail For Mobile - Upgrades - Options |

Check Mail    Compose    [              ]    Search Mail ▾    Search the Web

VONAGE: Save up to 50% on phone service

Previous | Next | Back to Messages

Delete    Reply ▾    Forward ▾    Spam    Move... ▾

**Folders**        [Add - Edit]

**Inbox (432)**
Draft
Sent
Bulk (2)         [Empty]
Trash            [Empty]

**My Folders**   [Hide]
resume

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**Date:** Thu, 23 Jun 2005 07:47:17 -0800

**From:** "Lauren Cunningham" <lauren_c@pacbell.net>   📷 Add to Address Book   📱 Add Mobile Alert

**To:** "Ina Adams" <InaAdams@aol.com>, "Rocio Evans" <rocioevans@yahoo.com>, "David Capitolo" <DCapitolo@aol.com>, "Liana Kornfield" <LKornfield@aol.com>

**Subject:** September 2 sandplay

See your credit score: $0

Netflix-$5.99/mo. No Late Fees!

Find Any Email Address

A MasterCard in 3 Days*

Caucasian   Caucasian   Caucasian
Caucasian.

Dear Ina, Rocio, David, Liana and Jean,
This is to confirm that we will have our first sandplay consultation meeting Friday, September 2, 10 am - 12:30 pm. Everyone has indicated that this time worked for them.

David knows that he will be unavailable for the 10/14 meeting. I could reschedule for 10/7.  If all of you can make the 10/7 time then we will chnage our date. Otherwise we'll keep it on 10/14. Please email me your response.
Hope you all have an enjoyable summer.
Warm regards,
Lauren

Delete    Reply ▾    Forward ▾    Spam    Move... ▾

Previous | Next | Back to Messages       Save Message Text | Full Headers

Check Mail    Compose    [              ]    Search Mail ▾    Search the Web

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy