|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**MEJ**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA 94142
                        Plaintiff,

vs.

Sandplay Therapists of America
P.O. Box 4847
Walnut Creek, CA. 94596
                        Defendant.

CV 08  1066

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Jane Rocio Evans, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)              - 1 -

1 | and wages per month which you received.
2 | *Last employed on June 29, 2007, monthly Gross wage*
3 | *for month around $3,685.38 $ and Net amount*
4 | *Monthly around $2,789.51 $ monthly. Worked for Asian*
  | *American Recovery Services Company.*
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.    Business, Profession or                 Yes ✓  No ___
8 |         self employment?
9 |     b.    Income from stocks, bonds,           Yes ___  No ✓
10 |         or royalties?
11 |     c.    Rent payments?                         Yes ___  No ✓
12 |     d.    Pensions, annuities, or                Yes ___  No ✓
13 |         life insurance payments?
14 |     e.    Federal or State welfare payments,    Yes ✓  No ___
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | *I received Food Stamp EBT Benefits starting July*
20 | *2007 - Nov 2007, monthly amount, around $146.00 - I currently*
21 | 3.    Are you married?                           Yes ___  No ✓   *receive around*
  |                                                                       *$516 every*
22 | Spouse's Full Name: _____   *2 weeks*
23 | Spouse's Place of Employment: _____   *from*
24 | Spouse's Monthly Salary, Wages or Income:   *Employment Development*
25 | Gross $_____  Net $_____   *Department*
26 | 4.    a.    List amount you contribute to your spouse's support:$ _____   *Received*
27 |         b.    List the persons other than your spouse who are dependent upon you for support   *$15,052*
28 |             and indicate how much you contribute toward their support. (NOTE: For minor   *in Wages*
  |                                                    *for year 2007, received*
  |                                                    *about $300 in*
  |                                                    *AFDC Benefits in*
  |                                                    *2007.*

Form-Intake 3 (Rev. 4/05)            - 2 -

1 children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4 5.   Do you own or are you buying a home?   Yes ___ No ✓

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6 6.   Do you own an automobile?   Yes ___ No ✓

7 Make _____ Year _____ Model _____

8 Is it financed? Yes ___ No ___ If so, Total due: $ _____

9 Monthly Payment: $ _____

10 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: Union Bank of California,

12 400 California St. San Francisco, CA.

13 Present balance(s): $ — 389.00 at least, checking account

14 Do you own any cash? Yes ___ No ✓ Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)   Yes ___ No ✓

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ About $820   Utilities: included in rent

20 Food: $ 200, $250   Clothing: $30

21 Charge Accounts:

22 Name of Account        Monthly Payment        Total Owed on This Account

23 None          $ _____          $ _____

24 _____          $ _____          $ _____

25 _____          $ _____          $ _____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 I owe a student loan to Sallie Mae Company about $70,000 loan is currently in Economic Hardship Deferment Status.

Form-Intake 3 (Rev. 4/05)        - 3 -

| | |
|---|---|
|1| _____ |
|2| 10.  Does the complaint which you are seeking to file raise claims that have been presented in |
|3| other lawsuits?  Yes ___  No ✓ |
|4| Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in |
|5| which they were filed. |
|6| _____ |
|7| _____ |
|8| I declare under the penalty of perjury that the foregoing is true and correct and understand that a |
|9| false statement herein may result in the dismissal of my claims. |
|10| |
|11| 2-22-08                    Jane Rocio Evans, MFT |
|12| DATE                          SIGNATURE OF APPLICANT |

Form-Intake 3 (Rev. 4/05)                    - 4 -

SOCAL AUTHORIZATION CENTER  U051893
PO BOX 19007
SAN BERNARDINO, CA 92423-9007

PERIOD ENDING  U22338440
4048   11-03-07
DATE ISSUED
09-02-07 A   11-07-07
EMPLOYMENT DEVELOPMENT DEPARTMENT
VOID IF OVER $900, OR IF NOT CASHED
WITHIN 1 YEAR FROM DATE ISSUED

STATE OF CALIFORNIA
BILL LOCKYER, TREASURER

PAY TO THE ORDER OF:   **FIVE HUNDRED SIXTEEN DOLLARS***************   $516.00**

ROCIO EVANS
PO BOX 424886
SAN FRANCISCO  CA  94142

PAY ONLY $516.00

DIRECTOR
UNEMPLOYMENT INSURANCE ACCOUNT

⑆0827⑆ ⑈121113623⑈ 22338440 ⑈'

THE BACK OF THIS DOCUMENT CONTAINS A SECURITY MARK.   HOLD AT AN ANGLE TO VIEW.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.   DETACH THIS STUB FOR YOUR RECORD

22338440

T

51893   R. EVANS
CLAIM EXPIRES   08-30-08
SSA# 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 / WEEK PAID   10-27-07   $258.00
                                            11-03-07   $258.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $4322.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

Proof of EDD
Benefits —
Rocio Evans
2-14-08

