IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE R. EVANS,

        Plaintiff(s),

  vs.

SANDPLAY THERAPISTS OF AMERICA,

        Defendant(s).

No. C 08-1066 MEJ

**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

    Pending before the Court is Plaintiff's Application to Proceed *In Forma Pauperis*, filed on January 22, 2008. Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction or a request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    You have the right to have your case assigned to a United States District Judge for trial and

disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether Plaintiff consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed as soon as possible, but no later than March 18, 2008.

**IT IS SO ORDERED.**

Dated: February 27, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE R. EVANS,<br><br>      Plaintiff,<br><br>  v.<br><br>SANDPLAY THERAPISTS OF AMERICA,<br><br>      Defendant.<br>_____/ | Case Number: CV08-1066 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane R. Evans
PO Box 424886
San Francisco CA 94142

Dated: February 27, 2008

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk