February 26, 2008

To United States District Court of Northern California, San Francisco

Regarding Case Number: CV 08 1066   MEJ

Jane Rocio Evans vs. Sandplay Therapists of America



   I am respectfully requesting that this Court appoint an attorney to assist me with this Case. I am presently unemployed and cannot afford to hire my own private attorney. I was laid off, along with nearly 10 other employees at the last company I worked for, Asian American Recovery Services. Through the use of Employment Legal CLC benefits, however, I have consulted with 4 attorneys regarding this case and have asked each of them if they would be willing to take this case. Thus far they have all refused, however, I did receive some excellent consultation and clarity regarding this case. I am stating this in order to show that I have made a serious and focused effort to address and remedy this matter, on my own first, before writing this letter.

   One of the attorneys I consulted with stated that the STA (Sandplay Therapists of America 0rganization), needs to either return all of the money I have spent training with them to become a registered sandplay therapist, or else allow me to finish my training by allowing me to go back to their Consultation groups. The consultation group of Lauren Cunningham is the most appropriate one for me to go back to, as I live in San Francisco, her office is in West Portal, and I also specialize in Play Therapy for children as she does.

   I am requesting the services of a Court attorney, as this case, to my understanding, falls under Whistle blowing, in that I am a Bilingual/Bicultural Spanish Speaking Therapist, and thus work largely with monolingual, Spanish Speaking children and their families. To my understanding, there are not many Spanish Speaking Sandplay Therapists in Northern California. This modality is very effective with the use of Trauma, Posttraumatic stress Disorder, Domestic Violence and sexual abuse with children and their families. Thus it is a very valuable service to these populations, and I have shown a strong dedication to bringing this modality at a professional level to elementary school children. In the interest of continuing to serve these populations, the request for an attorney thus would be a useful and appropriate use of the Court's resources.

   I can be reached at: P.O. Box 424886, San Francisco, CA. 94142. E-mail: rocioevans@yahoo.com.

   Thank you for your time and attention. I am requesting a written response to this letter. Any assistance the Court can provide would be greatly appreciated in this matter.

                  Respectfully,

                  *Jane Rocio Evans, MFT*

                  Ms. Jane Rocio Evans,
                  Licensed Marriage, Family Therapist