**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROCIO EVANS, ) | |
| ) | CASE NO. C-08-1066 MEJ |
| Plaintiff (s) ) | |
| v. ) | **NOTICE OF IMPENDING** |
| ) | **REASSIGNMENT TO A** |
| ) | **UNITED STATES** |
| SANDPLAY THERAPISTS, ) | **DISTRICT COURT JUDGE** |
| ) | |
| Defendant (s) ) | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

\_\_\_\_\_ (1) One or more of the parties has requested reassignment to a United States District Judge, or

\_\_x\_\_ (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

\_\_\_\_\_ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: March 25, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

JANE R EVANS,

        Plaintiff,

  v.

SANDPLAY THERAPISTS et al,

        Defendant.
                              /

Case Number: CV08-01066 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane R. Evans
PO Box 424886
San Francisco, CA 94142

Dated: March 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk