USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 4:08-cv-01066-SBA   Document 13   Filed 05/16/2008   Page 1 of 20

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
• See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JANE ROCIO EVANS | CV-08-01066-SBA |
| DEFENDANT | TYPE OF PROCESS |
| SANDPLAY THERAPISTS OF AMERICA | Summons, Complaint, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sandplay Therapists of America
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 4847, Walnut Creek, CA 94596

FILED
MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA 94142

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

ENTERED

RECEIVED
2008 APR 28 PM 1:39
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 510-637-3536   DATE: 4/25/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 4/30/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: see below   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Hima C___ Admin. Support Asst.

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | — | — | $8.00 | 0 | $0.00 |

REMARKS: Mailed 299 on 4/30/08. Received acknowledgment on 5/9/08

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

**U.S. Department of Justice**

*United States Marshals Service*

*Northern District of California*

---

P.O. Box 36056
450 Golden Gate Ave.,
San Francisco, Ca 94102

United States District Court
for the
Northern District of California

Civil Action File No. ___C08-1066 SBA___

| JANE ROCIO EVANS | V. | SANDPLAY THERAPISTS OF AMERICA |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

NOTICE

To: ___SANDPLAY THERAPISTS OF AMERICA___

The enclosed summons, complaint, two copies of this document and stamped return envelope are served pursuant to Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure Section 415.30. Your failure to complete this form and return it to the sender within **20 days** may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return the form as requested, California Code of Civil Procedure Section 415.30 provides that this summons and other document(s) are deemed served on the date that you sign the Acknowledgment of Receipt below.

Date: ___4/30/08___                        ___H. CHAUDHARY___ H.C.
                                              (Signature of Sender)

---

ACKNOWLEDGMENT OF RECEIPT

**(To be completed by recipient before mailing.)** This acknowledges receipt of a copy of the summons and of the complaint at ___PO Box 4847, Walnut Creek, CA 94596___.
___Walnut Creek Main Post Office___
(Please insert address)

Date of receipt: ___5·6·08___

(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

___KERRY MIKIE___
___ADMINISTRATIVE ASSISTANT TO___
___SANDPLAY THERAPISTS OF AMERICA___

Date this form is signed: ___5·6·08___

(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Please complete and return both copies of this form in the envelope provided   Form N/CA USM-299 (5/97)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Evans | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.   CV 08-01066 SBA |
| Sandplay Therapists of America | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Sandplay Therapists of America
P.O. Box 4847
Walnut Creek, CA 94596

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

JESSIE MOSLEY
Deputy clerk's signature

Date:   04/25/2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

⊗ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 4/30/08 , by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Mailed 299 on 4/30/08_____
_____
_____

My fees are $ 8.00 for travel and $ _____ for services, for a total of $ 0.00 .

Date: 5/16/08

_____ Hima C_____ - Admin Support Asst
Server's signature

HIMA CHAUDHARY
Printed name and title

Federico Rocha - U.S. MARSHAL
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| Evans _____ ) | |
| Plaintiff ) | |
| v.           ) | Civil Action No.   CV 08-01066 SBA |
| Sandplay Therapists of America _____ ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Sandplay Therapists of America
P.O. Box 4847
Walnut Creek, CA 94596

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

*No address was given for plaintiff attorney. Response was sent by US Mail to plaintiff's address: PO Box 424886, San Francisco CA 94142*

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

JESSIE MOSLEY
Deputy clerk's signature

Date:  04/25/2008

RECEIVED 2008 MAY 16 AM 10:03 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  May 16, 2008 ,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  by US Mail to plaintiff at the following address:
PO Box 424886, San Francisco CA 94142

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

_____
Rie Rogers Mitchell, PhD.
Server's signature

Rie Rogers Mitchell, Ph.D
Printed name and title
Chair, Board of Trustees
Sandplay Therapists of America

4503 Alta Tupelo D.
Server's address
Calabasas, CA  91302



**SANDPLAY**
THERAPISTS OF AMERICA

RECEIVED
UNITED STATES MARSHAL
2008 MAY 16  AM 10: 03
NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

May 9, 2008

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Re:  CV08-01066 SBA
     Jane Rocio Evans vs. Sandplay Therapists of America

Dear Ms. Evans:

We are in receipt of the Civil Action you've filed against Sandplay Therapists of America (STA).

We wish to inform you that:

- STA does not hire employees to provide therapy or teaching/training services. STA certified teaching members may offer training groups and workshops at their own discretion, not as employees of the organization.
- STA is a non-profit 501c3, member financed (through dues and fundraising events), professional organization.

We have attached copies of complaints you've filed with the EEOC. In two cases, the complaints were dismissed, "No jurisdiction. No employer/employee relationship." One case was dismissed for untimely filing.

There isn't now and never has been an employer/employee relationship between certified teaching members of STA and STA as an entity.

STA's diversity statement is as follows:

> "Sandplay Therapists of America is actively working to encourage and support the cultural, racial, gender, sexual orientation and economic diversity of our community."

Sincerely,

*Rie Rogers Mitchell, Ph.D.*

Rie Rogers Mitchell, Ph.D., ABPP
Chair, Board of Trustees
Sandplay Therapists of America

Enclosures:   EEOC Charge No. 550-2008-00268
              EEOC Charge No. 550-2008-00891
              EEOC Charge No. 550-2007-01925

Second original w/ enclosures to:   United States District Court, Northern District of California
                                    1301 Clay St., Room 150C,
                                    Oakland, CA 94612-5217

PO Box 4847, Walnut Creek, California 94596
www.sandplay.org • sta@sandplay.org

Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jane R. Evans<br>Post Office Box #424886<br>San Francisco, CA 94142 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2008-00891 | Ruben F. Massa,<br>Investigator | (415) 625-5665 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)   **No employer/ employee relationship**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    3.3.08
Michael Baldonado,              (Date Mailed)
Acting Director

Enclosures(s)

cc:   SANDPLAY THERAPISTS OF AMERICA
      P. O. Box 4847
      Walnut Creek, CA 94596

m 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2008-00891 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jane Rocio Evans | (415) 336-3547 | 05-26-1962 |

Street Address: Post Office Box #424886, San Francisco, CA 94142

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SANDPLAY THERAPISTS OF AMERICA | 15-100 | (925) 825-9277 |

Street Address: Post Office Box 4847, Walnut Creek, CA 94596

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 08-09-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began a training program with Respondent in August 2000. In August 2006 I was selected not to return to a consultation group lead by Ms. Sachiko Reece (Japanese). My most recent complaint to Respondent was on August 9, 2007 to Ms. Harriet Friedman (White), by means of a certified letter. In such letter I indicated that I was naming this a continued pattern of racial harassment towards me and that I was requesting and insisted that the STA Board most seriously investigate Ms. Friedman's discriminatory actions towards me at their earliest convenience. Even though I am still a paying member at Respondent, I have never received notifications to return to their consultation groups; hence Respondent has completely ceased communication with me. Also I feel that I have been slandered by teaching members.

Respondent has not responded to my letter, even though the letter was received by them on August 17, 2007.

I believe that I have been discriminated against on the basis of my national origin (Mexican) in violation of Title VII of the Civil Rights Act of 1964, as amended. I also feel that I have been retaliated against for engaging in a protected activity.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1-29-08  Jane Rocio Evans, MFT
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

FORM 131 (5/01)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Director of Human Resources<br>SANDPLAY THERAPISTS OF AMERICA<br>P. O. Box 4847<br>Walnut Creek, CA 94596 | **PERSON FILING CHARGE**<br><br>Jane R. Evans |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**550-2008-00891** |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act  [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act  [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [X] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____

If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Ruben F. Massa,
Investigator
_EEOC Representative_
Telephone **(415) 625-5665**

San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105-1260

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| February 26, 2008 | Michael Baldonado,<br>Acting Director | [signed] |



# SANDPLAY
### THERAPISTS OF AMERICA

March 27, 2008

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Re:   EEOC Charge No. 550-2008-00891
      Jane Rocio Evans

Dear Sir or Madam:

This letter is in response to the claim filed by Jane R. Evans (aka Rocio Evans) against Sandplay Therapists of America (STA), which has been closed as EEOC found that it has no jurisdiction.

We wish you to be aware of the following information:
1. Sandplay Therapists of America is a non-profit, member-based, professional organization.
2. Members of STA pay yearly dues.
3. STA does not hire employees to provide therapy or teaching/training services.
4. Rocio Evans was, at one time, an associate of STA, but is no longer a dues paying associate.

Sincerely,

Rie Rogers Mitchell

Rie Rogers Mitchell, Ph.D., ABPP
Chair, Board of Trustees
Sandplay Therapists of America

PO Box 4847, Walnut Creek, California 94596
www.sandplay.org  •  sta@sandplay.org

Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Jane R. Evans
P. O. Box #424886
San Francisco, CA 94142

From: San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2008-00268 | Margarita Hossainizadeh, Investigator | (415) 625-5662 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[x] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_[signature]_    11/26/07

Enclosures(s)

/s/ H. Joan Ehrlich,
District Director

(Date Mailed)

cc: SANDPLAY THERAPISTS OF AMERICA
P. O. Box 4847
Walnut Creek, CA 94596



# SANDPLAY
THERAPISTS OF AMERICA

March 27, 2008

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Re:   EEOC Charge No. 550-2008-00268
      Jane Rocio Evans

Dear Sir or Madam:

This letter is in response to the claim filed by Jane R. Evans (aka Rocio Evans) against Sandplay Therapists of America (STA), which has been closed as EEOC found that it has no jurisdiction.

We wish you to be aware of the following information:
1. Sandplay Therapists of America is a non-profit, member-based, professional organization.
2. Members of STA pay yearly dues.
3. STA does not hire employees to provide therapy or teaching/training services.
4. Rocio Evans was, at one time, an associate of STA, but is no longer a dues paying associate.

Sincerely,

Rie Rogers Mitchell

Rie Rogers Mitchell, Ph.D., ABPP
Chair, Board of Trustees
Sandplay Therapists of America

Jrm 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Jane Rocio Evans
P.O. Box 424886
San Francisco, CA 94142

From: San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2007-01925 | **Scott H. Doughtie,** Investigator | (415) 625-5663 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)*       **No jurisdiction. No employer/employee relationship**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*[signature]*                                           8/13/07

H. Joan Ehrlich,                                         (Date Mailed)
District Director

Enclosures(s)

cc: **SANDPLAY THERAPISTS OF AMERICA**
P. O. Box 4847
Walnut Creek, CA 94596

FORM 131 (5/01)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| DIRECTOR OF HUMAN RESOURCES<br>SANDPLAY THERAPISTS OF AMERICA<br>P. O. Box 4847<br>Walnut Creek, CA 94596 | Jane Rocio Evans |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>550-2007-01925 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act   [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Terry G. Knapp,
Office Automation Asst
EEOC Representative

Telephone (415) 625-5667

San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

Enclosure(s): [ ] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [X] RETALIATION  [ ] OTHER

ISSUES: Harassment

DATE(S) (on or about): EARLIEST: 08-07-2007  LATEST: 08-07-2007

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| August 10, 2007 | H. Joan Ehrlich,<br>District Director | [signature] |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2007-01925 |

**California Department Of Fair Employment & Housing** _and EEOC_
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jane Rocio Evans | (415) 336-3547 | 05-26-1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 424886, San Francisco, CA 94142 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SANDPLAY THERAPISTS OF AMERICA | 15 - 100 | (925) 825-9277 |

| Street Address | City, State and ZIP Code |
|---|---|
| P. O. Box 4847, Walnut Creek, CA 94596 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                        08-07-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about August 24, 2005, I wrote a letter to Barbara Miriello, a white Clinical Teaching Member of Sandplay, requesting money back because she intentionally overcharged me in therapy sessions for six months. In retaliation to my letter she refused to give me a six month clinical SandPlay process completion letter. From April 2006 to the present, I have been harassed by Lisa Ravitz, a white Licensed Psychologist, Jungian Analyst. For example, Ms. Ravitz has refused my entrance into her Sandplay Consultation group, by refusing to accommodate my schedule. Ms. Ravitz' group meets during the day during the work week but I cannot attend because of my full-time work schedule. I have asked Ms. Ravitz to hold her meetings in the evenings or on Saturday mornings but she has refused to do so. From 2004 to the present, I have been harassed by Lauren Cunningham, a white Licensed Clinical Social Worker. For example, Ms. Cunningham has refused to allow me to participate in her Sandplay Consultation group. Liana Kornfield, a white professional counselor, is not qualified to be a member of Ms. Cunningham's group because she does not have a therapy license and she does not believe in DSM – IV Diagnosing. There are no Mexican members of Ms. Cunningham's Sandplay Consultation group. From on or about October 5, 2005 to the present, Joyce Cunningham, a white Clinical Teaching Member, has refused to become my Sandplate Process Therapist because of my complaint letter of August 24, 2005 letter to Ms. Miriello.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8-7-07  Jane Rocio Evans  MFT<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

m 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2007-01925 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

On or about August 23, 2006, Sachiko Taki Reece, a Japanese Clinical Teaching Member, implied in a letter to me that an unknown Clinical Teaching Member defamed me to her and blacklisted me because they told her that I have a lot of emotional baggage and unresolved personal issues. On or about September 7, 2006, I complained to Ruth Ammann, Chair of ISST Board of Trustees, that Ms. Cunningham harassed me based on my national origin. No investigation was conducted. Following my complaint, I have continued to be prevented from participating in a Sandplay Consultation group.

No reason was given to me by Ms. Ravitz for not accommodating my schedule. The reason given to me by Lauren Cunningham as to why she refused to allow me to participate in her Sandplay Consultation group was that she has decided not to add additional members to her group last year. The reason given to me by Joyce Cunningham is that she does not see people in therapy whom she originally saw in consultation which contradicts the current STA guidelines in the first paragraph regarding Consultation.

I believe that I have been discriminated against on the basis of my national origin, Mexican, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I have been retaliated against for engaging in protected activity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8-6-07   *[signature]* Rocio Cwong  NFT<br>Date                  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



**SANDPLAY**
Therapists of America

March 27, 2008

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Re:   EEOC Charge No. 550-2007-01925
      Jane Rocio Evans

Dear Sir or Madam:

This letter is in response to the claim filed by Jane R. Evans (aka Rocio Evans) against Sandplay Therapists of America (STA), which has been closed as EEOC found that it has no jurisdiction.

We wish you to be aware of the following information:
1. Sandplay Therapists of America is a non-profit, member-based, professional organization.
2. Members of STA pay yearly dues.
3. STA does not hire employees to provide therapy or teaching/training services.
4. Rocio Evans was, at one time, an associate of STA, but is no longer a dues paying associate.

Sincerely,

Rie Rogers Mitchell

Rie Rogers Mitchell, Ph.D., ABPP
Chair, Board of Trustees
Sandplay Therapists of America

PO Box 4847, Walnut Creek, California 94596
www.sandplay.org • sta@sandplay.org



Sandplay
Therapists of America
PO Box 4847
Walnut Creek, CA 94596

United States District Court
Northern District of California
1301 Clay St, Room 150C
Oakland CA 94612-5217

