**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANDPLAY THERAPISTS OF AMERICA,<br><br>　　　　　Defendant.　　　　　　　　／ | No. C 08-01066 SBA<br><br>**CLERK'S NOTICE** |

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

　　YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **May 29, 2008, has been moved to, June 11, 2008, at 3:15 p.m., via telephone.**

　　**Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.**

　　**(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

　　**Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.**

**Dated: 5/22/08**

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT,**

　　　　　　　　　　　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　**By: s/Lisa R. Clark　　　　　**

　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**

**United States District Court**
**For the Northern District of California**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

**EVANS et al,**

   **Plaintiff,**

 **v.**

**SANDPLAY THERAPISTS OF AMERICA et al,**

   **Defendant.**
_____/

**Case Number: CV08-01066 SBA**

**CERTIFICATE OF SERVICE**

**I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.**

**That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.**

**Jane R. Evans**
**PO Box 424886**
**San Francisco, CA 94142**

**Dated: May 22, 2008**

       **Richard W. Wieking, Clerk**
       **By: LISA R CLARK, Deputy Clerk**