**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JANE R. EVANS, | No. C 08-01066 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 15] |
| SANDPLAY THERAPISTS OF AMERICA, | |
| Defendant. | |

Plaintiff Jane R. Evans filed a Letter re Case Management Order, on May 22, 2008. *See* Docket No. 15. Plaintiff is instructed to follow the directions provided in the May 22, 2008 Clerk's Notice [Docket No. 14] and prepare a Joint Case Management Statement with opposing counsel for the Case Management Conference.

IT IS SO ORDERED.

May 29, 2008

_____
Saundra Brown Armstrong
United States District Judge

1
2  UNITED STATES DISTRICT COURT
3  FOR THE
4  NORTHERN DISTRICT OF CALIFORNIA
5
6
7  EVANS et al,                                          Case Number: CV08-01066 SBA
8         Plaintiff,                                     **CERTIFICATE OF SERVICE**
9    v.
10 SANDPLAY THERAPISTS OF AMERICA et al,
11        Defendant.
                                              /
12
13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
14
That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
15 in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
16 office.
17
18
   Jane Rocio Evans
19 PO Box 424886
   San Francisco, CA 94142
20
   Dated: May 29, 2008
21                                                       Richard W. Wieking, Clerk
                                                         By: LISA R CLARK, Deputy Clerk
22
23
24
25
26
27
28

2