**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE R. EVANS, | No. C 08-01066 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 14] |
| SANDPLAY THERAPISTS OF AMERICA, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT the Case Management Conference (CMC) set for June 11, 2008, at 3:15 p.m., *see* Docket No. 14, is CONTINUED to July 10, 2008, at 3:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. **Defendants** shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

June 9, 2008                                  _____
                                              Saundra Brown Armstrong
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS et al, | Case Number: CV08-01066 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SANDPLAY THERAPISTS OF AMERICA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Dated: June 9, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2