Jane Rocio Evans, MFT
P. O. Box 424886
San Francisco, CA 94142

Sandplay Therapists of America
P.O. Box 4847
Walnut Creek, CA. 94596



UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

JANE ROCIO EVANS

       Plaintiff,                Case No.  CV 08-01066 SBA

**REQUEST FOR CASE MANAGEMENT CONFERENCE TO TAKE PLACE IN OAKLAND COURT WITH PLAINTIFF AND DEFENDANT PRESENTING IN PERSON**

V.

SANDPLAY THERAPISTS OF AMERICA

       Defendant

Plaintiff is respectfully requesting of Honorable Judge that the scheduled Case Management Conference for June 11, 2008 be rescheduled at a later date, at this Court's convenience, and that the setting for this Conference be the Oakland Courtroom on Clay Street. Plaintiff currently has not been able to afford economically an attorney, as she is currently recovering financially from a Lay Off, as Plaintiff, along with 15 other co-workers, were laid off due to lack of funding at another company. In addition, Plaintiff currently does not have her own private practice and works in a nonprofit company. Plaintiff currently shares an office with another co-worker. The walls are thin, as there

Case No.  CV 08-01066 SBA                                                                 Page 2 of 2

are adjoining offices. Plaintiff is seriously concerned about her **Confidentiality** not being protected in this manner with a Conference call, which would be loud. Plaintiff is thus seriously concerned that her current employer will become aware that she is currently in the process of suing Defendant and that this will place her seriously at risk in her current employment situation. Plaintiff is thus respectfully requesting that this Conference take place in a setting that is neutral and which would not place her at risk for violating her Confidentiality rights with her current employer.  Plaintiff apologizes for sending this letter at this time; however, she lacks experience in these matters and thinks it is prudent to make this request.  In addition, Plaintiff has not received the phone number of Defendant by mail at this time.  Defendant sent a letter to Plaintiff without phone number on it.  Plaintiff at this time has also not received the case management statement from Defendant. Plaintiff has mailed her case management statement to Defendant by this date, and filed it with this Court on May 22, 2008.

Date: June 9, 2008

Letter sent via certified mail, return receipt requested


                                                              Jane Rocio Evans
                                                              *Jane Rocio Evans, MFT* (signature)
                                                              Licensed Marriage, Family Therapist