Jane Rocio Evans, MFT
P.O. Box 424886
San Francisco, CA 94142



FILED
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA



JANE ROCIO EVANS

Plaintiff,

V.

SANPLAY THERAPISTS OF AMERICA,

Defendant

Case No: CV08-01066 SBA

**Exhibits and Response
Mailed by Plaintiff to Defendant.**

Plaintiff is submitting with this letter to this Court **EXHIBIT 1:** Letter to Sue the Sandplay Therapists of America, signed by Michael Baldonado, Director of the Equal Employment Commission, date: March 3, 2008. In this letter, the EEOC states that there is' No employer/employee relationship" between Plaintiff and Defendant. **EXHIBIT 1(a): copy of Charge No: 550-2008-00891, 2 pages.** Thus, this Charge, the most recent one from the EEOC, does not state that Plaintiff filed a Charge with the EEOC on an untimely basis. Thus, Plaintiff states that Plaintiff has complied legally with the Statue of Limitations regarding filing a Charge with the EEOC in a timely manner regarding Defendant. This Charge was accepted at the time, signed on January 29, 2008, based on the fact that Plaintiff sent a letter to Defendant Board member Harriet Friedman and

Case No: CV 08-01066 SBA                                           Page 2 of 19

Defendant Chair on August 9, 2007, via certified mail, return receipt requested. Thus Defendant has proof from the United States Postal Website printout, that Defendant received this letter. Defendant did not respond to letter, even though Plaintiff sent around 10 pages of Exhibits with letter. These Exhibits have been submitted by Plaintiff to this Court with her complaint of Defendant. Plaintiff claims that Defendant's lack of response is Retaliation for Plaintiff having complained about Friedman's discriminatory actions Plaintiff. Thus Plaintiff engaged in protected activity with this letter regarding Ms. Friedman refusing to assist Plaintiff in finding and being placed in a sandplay consultation group. Plaintiff submitted letter to the EEOC and has submitted this letter from Ms. Friedman to this Court as proof that Ms. Friedman was actively refusing to assist Plaintiff to find this group, her business reason being:" You've done so much yourself already.' Thus, Plaintiff named this as a continuing pattern of racial harassment and discrimination on the part of Ms. Friedman towards Plaintiff. Plaintiff had a person-to-person meeting with Baldonado at the San Francisco EEOC office in January 2008.

**EXHIBIT 2:** Plaintiff sent a letter to the EEOC office on February 8, 2008. In this letter, Plaintiff gave reasons as to why Plaintiff saw that even though there was no employee/employer relationship with Defendant, Plaintiff stated that the matter fell within the scope of Practice of the EEOC, as Defendant's organization is a professional employment related organization for Plaintiff. Plaintiff also gave several examples in this letter as to how Plaintiff had brought a significant contribution to the Sand[play therapists of America, in terms of Plaintiff's significant and exceptional cultural contribution of having established a bicultural sandplay collection in several elementary schools in

Case No. CV 08-01066 SBA                                                                 Page 3 of 19

Barrio Logan, San Diego. Plaintiff also gave sandplay presentations at several mental health clinics and began to develop Mexican American sandplay theory with Latino colleagues at Logan Heights family Counseling Center clinic. The contribution that Plaintiff has made to this Latino community, as well as to Defendant's organization is thus significant and cannot be denied. Plaintiff thus states in this letter to this Court that Defendant has violated their diversity statement by refusing to assist Plaintiff to continue to be placed in a Sandplay consultation group in San Francisco, as Plaintiff does not currently own a vehicle. Friedman thus intentionally refused to assist Plaintiff to return to Cunningham's Sandplay Consultation group in West Portal, San Francisco. In addtion, Defendant Sachiko Reece intentionally Locked out Plaintiff from attending her Sandplay Consultation group, in a letter written to Plaintiff in August 2006. This is hostile and racially harassing behavior on the part of Defendant, in retaliation for Plaintiff having complained about a Caucasian Consultant who was racially harassing Plaintiff in Ms. Sachiko Reece's consultation group. Ms. Reece wrote this letter to Plaintiff after Plaintiff complained about this harassment from the Caucasian consultant to Ms. Reece via e-mails, which Ms. Reece responded to, thus received. **EXHIBIT 3:** attorney referral list given to Plaintiff by EEOC personnel when Plaintiff filed EEOC Charge. The EEOC at the time communicated to Plaintiff that this was an attorney matter. Defendant had written to Plaintiff in 2006 and said that the matter was 'a confusion." Defendant thus refused to do their legal duty at the time and did not write to Plaintiff that they were investigating complaints and concerns that Plaintiff had brought forward to Defendant's Board in 2006, even though Plaintiff had named these concerns in her letter to this Board

Case No  CV 08-01066  SBA                                    Page 4 of 19

as racial harassment and discrimination. Defendant once again intentionally failed to do their legal duty by not writing to Plaintiff and communicating that this Board was going to investigate the complaints brought concerning Ms. Freedman in Plaintiff's letter, in which Plaintiff once again named Friedman's actions as racial harassment and discrimination. **EXHIBIT 4:** Letter sent by Plaintiff via certified mail, return receipt requested on June 6, 2008.  In this letter, Plaintiff informs Defendant that she has submitted a case management Conference statement to this Court, filed on May 22, 2008. Plaintiff communicates to Defendant to please contact her regarding collaborating on writing the Case Management Conference statement together. Plaintiff also states that a Clerk of this Court told her on May 22, 2008, that Defendant has not yet submitted the response to Plaintiff's summons and Complaint to this Court.  Plaintiff thus requests that Defendant submit this response as soon as possible, if they have not already done so. Plaintiff is submitting with this letter what to her understanding is a copy of Defendant's response to the Summons and Complaint statement filed, response mailed to Plaintiff on May 9, 2008.  **EXHIBIT 5:** E-mail sent to Defendant by Plaintiff, date: June6, 2008. Plaintiff communicates that she currently does not have the businesses phone number with which to contact Defendant on July 11, 2008, for the Case management Conference.  Plaintiff requests this phone number at Defendant's earliest convenience.  As of this date, July 8, 2008, Plaintiff has not received a response to this e-mail. **EXHIBIT 6, 1page:** Letter sent by Rie Rogers Mitchell, Defendant Chair, to the Equal Employment Opportunity Commission, San Francisco District Office. In this letter, Rogers Mitchell communicates to the EEOC that: "Evans, was, at one time, an associate of the STA, but is

Case No  CV  08-01066  SBA                                              Page 5 of 19

no longer a dues paying associate." Thus, in this letter, Rogers Mitchell intentionally distorts the facts concerning this case, to the EEOC, and thus intentionally falsifies the record concerning Evans and Defendant's organization. Plaintiff is no longer a dues paying associate because Defendant has intentionally, in a hostile manner and racially harassing/discriminatory, retaliation manner, LOCKED Plaintiff out of Sandplay Consultation groups facilitated by Cunningham and Sachiko Reece. Thus, Plaintiff has not had the opportunity to pay money or dues to these consultants for these teaching membership services, and thus has been actively hindered by Defendant from paying yearly dues.  Plaintiff has actively attempted to remedy this situation through writing this Board and giving many exhibits and much evidence to Defendant's Board regarding the reasons she is no longer attending consultation groups.  Plaintiff has attempted to pay Joyce Cunningham, dues so to speak, but Ms. Joyce Cunningham has refused to see Plaintiff for Sandplay therapy process. Plaintiff has submitted evidence that Joyce Cunningham intentionally misrepresented facts and STA regulations by writing to Plaintiff that she could not see Plaintiff for Sandplay process due to their "being a dual relationship involved with Plaintiff," that of Plaintiff having seen Ms. Joyce Cunningham for sandplay individual consultation for one and a half hours.  Plaintiff showed Sandplay regulations to experienced and respected EEOC personnel, who communicated to her that this was evidence for Ms. Joyce Cunningham actively lying about their business reason for not seeing Plaintiff. Plaintiff is not violating Defendant's regulations by seeing Ms. Joyce Cunningham for Sandplay therapy process. Plaintiff has a letter from Joyce Cunningham and a copy of the regulation printout regarding dual relationships to verify

Case No.  CV 08-01066 SBA                                              Page 6 of 19

that Ms. Joyce Cunningham is intentionally lying to Plaintiff and that thus Defendant has blacklisted Plaintiff. It is undeniable, through evidence Plaintiff has submitted to this Court, including flyer with co-worker Minerva, in which Plaintiff co-facilitated a domestic violence group for children in Barrio Logan, in which sandplay therapy was used as a modality and intervention with these children, that Plaintiff's commitment to continuing and to completing the goal of becoming a Sandplay teaching member is strong. Plaintiff also took the Greyhound bus from San Diego to Los Angels to the Jung Center there, took this bus at around 6:00 a.m., in order to be present at the Jung center in the morning for Sandplay theory classes. Thus, Plaintiff states that Defendant Mitchell is intentionally continuing to seriously defame and slander professional reputation and committment of Plaintiff to EEOC. In this letter; 3: Rogers Mitchell states: "STA does not hire employees to provide therapy or teaching training services." In response to this argument, Plaintiff states: Defendant asks associates of the STA to pay them a very high amount, about $100 or $75 per consultation group, in order to teach associates sandplay.  STA Consultation groups are professional networking sites in which STA associates can gain client referrals and in which they can have their name listed as a Therapist referral source nationwide. Plaintiff presented sandplay slides or cases from Walden House, a nonprofit corporation, during sandplay consultation group with Lauren Cunningham.  Consultants in this group are witnesses to this.  Plaintiff presented these cases during employment hours at Walden House, on Friday mornings. Walden House allowed Plaintiff to present these cases at Sandplay consultation groups during working employment hours. Plaintiff used feedback she received in these groups from other

consultants to assist Walden House clients, some of which were recovering from

Substance abuse in a Residential Treatment Facility. Thus, Plaintiff states that this case

falls under Title VII violations by Defendant. Plaintiff states that Defendant has

and overtly violated their Mission statement in having Locked out and hindered Plaintiff

from participating in Cunningham's and Reece's consultation groups, with no logical or

reasonable business reason given for this. Plaintiff has suffered severe psychological

distress regarding this, as Plaintiff is strongly committed to her work with Sandplay. In

addition, the cultural populations Plaintiff serves have missed out on this service. Lastly,

Plaintiff's contribution to sandplay consultation groups has been valuable. Consultants

have made statement such as 'The Virgin of Guadalupe is not significant in the Latino

culture.' Plaintiff was present at the time in order to clarify this cultural misconception.

The virgin of Guadalupe is very significant and very meaningful to the Latino culture

and as a largely Caucasian, homogeneous group, Defendant's professional organization

has seriously needed the perspective that Plaintiff has brought to these consultation

groups.

**EXHIBIT 7:** Letter submitted by Rogers Mitchell to Plaintiff, date: May 9, 2008. In this

letter, Rogers Mitchell writes that; teaching members 'may offer training groups and

workshops at their own discretion, not as employees of the organization." Thus, Plaintiff

states that in order for her to have offered sandplay groups and workshops, she needed to

have the training and particularly, the feedback from other sandplay consultation group

members. It would have been unethical for Plaintiff to have done this completely on her

own, individually, without the guidance, support and assistance that a consultation group

Case No. 08-01066 SBA                                                                 Page 8 of 19

provides for a clinician. This matter is very interrelated to Plaintiff's work activities and cannot be separated from it. In this letter, Defendant states: 'One case was dismissed for untimely filing.' Plaintiff had a meeting and has submitted additional evidence to the EEOC, in order to state that her Charges were all filed in a timely manner. The statue of Limitations has not been violated at any level with the EEOC. An EEOC investigator, made an error in judgment concerning the statue of Limitations and the diagnosis of first charge. This, to Plaintiff's understanding, is why Michael Baldondo sent the second letter, which shows a different reason rather than a violation of the Statue of Limitations This case was thus not legally and legitimately dismissed for untimely filing by the EEOC, as Rogers Mitchell states in her letter. In addition, Plaintiff presented in person to the EEOC office in San Francisco as early as 2005, in order to file a Charge with the EEOC. EEOC personnel Francisco refused to accept her Charge at the time and thus this matter was delayed legally. Plaintiff has filed a written complaint with EEOC Director Baldonado, complaining about Francisco refusing to do his legal duty by not taking Plaintiff's Charge in 2005. Plaintiff submitted an e-mail regarding matter discussed in 2005, to the EEOC, as proof and evidence that she had indeed presented to the EEOC office in 2005. E-mail was sent to Defendant. In response to this letter, Plaintiff has submitted substantial proof that Defendant has violated their Mission diversity Statement in an overtly racially discriminatory manner. EEOC has witnessed this and has thus given Plaintiff attorney referral list.

Date: June 8, 2008                                                          Jane Rocio Evans, *[signature]*, MFT
                                                                            Licensed Marriage, Family Therapist

February 8, 2008

To Michael Baldonado, Director
Equal Employment Opportunity Commission
Embarcadero Center,
San Francisco, CA

Jane Rocio Evans vs. Sandplay Therapists of America
Charge Number:

    I am requesting that an investigation be made of the Sandplay Therapists of Amercia, a professional employment related organization.
    I am respectfully requesting this investigation due to the following whistle blowing concerns:
    That as this organization in the United States has very few members at this time, around 100, and since there are most likely very few Mexican American Sandplay Therapists in the United States, and very few Sandplay Therapists who are fluently Spanish Speaking, that it is serious that this organization has overtly racially discriminated against me by Locking me out of several Consultation groups. Lauren Cunningham, Maria Ellen Chiaia and Sachiko Taki Reece have all locked me out of their groups. Barbara Miriello also has ignored and thus refused to give me 6-month credit for Sandplay work I completed, without giving an explanation.
    Many Sandplay Therapist are in private practice and some charge around $150 to facilitate sandplay therapy for upper middle class children in San Francisco and the Bay Area.
    There are few sandplay therapists who are willing to take this modality into schools and the Barrio and to bring Sandplay Therapy, at a professional level, to children in the schools and to Mexican families on Medi-Cal.
    Thus far, my commitment to bringing this modality to these populations has been strong. This can be evidenced in my having given 8 Sandplay Therapy Presentations at no charge (Sandplay Therapist sometimes charge up to $400 for these Presentations) to a company in San Diego. I trained the Bi-lingual staff, created a bi--cultural Sandplay Therapy collection, using such items as greyhound buses toy miniatures and molcajetes, in order that these populations may have greater cultural access to this modality.
    I set up collections at several elementary schools and purchased supplies from scratch, and negotiated for a company to give around $2,000 in funds to set up these collections.
    I feel that I along, with my Latino colleagues, were developing Latino Sandplay Therapy theory and expanding Sandplay Theory. Our insights would be even more worthwhile were I to one day write a book or publish articles on our findings.
    To my understanding, very few Sandplay Therapists are doing this work at this time, except for one of these therapists who was flying from Mexico City to Los Angeles to receive trainings on this.
    Thus, because I have been committed to bringing this modality to these populations, the loss to this community by my being Locked out of these groups and therefore not having the professional support I need to continue to assist these populations to recover from grief, loss and Trauma, is to my understanding, serious.
    An investigation to uncover the discriminatory source of the slander regarding my propfessional reputation heard by Sachiko Reece would be, to my understanding, an essential step in resolving this matter.
    I am respectfully requesting a response to this letter. I can be reached at: P.O. Box 424886, San Francisco, CA 94142. E-mail: rocioevans@yahoo.com

                                                  Respectfully,

                                                Jane Rocio Evans, MFT

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5602

SAN FRANCISCO DISTRICT OFFICE
ATTORNEY REFERRAL LIST
Nov. 2007

The following listed attorneys (listed by city) have expressed interest in having their names placed on a referral list to be given to Charging Parties who make a request for an employment law attorney. All attorneys on the list are members of the California Bar. The EEOC expressly makes no claims as to the level of experience or expertise of the attorneys on this list. This list will be updated periodically.

| City | Zip | Name | Address | Phone |
|---|---|---|---|---|
| Alameda | 94501 | Valerie Toohey O'Dell | 1516 Oak St., #105 | (510) 814-3785 |
| Alameda | 94501 | Jim O'Dell | 1516 Oak St., #105 | (510) 814-3785 |
| Antioch | 94509 | Rand L. Stephens | 511 West Third St. | (925) 757-1700 |
| Berkeley | 94704 | David C. Anton | 1950 Addison St., #108 | (510) 649-1713 |
| Berkeley | 94703 | Robert Atkins | 1613 Jaynes St. (Federal Employees only) | (510) 524-6089 |
| Burlingame | 94010 | Haitham E. Ballout | 1290 Howard Ave., Suite 300 | (650) 373-1122 |
| Burlingame | 94010 | George F. Camerlengo | 500 Airport Blvd., Suite 350 | (650) 579-2911 |
| Burlingame | 94010 | C. Judith Johnson | 500 Airport Blvd., Suite 350 | (650) 579-2911 |
| Burlingame | 94010 | Moira C. McQuaid | 500 Airport Blvd., Suite 350 | (650) 579-2911 |
| Burlingame | 94010 | Erin K. O'Brien | 500 Airport Blvd., Suite 350 | (650) 579-2911 |
| Campbell | 95008 | Thomas J. O'Dowd | P.O. Box 111730 | (408) 559-7600 |
| Campbell | 95008 | Matthew Rafat | 3974 Acapulco Dr. | (408) 871-2899 |
| Carmel | 93921 | June Michel | P.O. Box 3697 | (831) 373-0852 |
| Cloverdale | 95425 | James De Martini | 115 W. First St. | (707) 894-3800 |

1

Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Jane R. Evans<br>Post Office Box #424886<br>San Francisco, CA 94142 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2008-00891 | Ruben F. Massa, Investigator | (415) 625-5665 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)    **No employer/ employee relationship**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_____    3-3-08
Michael Baldonado,    (Date Mailed)
Acting Director

Enclosures(s)

cc: SANDPLAY THERAPISTS OF AMERICA
P. O. Box 4847
Walnut Creek, CA 94596

m 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2008-00891 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jane Rocio Evans | (415) 336-3547 | 05-26-1962 |

Street Address: Post Office Box #424886, San Francisco, CA 94142

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SANDPLAY THERAPISTS OF AMERICA | 15-100 | (925) 825-9277 |

Street Address: Post Office Box 4847, Walnut Creek, CA 94596

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address:

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 08-09-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began a training program with Respondent in August 2000. In August 2006 I was selected not to return to a consultation group lead by Ms. Sachiko Reece (Japanese). My most recent complaint to Respondent was on August 9, 2007 to Ms. Harriet Friedman (White), by means of a certified letter. In such letter I indicated that I was naming this a continued pattern of racial harassment towards me and that I was requesting and insisted that the STA Board most seriously investigate Ms. Friedman's discriminatory actions towards me at their earliest convenience. Even though I am still a paying member at Respondent, I have never received notifications to return to their consultation groups; hence Respondent has completely ceased communication with me. Also I feel that I have been slandered by teaching members.

Respondent has not responded to my letter, even though the letter was received by them on August 17, 2007.

I believe that I have been discriminated against on the basis of my national origin (Mexican) in violation of Title VII of the Civil Rights Act of 1964, as amended. I also feel that I have been retaliated against for engaging in a protected activity.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

1-29-08   Jane Rocio Evans, MFT
Date       Charging Party Signature

# U.S. Equal Employment Opportunity Commission

FORM 131 (5/01)

| | |
|---|---|
| Director of Human Resources<br>SANDPLAY THERAPISTS OF AMERICA<br>P. O. Box 4847<br>Walnut Creek, CA 94596 | **PERSON FILING CHARGE**<br><br>Jane R. Evans<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>**EEOC CHARGE NO.**<br>550-2008-00891 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act       [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act   [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [X] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____

If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Ruben F. Massa,
Investigator
_EEOC Representative_

Telephone  (415) 625-5665

**San Francisco District Office**
**350 The Embarcadero**
**Suite 500**
**San Francisco, CA 94105-1260**

Enclosure(s): [X] Copy of Charge

---

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN  [ ] AGE  [ ] DISABILITY  [ ] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

---

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| February 26, 2008 | Michael Baldonado,<br>Acting Director | _(signed)_ |



**SANDPLAY**
THERAPISTS OF AMERICA

March 27, 2008

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Re:   EEOC Charge No. 550-2008-00891
      Jane Rocio Evans

Dear Sir or Madam:

This letter is in response to the claim filed by Jane R. Evans (aka Rocio Evans) against Sandplay Therapists of America (STA), which has been closed as EEOC found that it has no jurisdiction.

We wish you to be aware of the following information:
1. Sandplay Therapists of America is a non-profit, member-based, professional organization.
2. Members of STA pay yearly dues.
3. STA does not hire employees to provide therapy or teaching/training services.
4. Rocio Evans was, at one time, an associate of STA, but is no longer a dues paying associate.

Sincerely,

*Rie Rogers Mitchell*

Rie Rogers Mitchell, Ph.D., ABPP
Chair, Board of Trustees
Sandplay Therapists of America

PO Box 4847, Walnut Creek, California 94596
www.sandplay.org  •  sta@sandplay.org



**SANDPLAY**
THERAPISTS OF AMERICA

May 9, 2008

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Re:  CV08-01066 SBA
     Jane Rocio Evans vs. Sandplay Therapists of America

Dear Ms. Evans:

We are in receipt of the Civil Action you've filed against Sandplay Therapists of America (STA).

We wish to inform you that:

- STA does not hire employees to provide therapy or teaching/training services. STA certified teaching members may offer training groups and workshops at their own discretion, not as employees of the organization.
- STA is a non-profit 501c3, member financed (through dues and fundraising events), professional organization.

We have attached copies of complaints you've filed with the EEOC. In two cases, the complaints were dismissed, "No jurisdiction. No employer/employee relationship." One case was dismissed for untimely filing.

There isn't now and never has been an employer/employee relationship between certified teaching members of STA and STA as an entity.

STA's diversity statement is as follows:

"Sandplay Therapists of America is actively working to encourage and support the cultural, racial, gender, sexual orientation and economic diversity of our community."

Sincerely,

*Rie Rogers Mitchell, Ph.D.*

Rie Rogers Mitchell, Ph.D., ABPP
Chair, Board of Trustees
Sandplay Therapists of America

Enclosures:   EEOC Charge No. 550-2008-00268
              EEOC Charge No. 550-2008-00891
              EEOC Charge No. 550-2007-01925

Second original w/ enclosures to:   United States District Court, Northern District of California
                                    1301 Clay St., Room 150C,
                                    Oakland, CA 94612-5217

PO Box 4847, Walnut Creek, California 94596
www.sandplay.org  •  sta@sandplay.org

Yahoo! Mail - rocioevans@yahoo.com
Case 4:08-cv-01966-SBA    Document 19    Filed 06/10/2008    Page 16 of 19
Page 1 of 1

Yahoo!   My Yahoo!   Mail   More          Make Y! My Home Page          Hi, rocioevans          Sign Out   All-New Mail
                                                                         Help

# YAHOO! MAIL Classic          Search                                    **WEB SEARCH**

  Now saving money is just as easy. 
WACHOVIA

**Mail** | Contacts | Calendar | Notepad              Mail For Mobile - Mail Plus - Options

Check Mail | Compose                                  Search Mail | Search the Web

Unlimited calls: just $24.99/m

Previous | Next | Back to Messages

Delete | Reply ▼ | Forward ▼ | Move... ▼

**Folders** [Add - Edit]

This message is not flagged. [ Flag Message - Mark as Unread ]   Printable View

**Inbox (836)**
Draft
**Sent**
Bulk (5)   [Empty]
Trash      [Empty]

**Date:** Thu, 5 Jun 2008 17:36:07 -0700 (PDT)
**From:** "rocio evans" <rocioevans@yahoo.com>  Add to Address Book  Add Mobile Alert
**Subject:** regarding case managment conference with Rie Rogers Mitchell, important
**To:** sta@sandplay.org

**My Folders** [Hide]
resume

**Search Shortcuts**
My Photos
My Attachments

See your credit score - free

Cheapest hybrid car

Unlimited calls: just $24.99/m

Top Schools for Online Degrees

I am respectfully requesting and insisting that Ms. Rie Rogers Mitchell's business telephone number be e-mailed to me, or else the phone number of the individual I am to contact on June 11, 2008 at 3: 15 p.m. A response to this e-mail at your earliest convenience would be appreciated. I am also respectfully requesting that the document I submitted on May 22, 2008 be carefully reviewed, as this is my part of the statement for June 11th. I am mailing a ceritfied letter tomorrow with the additional information the STA will need. I am requesting that the apppropriate STA representative contact me as soon as possible at 415) 474-7310, ext 333, in order to discuss the STA statement which will be discussed on June 11th. Respectfully, Rocio Evans, MFT

Delete | Reply ▼ | Forward ▼ | Move... ▼

Previous | Next | Back to Messages                   Save Message Text | Full Headers

Check Mail | Compose                                  Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

June 6, 2008

Attention: Rie Rogers Mitchell, Ph. D., STA Chair
    4503 Alta Tupelo Road
    Calabasas, CA 91302         Case No. CV 08-01066 SBA

SandPlay Therapists of America
P.O. Box 4847
Walnut Creek, CA 94596

Letter sent via certified mail, return receipt requested on June 6, 2008

    Plaintiff is writing to mail Defendant the document Plaintiff submitted to the United States District Court, to Judge Saundra Brown Armstrong, the statement Plaintiff has written regarding the case management Conference Order from this Court. Plaintiff is thus submitting Plaintiff's part of the Judge ordered case management statement, 5 pages. Plaintiff has also submitted this statement to the Oakland Clerk's Court office on May 22, 2008. Plaintiff is requesting that Defendant review this information and contact Plaintiff by e-mail, in order to come to an agreement of a Joint Case management statement by June 11, 2008, before the case management conference by phone. Plaintiff will definitely be available for this Conference on June 11, 2008, at 3:15 p.m. Plaintiff can be reached by e-mail at: rocioevans@yahoo.com. Plaintiff is requesting that Defendant contact Plaintiff by e-mail with a response to this letter at their earliest convenience. Plaintiff lacks experience with this process and thus apologizes for not having contacted Defendant sooner regarding this matter, however, Plaintiff did submit her case management statement to this Court on May 22, 2008. See copy of stamped date, May 22, 2008 on submitted document, mailed to Defendant with this letter.
    At the time Plaintiff submitted this document on May 22, 2008, it was communicated to Plaintiff that Defendant, Sandplay Therapists of America, to the Oakland Clerk's Court office, had not submitted a response to Plaintiff's Complaint. Plaintiff is thus respectfully requesting and insisting that Defendant mail written response from STA Chair Ms. Rogers that was mailed to Plaintiff, to Clerk's Office in Oakland Court, at Defendant's earliest convenience.
    Plaintiff is submitting with this letter to Defendant a letter she left for Michael Baldonado, EEOC Director, San Francisco, CA., date submitted: February 8, 2008, as an additional Exhibit to case, 1 page. Plaintiff is also submitting as an additional exhibit the first page of the attorney referral list she was given by EEOC personnel when she filed EEOC Charge on STA in 2007, 1 page.
    Plaintiff is requesting that Defendant telephone Plaintiff at: 415) 474-7310, extension 333, which is a Confidential phone with Confidential voice mail, on June 11, 2008 by 3 p.m., in order to check in about details of conference call with court.
    Plaintiff is also requesting and insisting that Defendant e-mail Plaintiff with her current business phone number or the phone number Plaintiff is to call during this Conference at Defendant's earliest convenience. Plaintiff is currently in the process of

*[signature: Rocio Evans, MFT]*

Case No. C 08-01066 SBA                                Page 2 of 10

writing a statement to defend the statements made by STA chair on May 9, 2008 letter, which Plaintiff will also mail a copy of to Oakland Court.

A copy of this letter will be emailed on this date to the Clerk's office in Oakland, CA.

                                                       Respectfully,

Date: June 6, 2008                                    Jane Rocio Evans,

                                                       *[signature: Jane Rocio Evans, MFT]*

                                                       Licensed Marriage, Family Therapist



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 0500 0001 6662 2128**
Status: **Notice Left**

We attempted to deliver your item at 10:01 AM on June 7, 2008 in WALNUT CREEK, CA 94596 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.


## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    6/8/2008

