**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JANE R. EVANS, | No. C 08-01066 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 18, 19] |
| SANDPLAY THERAPISTS OF AMERICA, | |
| Defendant. | |

On June 10, 2008, plaintiff Jane R. Evans filed a Request for Case Management Conference to Take Place in Oakland Court with Plaintiff and Defendant Presenting in Person. *See* Docket No. 18. In her motion, Evans asks the Court to move her June 11, 2008 case management conference (CMC), and to hold it in court, rather than by telephone. *See id.* at 1. The Court DENIES this motion for two reasons. First, the Court already continued the CMC to July 10, 2008, *see* Docket No. 17, so this part of Evan's request is moot. Second, the Court does not hold in-person CMC's, when only a CMC is on the calendar.

On June 10, 2008, Evans also filed Exhibits and Response Mailed by Plaintiff to Defendant. *See* Docket No. 19. In these materials, Evans does not provide any explanation as to why she filed these with the Court. To the extent they are apparently discovery materials, **Evans is advised not to file discovery with the Court**, unless attached as an exhibit to a properly noticed motion or other pleading. She is also directed to familiarize herself with the Federal Rules of Civil Procedure, the Civil Local Rules of the Northern District of California, and all standing orders of this Court. The Court also notes the Northern District has a *Handbook for Litigants without a Lawyer* which is available free of charge in every courthouse clerk's office, and on-line at www.cand.uscourts.gov.

///
///
///
///

In conclusion, the Court DENIES Evans' Request for Case Management Conference to Take Place in Oakland Court with Plaintiff and Defendant Presenting in Person [Docket No. 18].

IT IS SO ORDERED.

June 16, 2008

                                              Saundra Brown Armstrong
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS et al, | Case Number: CV08-01066 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SANDPLAY THERAPISTS OF AMERICA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Dated: June 16, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3