Jane Rocio Evans, MFT
P.O. Box 424886
San Francisco, CA 94142

Sandplay Therapists of America
P.O. Box 4847
Walnut Creek, CA 94596



FILED

JUN 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

JANE ROCIO EVANS

          Plaintiff,          Case No.  CV 08-01066 SBA

                          **AFFIDAVIDT**

V.

SANDPLAY THERAPISTS OF AMERICA

          Defendant

      Plaintiff consulted with an attorney on June 11, 2008, and it was communicated to

Plaintiff that Defendant Rie Rogers Mitchell, Chair, Board of trustees, committed

**PERJURY to this Court** by intentionally misrepresenting facts when she mailed

Plaintiff a March 27, 2008 letter addressed to the Equal Employment Opportunity

Commission, San Francisco District office. This letter was also part of Defendant's

response to Plaintiff's complaint to this court regarding the sandplay therapists of

America, thus Defendant has committed perjury.  Defendant also intentionally

**misrepresented facts** regarding this case to the EEOC in this letter, thereby continuing

to **defame** Plaintiff, in this instance to the EEOC. Plaintiff experienced this letter as

continuing harassment and Retaliation from Defendant, for engaging in protected

Case No. CV 08-01066 SBA                          page 2 of 4

activity, such as having complained in writing before she was Locked out of Chiaia's and

Cunningham's sandplay consultation groups, in 2005.  Plaintiff complained in writing to

Miriello and Morena regarding fee, which she was overcharged, as well as about the

letter not written by

Miriello. Plaintiff has proof that Miriello received this letter.  This letter communicated

strongly to Defendant Plaintiff's confidentiality rights in this matter, and

Defendant violated confidentiality rights in any case. In the March 27, 2008

letter, Defendant states: 'Members of STA pay yearly dues." 'Rocio Evans, was, at one

time, an associate of the STA, but is no longer a dues paying associate." Plaintiff is

resubmitting this letter with this Affidavidt to this Court. In this statement, Rogers

Mitchell is intentionally lying.  Plaintiff has never paid dues to the STA, even though, to

Plaintiff's understanding, she has been an associate of the STA as of August 2000.

Plaintiff has never received any letters or any correspondence from Defendant, stating

she needs or needed to have paid dues or what the money amount of the dues were and

are. Plaintiff also has never before received any correspondence from the Defendant

communicating to her that she is an associate of this organization.  It was communicated

to Plaintiff on July 11th, 2008 by an attorney, that Plaintiff is being unlawfully excluded

from organization, and that Defendant is lying under oath. Plaintiff is requiring from

Defendant as proof of this the amount of yearly dues and how

 long this policy has been in place. The money Plaintiff paid to Defendant was in the

form of paying Defendant for consultation groups.  Plaintiff has submitted documents to

this court, as proof of this, in the form of a receipt written by Maria Ellen Chiaia, which

shows that Plaintiff paid Chiaia $100 for a consultation group. Plaintiff also submitted

evidence of a copy of the written agreement which verifies that she was accepted as a

member of this consultation group, after a one-hour interview with Chiaia. Plaintiff also

submitted an e-mail to this Court that she wrote to Chiaia in 2003, which shows that

Plaintiff was taking the greyhound bus to

this consultation group from San Diego to San Francisco, and then a bus to San Rafael.

Chiaia was thus aware of economic status of Plaintiff and still intentionally charged

Plaintiff $100 for this group; Defendant thus overtly and grossly violated Diversity

Statement of this organization by not having a sliding scale fee for this service for

Plaintiff.  Plaintiff could not afford to continue attending this group the rest of 2003 and

part of 2004 and so stopped coming. Plaintiff telephoned Chiaia in the Fall of 2003 and

communicated that Friedman was refusing to allow Plaintiff to attend her consultation

group in Los Angeles, which Plaintiff could afford, as she did not have to pay greyhound

bus fare to San Francisco and stay overnight. Friedman's group was also held on

Saturdays at this time.  Defendant did nothing to assist client. She communicated to

Plaintiff that she was allowing non licensed people into her consultation group, and

that Friedman was not.  The guidelines which Plaintiff has submitted a copy of to this

Court, from this time, state that under 'exceptional circumstances,' an unlicensed person

can attend these consultation groups.  Plaintiff clearly had exceptional circumstances, as

she was working with Mexican clients and sandplay and needed the clinical support a

consultation group would provide, in order to further assist these populations.

Defendant grossly neglected to do her legal duty and did not investigate Friedman at this

Case No.  CV  08-01066 SBA                                        Page 4 of 4

time, or these civil rights violations from Friedman.  Plaintiff has written to Defendant's

Board twice and twice Defendant has failed to do their legal duty by investigating these

civil rights violations, even

though violations were named as racial discrimination in both letters. Plaintiff wrote to

Sachiko Reece and explained that to her understanding, the way that this organization

could achieve greater diversity was by having a sliding scale fee for services, by having

Consultation groups on weekends and evenings, for therapist s that are working full time

and do not have their own private practices, and thus cannot easily, if at all, adjust their

schedules to attend these groups during a 9 to 5 workweek.

Date: June 13, 2008                              Respectfully,

Sent by Certified                               Jane Rocio Evans
mail on 7-13-08.

                                                 Jane Rocio Evans, MFT

                                                 Licensed Marriage, Family Therapist



# SANDPLAY
### THERAPISTS OF AMERICA

March 27, 2008

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

Re:    EEOC Charge No. 550-2007-01925
       Jane Rocio Evans

Dear Sir or Madam:

This letter is in response to the claim filed by Jane R. Evans (aka Rocio Evans) against
Sandplay Therapists of America (STA), which has been closed as EEOC found that it has
no jurisdiction.

We wish you to be aware of the following information:
1.   Sandplay Therapists of America is a non-profit, member-based, professional
     organization.
2.   Members of STA pay yearly dues.
3.   STA does not hire employees to provide therapy or teaching/training services.
4.   Rocio Evans was, at one time, an associate of STA, but is no longer a dues
     paying associate.

Sincerely,

*Rie Rogers Mitchell*

Rie Rogers Mitchell, Ph.D., ABPP
Chair, Board of Trustees
Sandplay Therapists of America

