1  BRIAN T. McMILLAN, Bar No. 111890
   LITTLER MENDELSON
2  A Professional Corporation
   50 West San Fernando Street
3  15th Floor
   San Jose, CA  95113.2303
4  Telephone:     408.998.4150

5  Attorneys for Defendant
   SANDPLAY THERAPISTS OF AMERICA
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  JANE R. EVANS,                          | Case No. C 08-01066 SBA

11              Plaintiff,                   | NOTICE OF APPEARANCE OF BRIAN T.
                                            | McMILLIAN, ESQ. ON BEHALF OF
12       v.                                  | DEFENDANT

13  SANDPLAY THERAPISTS OF
    AMERICA,
14
                Defendant.
15

16

17  TO:        UNITED STATES DISTRICT COURT CLERK;

18  AND TO:    JANE R. EVANS Plaintiff, *pro se.*

19              PLEASE   TAKE   NOTICE   that   Defendant   SANDPLAY   THERAPISTS   OF

20  AMERICA, without waiving any defense of lack of jurisdiction over the person, improper venue,

21  insufficiency of process, or insufficiency of service of process, hereby enters its appearance in the

22
    above-entitled action by and through the undersigned attorneys and requests that notice of all further
23
    proceedings in said action, except original process, be served upon the undersigned attorneys at their
24
    address stated below:
25

26                            Brian T. McMillian
                              Littler Mendelson, P.C.
27                    50 West San Fernando Street, 15th Floor
                          San Jose, CA  95113-2431
28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

Case No. C 08-01066 SBA                    NOTICE OF APPEARANCE OF BRIAN T.
FIRMWIDE:85621068.1 625000.1178            McMILLIAN, ESQ. ON BEHALF OF DEFENDANT

Phone:  408.998.4150
Fax:  408.288.5686
e-mail:  bmcmillian@littler.com

Dated: July 1, 2008                               Respectfully submitted,

BRIAN T. McMILLAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SANDPLAY THERAPISTS OF AMERICA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113-2303
408.998.4150

Case No.  C 08-01066 SBA
FIRMWIDE:85621068.1 625000.1178

2.

NOTICE OF APPEARANCE OF BRIAN T.
McMILLIAN, ESQ. ON BEHALF OF DEFENDANT

1

## **PROOF OF SERVICE BY MAIL**

2          I am employed in Santa Clara County, California. I am over the age of eighteen years

3  and not a party to the within-entitled action. My business address is 50 West San Fernando Street,

4  15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for

5  collection and processing of correspondence for mailing with the United States Postal Service. On

6  July 1, 2008, I placed with this firm at the above address for deposit with the United States Postal

7  Service a true and correct copy of the within document(s):

8                    **NOTICE OF APPEARANCE OF BRIAN T. MCMILLAN, ESQ.**
                     **ON BEHALF OF DEFENDANT**

9

10            in a sealed envelope, postage fully paid, addressed as follows:

11  Jane Rocio Evans, MFT
     P. O. Box 424886

12  San Francisco, CA 94142

13          Following ordinary business practices, the envelope was sealed and placed for

14  collection and mailing on this date, and would, in the ordinary course of business, be deposited with

15  the United States Postal Service on this date.

16          I declare that I am employed in the office of a member of the bar of this court at

17  whose direction the service was made.

18          Executed on July 1, 2008, at San Jose, California.

19

20                             _____

21                                Leigh Ann Taaffe

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

Case No. C 08-01066 SBA
FIRMWIDE:85621068.1 060273.1001

3.

NOTICE OF APPEARANCE OF BRIAN T.
McMILLIAN, ESQ. ON BEHALF OF DEFENDANT