1  BRIAN T. McMILLAN, Bar No. 111890
   LITTLER MENDELSON
2  A Professional Corporation
   50 West San Fernando Street
3  15th Floor
   San Jose, CA 95113.2303
4  Telephone:    408.998.4150

5  Attorneys for Defendant
   SANDPLAY THERAPISTS OF AMERICA
6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 JANE R. EVANS,                    Case No. C 08-01066 SBA

11            Plaintiff,             **DEFENDANT'S PROPOSED CASE**
                                     **MANAGEMENT STATEMENT &**
12     v.                            **[PROPOSED] CASE MANAGEMENT**
                                     **ORDER**
13 SANDPLAY THERAPISTS OF
   AMERICA,                          Date: July 10, 2008
14                                   Time: 3:30 p.m.
            Defendant.               Place: Telephone conference
15                                   Judge: Hon. Judge Armstrong

16

17

18         Defendant Sandplay Therapists of America submits this Case Management Statement and

19 respectfully requests the Court to adopt it as the Case Management Order in this case.  Defendant

20 was unable to reach an agreement with *pro se* plaintiff Jane Rocio Evans regarding Defendant's

21 proposed Case Management Statement, after attempts to contact her by e-mail and telephone and

22 after having emailed to her Defendant's proposed statement on July 2, 2008.

23         1.    Jurisdiction and Service:    Defendant states that this Court has subject matter

24 jurisdiction over Plaintiff's claims because she has alleged claims arising under federal law, 42

25 U.S.C. Section 2000e ("Title VII").  At this time, Defendant is not aware of any issue regarding

26 personal jurisdiction or venue, or any party that remains to be served.

27         2.    Facts:

28              1.    Plaintiff's Statement:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 08-01066 SBA
FIRMWIDE:85733968.1 060273.1001

CASE MANAGEMENT STATEMENT

1

2          2.      Defendant's Statement:

3              Plaintiff Jane Rocio Evans claims that she was discriminated against based on her

4    race (Hispanic) in violation of Title VII.  She claims discriminatory treatment starting in May/June

5    2002 to February 22, 2008.  Defendant denies that it employed Plaintiff and that she was

6    discriminated against by it.

7              Defendant Sandplay Therapists of America ("Sandplay") is a non-profit organization

8    established to train, support, and promote professional development in sandplay.  Sandplay invites

9    individuals interested in the goals and mission of the organization to become members of the

10   organization.  There are different levels of membership.  Plaintiff Jane R. Evans was an associate

11   member of Sandplay.

12             Sandplay did not employ Ms. Evans at any time.  Sandplay has no employees, and at

13   all times relevant to Plaintiff Jane Rocio Evans' lawsuit, it never held an employer-employee

14   relationship with any individual.  To the extent Sandplay needs bookkeeping or other services, it

15   contracts with individuals to provide those services.  For example, Sandplay has contracted with one

16   individual to provide office administrative assistance and bookkeeping.  She is an independent

17   contractor.  Sandplay uses no more than 3 to 5 independent contractors every year.  Ms. Evans was

18   neither an employee nor an independent contractor of Sandplay.

19             Sandplay is aware that Plaintiff had disputes with some of Sandplay's members.

20   However, those members are not employees or independent contractors of Sandplay.

21         3.      Legal Issues:  At this time, Defendant believes the following legal issues exist:

22             1.      Whether Plaintiff can state a viable cause of action under Title VII when she

23   was never employed by Sandplay.

24             2.      Whether Defendant is an "employer" as defined under Title VII.

25             3.      Whether Plaintiff's claims are barred by the statute of limitations.

26         4.      Motions:  In early July 2008, Defendant will file a motion to dismiss, or in the

27   alternative, a motion for summary judgment, as its responsive pleading to Plaintiff's Complaint.

28         5.      Amendment of Pleadings:  Defendant does not expect any amendments.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO.  C 08-01066 SBA                    2.          CASE MANAGEMENT STATEMENT
FIRMWIDE:85733968.1 060273.1001

1    6.   Evidence Preservation:  Defendant has taken steps to preserve evidence relevant to
2    the issues reasonably evident in this action.

3    7.   Disclosures:  Defendant proposes that the parties complete initial disclosures and
4    exchange copies of relevant documents on September 15, 2008.

5    8.   Discovery:  Discovery has not yet commenced in this action, and Defendant requests
6    that discovery be stayed until after the Court's ruling on its upcoming motion to dismiss, or in the
7    alternative, motion for summary judgment.  Defendant believes that staying discovery will save the
8    parties time, resources and money, in the event the matter is resolved on its motion.

9    Defendant does not agree to any limitations or modifications of the discovery rules.

10   9.   Class Actions:  Not applicable.

11   10.  Related Cases:  None.

12   11.  Relief:  Defendant contends that Plaintiff is not entitled to any relief.

13   12.  Settlement and ADR:  The parties have not engaged in any settlement or ADR efforts
14   to date.  Defendant contends that it should be afforded its right to have its motion to dismiss heard
15   and to conduct discovery to evaluate Plaintiff's claims before any ADR is ordered.  Defendant will
16   consider whether any ADR process is appropriate after it has taken initial discovery, including
17   Plaintiff's deposition.

18   13.  Consent to Magistrate Judge For All Purposes:  Defendant will not consent to a
19   magistrate judge to conduct all further proceedings.

20   14.  Other References:  Defendant does not believe this is suitable for reference to binding
21   arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

22   15.  Narrowing of Issues:  Defendant will meet and confer with Plaintiff prior to trial to
23   determine whether they are able to stipulate to any facts.

24   16.  Expedited Schedule:   At this point, Defendant does not believe this case is
25   appropriate for handling on an expedited basis.

26   17.  Scheduling:  Defendant requests that discovery be stayed until after the Court's ruling
27   on Defendant's upcoming motion to dismiss, or in the alternative, motion for summary judgment.
28   Defendant believes that staying discovery will save the parties time, resources and money, in the

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408.998 4150

CASE NO. C 08-01066 SBA                    3.          CASE MANAGEMENT STATEMENT
FIRMWIDE:85733968.1 060273.1001

1  event the matter is resolved on its motion.  Defendant also proposes the following schedule for this

2  case:

3      January 30, 2009:    Last day for non-expert discovery

4      February 27, 2009:    Last day for designation of experts

5      March 28, 2009:    Last day to hear dispositive motions

6      June 6, 2009:    Pretrial Conference

7      June 20, 2009:    Trial date.

8      18.    Trial:  Plaintiff has requested a jury trial.  Defendant expects that the length of trial

9  will be three to four full court days.

10      19.    Disclosure of Non-party Interested Entities or Persons:  Defendant will file a

11  Certificate of Interested Entities shortly.

12      20.    Other Matters: At this time, Defendant is not aware of any other matters that may

13  facilitate the just, speedy and inexpensive disposition of this matter.

14  Dated: July 3, 2008        Respectfully submitted,

15

16

17      BRIAN T. McMILLAN

    LITTLER MENDELSON

18      A Professional Corporation

    Attorneys for Defendant

19      SANDPLAY THERAPISTS OF AMERICA

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO.  C 08-01066 SBA    4.    CASE MANAGEMENT STATEMENT
FIRMWIDE:85733968.1 060273.1001

1

**[PROPOSED] CASE MANAGEMENT ORDER**

2     The Case Management Statement is hereby adopted by this Court as the Case

3  Management Order for the case, and the parties are ordered to comply with this order.  In addition,

4  the Court orders:

5

6

7  Dated: _____, 2008

8                                              _____

9                                              THE HONORABLE SAUNDRA BROWN ARMSTRONG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113-2303
408.998.4150

CASE NO.  C 08-01066 SBA          5.          CASE MANAGEMENT STATEMENT
FIRMWIDE:85733968.1 060273.1001

1

**PROOF OF SERVICE BY MAIL**

2      I am employed in Santa Clara County, California. I am over the age of eighteen years

3   and not a party to the within-entitled action. My business address is 50 West San Fernando Street,

4   15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for

5   collection and processing of correspondence for mailing with the United States Postal Service. On

6   July 3, 2008, I placed with this firm at the above address for deposit with the United States Postal

7   Service a true and correct copy of the within document(s):

8      **DEFENDANT'S PROPOSED CASE MANAGEMENT**
       **STATEMENT & [PROPOSED] CASE MANAGEMENT ORDER**
9

       in a sealed envelope, postage fully paid, addressed as follows:
10

11     Jane Rocio Evans, MFT
       P. O. Box 424886
12     San Francisco, CA 94142

13     Following ordinary business practices, the envelope was sealed and placed for

14   collection and mailing on this date, and would, in the ordinary course of business, be deposited with

15   the United States Postal Service on this date.

16     I declare that I am employed in the office of a member of the bar of this court at

17   whose direction the service was made.

18     Executed on July 3, 2008, at San Jose, California.

19

20     _____
                     Leigh Ann Taaffe
21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 08-01066 SBA            6.        CASE MANAGEMENT STATEMENT
FIRMWIDE:85733968.1 060273.1001