**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Evans | NO. CV 08-01066 SBA |
|---|---|
| Plaintiff, | **CLERK'S NOTICE RE DEFICIENCY** |
| v. | |
| Sandplay Therapists of America | |
| Defendant. / | |

Please be advised that on 7/3/2008, the incorrect docket event was used by counsel for Defendant regarding docket entry **#23 Notice of Motion and Motion to Dismiss or, alternatively, for Summary Judgment**.

The correct event code is: **MOTION**. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 7/7/2008

*Kelly Collins*
(510) 637-3539
Case Systems Administrator