|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  |                                                                 |
| 3  |                                                                 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVANS          Plaintiff, | ) | No. C 08-01066 SBA |
|---|---|---|
|  | ) |  |
| vs. | ) | CLERK'S NOTICE |
|  | ) |  |
|  | ) |  |
| SANDPLAY THERAPISTS OF AMERICA, | ) |  |
|     Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

    **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for July 10, 2008, at 3:30 p.m., has been continued to Tuesday, September 9, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:   7/8/08

                                          FOR THE COURT,
                                          Richard W. Wieking, Clerk

                                          By: _/s/ Lisa R. Clark_____
                                             LISA R. CLARK
                                             Courtroom Deputy

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EVANS et al,

        Plaintiff,

  v.

SANDPLAY THERAPISTS OF AMERICA et al,

        Defendant.

Case Number: CV08-01066 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Dated: July 8, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk