UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANE R. EVANS,

        Plaintiff,

v.

SANDPLAY THERAPISTS OF AMERICA,

        Defendant.

Case No. CV-08-1066 SBA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities;

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8-24, 2008

        *[signature]* for Sandplay Therapists of America
        [Party]

Dated: 8-26, 2008

        *[signature]*
        [Counsel]

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 27, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

in a sealed envelope, postage fully paid, addressed as follows:

Jane Rocio Evans, MFT
P.O. Box 424886
San Francisco, CA 94142

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2008, at San Jose, California.

*/s/ Kathleen M. Dolce*
Kathleen M. Dolce

(Case No. C08-01066 SBA )
Firmwide:86431789.1 060273.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150