UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANE R. EVANS,

        Plaintiff,

v.

SANDPLAY THERAPISTS OF AMERICA,

        Defendant.
_____/

Case No. CV-08-1066 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

      Defense counsel reports that efforts to meet and confer with In Pro Per Plaintiff, Jane Evans, regarding ADR have been unsuccessful. Plaintiff has not responded to Defense counsel's email. Thus, counsel:

      Have not yet reached an agreement to an ADR process
      Defense Counsel requests an Early Settlement Conference with a Magistrate Judge after the Case Management Conference and the Hearing on Defendant's Motion to Dismiss and/or Motion for Summary Judgment scheduled for September 9, 2008.

Date of Case Management Conference: September 9, 2008.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Brian T. McMillan | Defendant Sandplay | 408-795-3414 | Bmcmillan@littler.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____, 2008

                                                Attorney for Plaintiff

Dated: August 27, 2008

                                                Attorney for Defendant

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 27, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

in a sealed envelope, postage fully paid, addressed as follows:

Jane Rocio Evans, MFT
P.O. Box 424886
San Francisco, CA 94142

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2008, at San Jose, California.

*/s/ Kathleen M. Dolce*
Kathleen M. Dolce

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

(Case No. CV-08-01066 SBA )
Firmwide:86431789.1 060273.1001