1  BRIAN T. McMILLAN, Bar No. 111890
   LITTLER MENDELSON
2  A Professional Corporation
   50 West San Fernando Street
3  15th Floor
   San Jose, CA 95113.2303
4  Telephone: 408.998.4150

5  Attorneys for Defendant
   SANDPLAY THERAPISTS OF AMERICA
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 JANE R. EVANS,                    Case No. C 08-01066 SBA

11           Plaintiff,              CERTIFICATION OF NO KNOWN NON-
                                     PARTY INTERESTED ENTITIES OR
12      v.                           PERSONS

13 SANDPLAY THERAPISTS OF
   AMERICA,
14
             Defendant.
15

16

17       Pursuant to Civil L.R. 3-16, the undersigned certifies that Defendant Sandplay Therapists of

18 America is not aware of persons, associations of persons, firms, partnerships, corporations (including

19 parent corporations) or other entities, other than the parties themselves, known to have either: (i) a

20 financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) any other

21 kind of interest that could be substantially affected by the outcome of the proceeding.

22 Dated: September 2, 2008                    Respectfully submitted,

23

24                                             /s/ Brian T. McMillan
                                               BRIAN T. McMILLAN
25                                             LITTLER MENDELSON
                                               A Professional Corporation
26                                             Attorneys for Defendant
                                               SANDPLAY THERAPISTS OF AMERICA
27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 08-01066 SBA
FIRMWIDE:86455552.1 060273.1001

CERTIFICATION OF NO KNOWN NON-PARTY
INTERESTED ENTITIES OR PERSONS

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 2, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**CERTIFICATION OF NO KNOWN NON-PARTY INTERESTED ENTITIES OR PERSONS**

in a sealed envelope, postage fully paid, addressed as follows:

Jane Rocio Evans, MFT
P. O. Box 424886
San Francisco, CA 94142

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 2, 2008 at San Jose, California.

_____
Kathleen Marie Dolce

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 08-01066 SBA
FIRMWIDE:86455552.1 060273.1001

2.

CERTIFICATION OF NO KNOWN NON-PARTY INTERESTED ENTITIES OR PERSONS